**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy            12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Russel**<br>First name<br><br>**Dennis**<br>Middle name<br><br>**Hiles, III**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7186** | |

Debtor 1  **Russel Dennis Hiles, III** _____  Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **155 Metate Place**<br>**Palm Desert, CA 92260**<br>Number, Street, City, State & ZIP Code<br><br>**Riverside**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Russel Dennis Hiles, III** _____    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Russel Dennis Hiles, III** _____    Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1  **Russel Dennis Hiles, III**  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of**: ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Russel Dennis Hiles, III _____    Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Russel Dennis Hiles, III_
Russel Dennis Hiles, III
Signature of Debtor 1

Executed on  8/1/2016
MM / DD / YYYY

_____
Signature of Debtor 2

Executed on _____
MM / DD / YYYY

Debtor 1  **Russel Dennis Hiles, III** _____  Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Robert P. Goe** _____  Date  **August 1, 2016**
Signature of Attorney for Debtor                        MM / DD / YYYY

**Robert P. Goe**
Printed name

**GOE & FORSYTHE, LLP**
Firm name

**18101 Von Karman Avenue**
**Suite 1200**
**Irvine, CA 92612-7127**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 798-2460**          Email address _____

**137019**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **Russel Dennis Hiles, III**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Amex Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

What is the nature of the claim? **Credit Card**    $ **$30,590.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact: _____
Contact phone: _____

**2**
**Atty of Hiles re Farmers & Gorgeson**

What is the nature of the claim? **Legal fees**    $ **$43,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact: _____
Contact phone: _____

Debtor 1   **Russel Dennis Hiles, III**                                           Case number *(if known)*

---

| 3 | **Atty of Hiles re Farmers & Gorgeson** | **What is the nature of the claim?** **Legal fees** $ **$14,000.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

---

| 4 | **Bank Of America**
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410 | **What is the nature of the claim?** **Credit Card** $ **$1,462.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

---

| 5 | **Bank Of The West**
2527 Camino Ramon
San Ramon, CA 94583 | **What is the nature of the claim?** **Potential deficiency - Recreational** $ **$2,000.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact _____
Contact phone _____

---

| 6 | **Barclays Bank Delaware**
Po Box 8801
Wilmington, DE 19899 | **What is the nature of the claim?** **Credit Card** $ **$51,896.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

Debtor 1  **Russel Dennis Hiles, III**  Case number *(if known)*

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security:  - $
  - Unsecured claim  $

---

**7**

**Chase Card Services**
**Attn: Correspondence Dept**
**Po Box 15298**
**Wilmington, DE 19850**

What is the nature of the claim?  **Credit Card**  $ **$38,540.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security:  - $
  - Unsecured claim  $

---

**8**

**Christopher T. Borgeson**
**2150 Ladera Rd.**
**Ojai, CA 93023**

What is the nature of the claim?  **Partial summary judgment**  $ **$1,700,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security:  - $
  - Unsecured claim  $

---

**9**

**Citi**
**Citicorp Cr Srvs/Centralized Bankruptcy**
**Po Box 790040**
**S Louis, MO 63129**

What is the nature of the claim?  **Credit Card**  $ **$11,215.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security:  - $
  - Unsecured claim  $

---

**10**

What is the nature of the claim?  **Alleged breach of contract**  $ **$55,000.00**

Debtor 1  **Russel Dennis Hiles, III**  Case number *(if known)*

**Concierge Auctions, LLC**
**405 Lexington Avenue**
**New York, NY 10174**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:                          - $ _____
  Unsecured claim                              $ _____

Contact

Contact phone

---

**11**

**County of Los Angeles-Treas. & Tax**
**PO Box 514818**
**Los Angeles, CA 90051-4818**

**What is the nature of the claim?**   **Property taxes re Hiles Borgeson LLP**   $ **$2,072.14**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:                          - $ _____
  Unsecured claim                              $ _____

Contact

Contact phone

---

**12**

**County of San Diego - Tax Collector**
**1600 Pacific Hwy., Rm. 162**
**San Diego, CA 92101-2474**

**What is the nature of the claim?**    $ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:                          - $ _____
  Unsecured claim                              $ _____

Contact

Contact phone

---

**13**

**Eisenhower Medical Center**
**39000 Bob Hope Drive**
**Rancho Mirage, CA 92270**

**What is the nature of the claim?**   **Medical**    $ **$1,500.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

Debtor 1  **Russel Dennis Hiles, III**　　　　Case number *(if known)*

　　　　　　　　　　　　　　　　　　　Value of security:　　- $ _____
Contact phone　　　　　　　　　　　　Unsecured claim　　　　$ _____

---

**14**

**Farmer's Insurance Co.**
**Attn: Doren E. Hohl, Agent**
**6301 Owensmouth Ave.**
**Woodland Hills, CA 91367-7000**

**What is the nature of the claim?**　　**Arbitration award**　　$ **$5,500,000.00**

**As of the date you file, the claim is:** Check all that apply
■　Contingent
■　Unliquidated
■　Disputed
☐　None of the above apply

**Does the creditor have a lien on your property?**
■　No
☐　Yes. Total claim (secured and unsecured)　　$ _____
Contact　　　　　　　　　　　　　　Value of security:　　- $ _____
Contact phone　　　　　　　　　　　Unsecured claim　　　　$ _____

---

**15**

**Franchise Tax Board**
**Attn-Bankruptcy**
**PO Box 2952**
**Sacramento, CA 95812-2952**

**What is the nature of the claim?**　　**155 Metater Place**　　$ **$74,674.62**
　　　　　　　　　　　　　　　　　　**Palm Desert, CA 92260**
　　　　　　　　　　　　　　　　　　**Riverside County**

**As of the date you file, the claim is:** Check all that apply
■　Contingent
☐　Unliquidated
☐　Disputed
☐　None of the above apply

**Does the creditor have a lien on your property?**
☐　No
■　Yes. Total claim (secured and unsecured)　　$ **$1,369,572.62**
Contact　　　　　　　　　　　　　　Value of security:　　- $ **$2,750,000.00**
Contact phone　　　　　　　　　　　Unsecured claim　　　　$ **$74,674.62**

---

**16**

**Internal Revenue Service**
**PO Box 145566**
**Cincinnati, OH 45250-5566**

**What is the nature of the claim?**　　**Taxes**　　$ **$4,159,082.14**

**As of the date you file, the claim is:** Check all that apply
■　Contingent
☐　Unliquidated
☐　Disputed
☐　None of the above apply

**Does the creditor have a lien on your property?**
■　No
☐　Yes. Total claim (secured and unsecured)　　$ _____
Contact　　　　　　　　　　　　　　Value of security:　　- $ _____
Contact phone　　　　　　　　　　　Unsecured claim　　　　$ _____

---

**17**

**Loma Linda Medical Center**
**11234 Anderson St.**
**Loma Linda, CA 92354**

**What is the nature of the claim?**　　**Medical**　　$ **$1,500.00**

**As of the date you file, the claim is:** Check all that apply
☐　Contingent
☐　Unliquidated

---

Debtor 1    **Russel Dennis Hiles, III**    Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

---

**18**

**Mb Fin Svcs**
**36455 Corporate Dr**
**Farmington Hills, MI 48331**

Contact

Contact phone

**What is the nature of the claim?**    **2015 Mercedes Benz 400SL**    $ **$27,451.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$27,451.00**
  Value of security:    - $ **$0.00**
  Unsecured claim    $ **$27,451.00**

---

**19**

**Porsche Financial Srvc**
**980 Hammond Dr**
**Atlanta, GA 30328**

Contact

Contact phone

**What is the nature of the claim?**    **Auto Lease**    $ **$1,912.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

---

**20**

**State Board of Equalization**
**Account Information Group, MIC: 29**
**PO Box 942879**
**Sacramento, CA 94279-0001**

Contact

Contact phone

**What is the nature of the claim?**    **Consumer Use Tax, Vessels**    $ **$32,240.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 6**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Russel Dennis Hiles, III**                              Case number *(if known)*

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____    X _____
    Russel Dennis Hiles, III                                              Signature of Debtor 2
    Signature of Debtor 1

    Date _____                        Date _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

.

Russel Dennis Hiles, III
155 Metate Place
Palm Desert, CA 92260


Robert P. Goe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Anthony Capobianco
Capobianco Law Offices, P.C.
41990 Cook Street, Bldg. F Ste. 200
Palm Desert, CA 92211


Atty of Hiles re Farmers & Gorgeson



Bank of America
9000 Southside Blvd., Bldg 700 File
Jacksonville, FL 32256


Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410


Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583

Barclays Bank Delaware
Po Box 8801
Wilmington, DE 19899


Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Christopher T. Borgeson
2150 Ladera Rd.
Ojai, CA 93023


Citi
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129


Concierge Auctions, LLC
405 Lexington Avenue
New York, NY 10174


County of Los Angeles-Treas. & Tax
PO Box 514818
Los Angeles, CA 90051-4818


County of San Diego - Tax Collector
1600 Pacific Hwy., Rm. 162
San Diego, CA 92101-2474


De Castro West, et al.
Attn: Michael Cohen
10960 Wilshire Blvd., 14th Fl.
Los Angeles, CA 90024-3881

```
Deschutes County Treasurer
1300 NW Watt St., #200
Bend, OR 97701


Eisenhower Medical Center
39000 Bob Hope Drive
Rancho Mirage, CA 92270


Farmer's Insurance Co.
Attn: Doren E. Hohl, Agent
6301 Owensmouth Ave.
Woodland Hills, CA 91367-7000


Farmers Insruance Comapny, Inc.
c/o Stoel Rives LLP
760 SW Ninth Ave. Ste. 3000
Portland, OR 97205-2584


Farmers Insurance Comapny, Inc.
Attn: Doren E. Hohl, Agent
6301 Owensmouth Ave.
Woodland Hills, CA 91367-7000


Farmers Insurance Company, Inc.
PO Box 2450
Grand Rapids, MI 49501-2450


Farmers Insurance Exchange
6301 Owensmouth Avenue
Woodland Hills, CA 91367


Ford Motor Credit
Po Box 62180
Colorado Springs, CO 80962
```

```
Franchise Tax Board
Attn-Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267


Internal Revenue Service
PO Box 145566
Cincinnati, OH 45250-5566


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1973 N. Rulon White Blvd.
Ogden, UT 84201-0021


Keybank NA
Attn: Recovery Payment Pr
4910 Tiedeman Road (Rtg Code: 08-01-
Brooklyn, OH 44144


Loma Linda Medical Center
11234 Anderson St.
Loma Linda, CA 92354


Master Card
837 3rd St.
Santa Monica, CA 90403
```

```
Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331


Porsche Financial Srvc
980 Hammond Dr
Atlanta, GA 30328


State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0001


Suntrust Mortgage/cc 5
Attn:Bankruptcy Dept
1001 Semmes Ave Va-Wmrk-7952
Richmond, VA 23224
```