Robert P. Goe - State Bar No. 137019
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Counsel for Debtor and Debtor in Possession
Russel Dennis Hiles, III

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RUSSEL DENNIS HILES, III,<br><br>Debtor and Debtor-in-Possession. | Case No. 6:16-bk-16877-WJ<br>Chapter 11 Proceeding<br><br>**STIPULATION BETWEEN AND AMONG DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, FARMERS INSURANCE EXCHANGE AND CHRISTOPHER BORGESON TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO:**<br>**(1) EMPLOY CONCIERGE AUCTIONS, LLC TO AUCTION DEBTOR'S PROPERTY (66876 Gist Rd., Bend, OR 97703) AND PAYMENT OF MARKETING FEES AND AUCTIONEER FEES (BUYERS PREMIUM);**<br>**(2) EMPLOY CASCADE SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER;**<br>**(3) SELL THE PROPERTY AT AUCTION SUBJECT TO COURT APPROVAL AND ALLOWING ACCEPTANCE OF BACK-UP BIDDERS;**<br>**(4) ESTABLISH BIDDING PROCEDURES;**<br>**(5) SCHEDULE HEARING DATE FOR APPROVAL OF AUCTION;**<br>**(6) PAY SECURED CREDITOR, PROPERTY TAXES, AND CLOSING COSTS; AND**<br>**(7) APPROVE OF SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. SECTION 363(f)** |

1

| | |
|---|---|
| **Current Hearing**: | |
| Date: | September 13, 2016 |
| Time: | 1:00 p.m. |
| Ctrm: | 304 |
| | |
| **Proposed Hearing:** | |
| Date: | October 4, 2016 |
| Time: | 1:00 p.m. |
| Ctrm: | 304 |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation is entered into between and among Debtor and Debtor-in-Possession, Russel Dennis Hiles, III ("Debtor"), the Office of the United States Trustee ("OUST"), creditor Farmers Insurance Exchange ("FIE"), and creditor Christopher Borgeson ("Borgeson") (collectively, the "Parties"), with regard to the following facts.

**RECITALS**

1. On August 1, 2016, Debtor filled a voluntary petition under chapter 11 of title 11 of the United States Code, commencing the case entitled *In re Russel Dennis Hiles, III*, Case No. 6:16-bk-16877 WJ.

2. On August 19, 2016, Debtor filed his Motion for an Order for authority to: (1) employ Concierge Auctions, LLC ("Concierge") to auction Debtor's property located at 66876 Gist Rd., Bend, OR 97703 ("Property") and authorize payment of marketing fees and auctioneer fees (buyers premium) pursuant to that certain Auction Marketing Agreement dated as of August 16, 2016; (2) employ Cascade Sotheby's International Realty ("Sotheby's") as real estate broker; (3) sell the Property at auction subject to Court approval and allowing acceptance of back-up bidders; (4) establish bidding procedures; (5) schedule hearing date for approval of auction results; (6) pay secured creditor, property taxes, and closing costs; and (7) Approve of sale free and clear of liens pursuant to 11 U.S.C. Section 363(f) ("Motion") [Docket No. 32].

3. The Motion is currently set for hearing on September 13, 2016, at 1:00 p.m.

4. On August 30, 2016, the OUST filed a limited opposition to the Motion and FIE and Borgeson filed oppositions to the Motion [respectively, Docket Nos. 48, 47, and 50] (collectively, the "Oppositions").

5.  The Parties are in discussions regarding the issues raised in the Oppositions and believe that additional time may allow for the resolution of these issues and to that end, stipulate as follows.

**STIPULATION**

The Parties hereby stipulate and agree that the hearing on the Motion be continued from September 13, 2016, to October 4, 2016, at 1:00 p.m., in the same location.

**SO STIPULATIED.**

DATED: September 2, 2016            **GOE & FORSYTHE, LLP**

By: /s/Robert P. Goe
    Robert P. Goe
    Attorneys for Russel Dennis Hiles, III,
    Debtor and Debtor-in-Possession

DATED: September 2, 2016            **UNITED STATES DEPARTMENT OF JUSTICE
                                     OFFICE OF THE UNITED STATES TRUSTEE**

By: _____
    Jason K. Schrader
    Trial Attorney

DATED: September 2, 2016            **NORTON ROSE FULBRIGHT US LLP**

By: _____
    Joshua D. Lichtman
    Attorney for Farmers Insurance Exchange

DATED: September 2, 2016            **LAW OFFICES OF SAMUEL KORNHAUSER**

By: _____
    Samuel Kornhauser
    Attorney for Christopher T. Borgeson

5. The Parties are in discussions regarding the issues raised in the Oppositions and believe that additional time may allow for the resolution of these issues and to that end, stipulate as follows.

**STIPULATION**

The Parties hereby stipulate and agree that the hearing on the Motion be continued from September 13, 2016, to October 4, 2016, at 1:00 p.m., in the same location.

**SO STIPULATIED.**

DATED: September 2, 2016          **GOE & FORSYTHE, LLP**

By: /s/Robert P. Goe
    Robert P. Goe
    Attorneys for Russel Dennis Hiles, III,
    Debtor and Debtor-in-Possession

DATED: September 2, 2016          **UNITED STATES DEPARTMENT OF JUSTICE
                                   OFFICE OF THE UNITED STATES TRUSTEE**

By: _____
    Jason K. Schrader
    Trial Attorney

DATED: September 2, 2016          **NORTON ROSE FULBRIOGHT US LLP**

By: _____
    Joshua D. Lichtman
    Attorney for Farmers Insurance Exchange

DATED: September 2, 2016          **LAW OFFICES OF SAMUEL KORNHAUSER**

By: _____
    Samuel Kornhauser
    Attorney for Christopher T. Borgeson

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN AND AMONG DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, FARMERS INSURANCE EXCHANGE AND CHRISTOPHER BORGESON TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO: (1)    EMPLOY CONCIERGE AUCTIONS, LLC TO AUCTION DEBTOR'S PROPERTY (66876 Gist Rd., Bend, OR 97703) AND PAYMENT OF MARKETING FEES AND AUCTIONEER FEES (BUYERS PREMIUM); (2) EMPLOY CASCADE SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER; (3)   SELL THE PROPERTY AT AUCTION SUBJECT TO COURT APPROVAL AND ALLOWING ACCEPTANCE OF BACK-UP BIDDERS; (4) ESTABLISH BIDDING PROCEDURES; (5)   SCHEDULE HEARING DATE FOR APPROVAL OF AUCTION; (6)   PAY SECURED CREDITOR, PROPERTY TAXES, AND CLOSING COSTS; AND (7) APPROVE OF SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. SECTION 363(f)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 6, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **Samuel Kornhauser    skornhauser@earthlink.net**
- **William F McDonald    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com**
- **Jason K Schrader    jason.K.Schrader@usdoj.gov**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com**
- **Jennifer C Wong    bknotice@mccarthyholthus.com**

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) September 6, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113
Lavar Taylor, 3 Hutton Center Drive Suite 500, Santa Ana, CA 92707

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 6, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Honorable Wayne Johnson, USBC, 3420 Twelfth Street, Riverside, CA 92501

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2016 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4