Robert P. Goe - State Bar No. 137019
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
cmiller@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:  (949) 955-9437

Counsel for Debtor and Debtor in Possession
Russel Dennis Hiles, III

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RUSSEL DENNIS HILES, III,<br><br><br>        Debtor and Debtor-in-Possession. | Case No. 6:16-bk-16877-WJ<br>Chapter 11 Proceeding<br><br>**NOTICE OF MOTION FOR ORDER APPROVING SALE OF ESTATE PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b)(1)**<br><br>[No Hearing Required Per LBR 6004-1(d)] |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Debtor and Debtor-in-Possession, Russel Dennis Hiles, III ("Debtor"), hereby respectfully moves this Court for an Order approving his Motion for an Order Approving Debtor's Sale of Estate Property Pursuant to 11 U.S.C. Section 363 ("Motion").

By the Motion, Debtor seeks authority pursuant to Section 363(b)(1) of the Bankruptcy Code to sell Debtor's 2001 Jeep Wrangler (the "Jeep").  Approval of the Motion is in the best interests of the estate as it will generate funds for the benefit of the estate.

On August 1, 2016 ("Petition Date"), Debtor filed a voluntary petition under chapter 11 of Title 11 of the Bankruptcy Code, commencing this case entitled *In re Russel Dennis Hiles, III*, Case No. 8:16-bk-16877-WJ.

Debtor is managing his affairs as a debtor and debtor-in-possession.  No trustee or examiner has been appointed in this case.

On the Petition Date, Debtor was the owner of the Jeep, free and clear of any liens, which is property of this bankruptcy estate.

Debtor's Schedule A valued the Jeep at $5,000.  The Jeep has approximately 70,000 miles on it.

Subject to approval by this Court, Debtor shall sell the Jeep to BV Automotive, LLC ("BV"), 1620 Avenida Verde Vista, San Dimas, CA 91773, for $8,000.

Debtor believes the purchase price represents a fair and excellent price for the Jeep.

The sale of the Jeep is an arms-length transaction between Debtor and BV.  Debtor has no connection to BV and submits that the sale of the Jeep is in the best interests of the estate as it generates income for the estate.

In this case, a sound business justification exists for allowing the Debtor to sell the Jeep and will generate income for the benefit the estate.

**IF YOU DO NOT OPPOSE THE MOTION, YOU NEED TAKE NO FURTHER ACTION.  IF YOU OBJECT TO THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 (o) (1) (A) (ii), OBJECTIONS AND A WRITTEN REQUEST FOR HEARING MUST BE FILED WITH THE COURT WITHIN 17 DAYS OF THE DATE OF SERVICE OF THIS NOTICE, IN THE FORM REQUIRED BY LOCAL BANKRUPTCY RULE 9013-1(o)(1).  YOU MUST FILE YOUR OBJECTION AND REQUEST FOR A HEARING WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT 3420 TWELFTH STREET, RIVERSIDE, CA 92501.  YOU MUST SERVE A COPY OF YOUR OBJECTION TO THE MOTION AND REQUEST A HEARING ON THE DEBTOR'S COUNSEL AT THE ADDRESS INDICATED IN THE UPPER LEFT-HAND CORNER OF THIS NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 3801 UNIVERSITY AVENUE, SUITE 720, RIVERSIDE, RIVERSIDE, CA 92501.  UPON RECEIPT OF A WRITTEN OBJECTION AND REQUEST FOR HEARING, THE DEBTOR'S COUNSEL WILL OBTAIN A HEARING DATE AND GIVE APPROPRIATE NOTICE THEREOF. ANY FAILURE TO TIMELY FILE AND SERVE OBJECTIONS MAY RESULT IN ANY SUCH OBJECTIONS BEING WAIVED.**

DATED:  October 3, 2016            **GOE & FORSYTHE, LLP**


                                  By:  /s/Robert P. Goe
                                       Robert P. Goe
                                       Attorneys for Russel Dennis
                                       Hiles, III, Debtor and Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER APPROVING SALE OF ESTATE PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b)(1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 3, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **Samuel Kornhauser    skornhauser@earthlink.net**
- **Joshua Lichtman    joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com**
- **William F McDonald    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com**
- **Jason K Schrader    jason.K.Schrader@usdoj.gov**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com**
- **Jennifer C Wong    bknotice@mccarthyholthus.com**

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) October 3, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 3, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery, on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Honorable Wayne Johnson, USBC, 3420 Twelfth Street, Riverside, CA 92501

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 3, 2016 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

In re 6:16-bk-16877-WJ
In re Russel Dennis Hiles, III

**Debtor**
Russel Dennis Hiles, III
155 Metate Place
Palm Desert, CA 92260

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Anthony Capobianco
Capobianco Law Offices, P.C.
41990 Cook Street, Bldg. F Ste. 2006
Palm Desert, CA 92211

Bank of America
9000 Southside Blvd., Bldg. 700 File
Jacksonville, FL 32256-6705

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583-4213

Barclays Bank Delaware
Po Box 8801
Wilmington, DE 19899-8801

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Christopher T. Borgeson
2150 Ladera Rd.
Ojai, CA 93023-8337

Citi
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St. Louis, MO 63179-0040

Concierge Auctions, LLC
405 Lexington Avenue
New York, NY 10174-0002

County of Los Angeles-Treas. & Tax
PO Box 54110
Los Angeles, CA 90054-0110

County of San Diego - Tax Collector
1600 Pacific Hwy., Rm. 162
San Diego, CA 92101-2474

De Castro West, et al.
Attn: Michael Cohen
10960 Wilshire Blvd., 14th Fl.
Los Angeles, CA 90024-3702

Deschutes County Treasurer
1300 NW Watt St., #200
Bend, OR 97701

Eisenhower Medical Center
39000 Bob Hope Drive
Rancho Mirage, CA 92270-3221

Farmers Insurance Co.
Attn: Doren E. Hohl, Agent
6301 Owensmouth Ave.
Woodland Hills, CA 91367-2216

Farmers Insurance Company, Inc.
c/o Stoel Rives LLP
760 SW Ninth Ave. Ste. 3000
Portland, OR 97205-2586

Farmers Insurance Company, Inc.
Attn: Doren E. Hohl, Agent
6301 Owensmouth Ave.
Woodland Hills, CA 91367-2268

Farmers Insurance Company, Inc.
PO Box 2450
Grand Rapids, MI 49501-2450

Farmers Insurance Exchange
6301 Owensmouth Avenue
Woodland Hills, CA 91367-2216

Ford Motor Credit
Po Box 62180
Colorado Springs, CO 80962-2180

Franchise Tax Board
Attn-Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001

Internal Revenue Service
PO Box 145566
Cincinnati, OH 45250-5566

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1973 N. Rulon White Blvd.
Ogden, UT 84201-0021

Keybank NA
Attn: Recovery Payment Pr
4910 Tiedeman Road (Rtg Code: 08-01-
Brooklyn, OH 44144-2338

Loma Linda Medical Center
11234 Anderson St.
Loma Linda, CA 92354-2804

Master Card
837 3rd St.
Santa Monica, CA 90403-1159
RTS Unable to Fwd 08-09-16

Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331-3552

Porsche Financial Srvc
980 Hammond Dr
Atlanta, GA 30328-6161
RTS Unable to Fwd 08-12-16

California State Board of Equalization
Account Reference Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Suntrust Mortgage/cc 5
Attn: Bankruptcy Dept
1001 Semmes Ave Va-Wmrk-7952
Richmond, VA 23224-2245

Bank of America, N.A.
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Farmers Insurance Exchange
c/o Rebecca J. Winthrop
North Rose Fulbright US LLP
555 S. Flower St., 41st Fl.
Los Angeles, CA 90071-2300

Bank of the West
2527 Camino Ramon
PO Box 5172
San Ramon, CA 94583-5172

Bighorn Clubhouse Project, MSC 614
PO Box 52163
Phoenix, AZ 85072-2163

Bighorn Golf Club-Clubhouse Project
255 Palowet Drive
Palm Desert, CA 92260-7311

Bighorn Homeowners Assn. MSC 855
PO Box 29048
Phoenix, AZ 85038-9048

Bighorn Homeowners Assn.
255 Palowet
Palm Desert, CA 92260-7311

Central Electric Cooperative Inc.
POI Box 846
Redmond, OR 97756-0187

Cindy Ellen Hiles
13327 Atwater Lane
Lake Oswego, OR 97034-2127

Cranfill, Sumner & Hartzog
PO Box 27808
Raleigh, NC 27611-7808

Deschutes County Assessor
PO Box 6005
Bend, OR 97708-6005

Farmers Insurance Exchange
c/o Norton Rose Fulbright
Peter Mason and Joshua Lichtman
555 South Flower Street, 41st Fl.
Los Angeles, CA 90071-2300

Franchise Tax Board
Vehicle Registration Collections
PO Box 419001
Rancho Cordova, CA 95741-9001

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
225 W. Broadway, Suite 200
Glendale, CA 91204-1345

Katz Cassidy
11400 W. Olympic Blvd., Ste. 1050
Los Angeles, CA 90064-1587

KeyBank
PO Box 94722
Cleveland, OH 44101-4722

Law Offices of Ryneal & Ryneal
3890 11th St., Ste. 116
Riverside, CA 92501-3572

Law Offices of William A. Brown, Jr.
865 Figueroa St., Ste. 2640
Los Angeles, CA 90017-5472

Los Angeles Collection Service Inc.
2140 Westwood Blvd., Ste. 222
Los Angeles, CA 90025-6333

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685

Mercedes Benz Financial Services
PO Box 17466
Baltimore, MD 21297-1466
Unable to Fwd RTS 09-17-16

Michael & Associates, PC
555 St. Charles Dr., Ste. 204
Thousand Oaks, CA 91360-3992

Paychex
c/o CT Corporation System
818 W. Seventh St., Ste. 930
Los Angeles, CA 90017-3476

Public Storage
11259 W. Olympic Blvd.
Los Angeles, CA 90064-1720

Public Storage
72-150 Fred Waring Dr.
Palm Desert, CA 92260-2750

Riverside County Assessor-Clerk
PO Box 751
Riverside, CA 92502-0751

San Diego County Treasurer-Tax
1600 Pacific Hwy., Rm. 162
San Diego, CA 92101-2477

VCA Rancho Mirage Animal Hospital
71-075 Hwy. 111
Rancho Mirage, CA 92270-4122

Veritext Century Reports
20 Corporate Park, Ste. 350
Irvine, CA 92606-5190

De Castro West, et al.
10960 Wilshire Blvd., 14th Fl.
Los Angeles, CA 90024-3702

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Christopher T. Borgeson
155 Jackson St., Ste. 1807
San Francisco, CA 94111-1936

Cranfill Sumner & Hartzog LLP
5420 Wade Park Blvd., Ste. 300
Raleigh, NC 27607-4189

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Farmers Insurance Company, Inc.
PO Box 2450
Grand Rapid, MI 49501-2450

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144-2338

Riverside County Tax Collector
4080 Lemon St., 4th Floor
Riverside, CA 92501-3634

Riverside County Tax Collector
Box 12005
Riverside, CA 92502-2205

Lavar Taylor
3 Hutton Center Dr., Ste. 500
Santa Ana, CA 92707-8711