Robert P. Goe - State Bar No. 137019
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
cmiller@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Counsel for Debtor and Debtor in Possession
Russel Dennis Hiles, III

FILED & ENTERED

OCT 24 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RUSSEL DENNIS HILES, III,<br><br>        Debtor and Debtor-in-Possession. | Case No. 6:16-bk-16877-WJ<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING SALE OF ESTATE PROPERTY PURSUANT TO 11 U.S.C. SECTION 363(b)(1)**<br><br>[No Hearing Required Per LBR 6004-1(d)] |

The Court has reviewed the "Motion for Order Approving Sale of Estate Property Pursuant to 11 U.S.C. Section 363(b)(1)" ("Motion") filed by the debtor and debtor-in-possession, Russel Dennis Hiles, III ("Debtor") on October 3, 2016 as docket number 86, and good cause appearing, hereby ORDERS as follows:

1. The Motion is granted.

2. The Debtor is authorized to sell 2001 Jeep Wrangler to BV Automotive, LLC for $8,000.

IT IS SO ORDERED.

###

Date: October 24, 2016

Wayne Johnson
United States Bankruptcy Judge