1  Leonard M. Shulman - Bar No. 126349
   Rika M. Kido - Bar No. 273780
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email:        lshulman@shbllp.com;
5                rkido@shbllp.com

6  Proposed Attorneys for Lynda T. Bui,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11 | In re | Case No.  6:16-bk-16877-WJ |
12 | **RUSSEL DENNIS HILES, III,** | Chapter  7 |
13 | Debtor. | **CHAPTER 7 TRUSTEE'S APPLICATION** |
14 | | **TO EMPLOY SHULMAN HODGES & BASTIAN LLP AS GENERAL COUNSEL;** |
15 | | **DECLARATION OF LEONARD M. SHULMAN IN SUPPORT THEREOF** |
16 | | [No Hearing Set Pursuant to |
17 | | Local Bankruptcy Rule 2014-1(b)] |

18  ////

19  ////

20  ////

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Employ App SHB TC Hiles

# <u>TABLE OF CONTENTS</u>

**Page**

CHAPTER 7 TRUSTEE ..................................................................................................1

I.      NEED FOR LEGAL COUNSEL ...................................................................3

II.     PROPOSED EMPLOYMENT AND QUALIFICATIONS OF THE FIRM ....................6

        A.      Services to be Performed..................................................................6

        B.      Qualifications of the Firm ...............................................................8

III.    THE FIRM IS "DISINTERESTED"...............................................................9

IV.     COMPENSATION OF THE FIRM .................................................................9

V.      CAUSE EXISTS TO EMPLOY THE FIRM OF WHICH THE TRUSTEE IS
        PROFESSIONALLY ASSOCIATED ............................................................10

DECLARATION OF LEONARD M. SHULMAN ...................................................13

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Employ App SHB TC Hiles

1    **TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY**

2    **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED**

3    **PARTIES**:

4         Lynda T. Bui ("Trustee"), the duly appointed, qualified and acting Chapter 7 trustee for the

5    bankruptcy estate ("Estate") of Russel Dennis Hiles, III  ("Debtor"), brings this Application for an

6    order authorizing the employment of Shulman Hodges & Bastian LLP ("Firm") as general counsel

7    ("Application") in this bankruptcy case effective as of December 21, 2017.  In support of the

8    Application, the Trustee respectfully represents as follows:

9                    **I.    NEED FOR LEGAL COUNSEL**

10        The Debtor filed a chapter 11 bankruptcy petition on August 1, 2016 ("Petition Date"), in the

11   United States Bankruptcy Court, Central District of California, Case No. 6:16-bk-16877-WJ.

12   Pursuant to order entered on December 21, 2017 (docket 275), the case was converted to Chapter 7

13   ("Conversion Date")and Lynda T. Bui was subsequently appointed as the Trustee for this Estate.

14        The last day to timely file proof of claims in this case is April 9, 2018.  Government claims

15   were due by June 5, 2017.  The Court's claims register indicates that as of January 4, 2018, there

16   have been 23 claims filed totaling $22,467,183.35, consisting of secured claims $3,876,937.90,

17   priority claims of $4,142,670.39 and general unsecured claims of $14,447,575.06.

18        Based on the Trustee's initial investigation, she anticipates that there may be a meaningful

19   distribution to unsecured creditors after liquidating available assets.  In order to accomplish this, the

20   Trustee has determined that there is a need to retain counsel based on the following:

21        •       On his Schedule A/B, the Debtor lists his ownership of the residence located at 155

22   Metate Place, Palm Desert, California 92260 ("Residence").  The Debtor also valued the Residence

23   at $2,750,000.00 and on his Schedule D, listed the following liens totaling $2,824,674.62: (1) lien

24   in favor of Bank of America in the amount of $1,395,102.00, (2) lien in favor of De Castro West et

25   al. ("De Castro") in the amount of $60,000.00; and (3) lien in favor of the California Franchise Tax

26   Board ("FTB") in the amount of $1,369,572.62.   On his Schedule C, the Debtor claimed an

27   exemption in the amount of $175,000.00 pursuant to C.C.P. § 704.730.   From the Debtor's

28   Schedules it appears there is no equity in the Residence for the benefit of the Estate and its creditors.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Employ App SHB TC Hiles

1  However, the Trustee is advised that the liens in favor of De Castro and the FTB were each recorded

2  within 90 days prior to the Petition Date and are both subject to avoidance under the Trustee's

3  powers under the Bankruptcy Code, including Section 547.  The Trustee needs legal assistance with

4  the avoidance of these liens.  If deemed appropriate, the Trustee will need to file complaints and

5  commence adversary proceedings which seek to avoid any improper liens recorded against the

6  Residence and/or the Bend Property (defined below).

7      •      On his Schedule A/B, the Debtor lists his ownership of a 40 acre ranch located at

8  66876 Gist Road, Bend, Oregon 97703 ("Bend Property"). The Debtor also valued the Bend

9  Property at $12,000,000.00 and on his Schedule D, listed the following liens totaling $788,134.00:

10  (1) lien in favor of Bank of America in the amount of $783,134.00; and (2) lien in favor of the

11  Deschutes County Treasurer in the amount of $5,000.00. The Debtor did not claim an exemption

12  against the Bend Property.  The Trustee has determined that a sale of the Bend Property will also

13  not be a simple or "routine" sale as there are extraordinary legal issues to address including the

14  extent of water rights associated with the Bend Property.  In documents and pleadings filed with the

15  Court, the Debtor has asserted the water rights associated with the Bend Property have extraordinary

16  value.  The Trustee may also need legal assistance to investigate and resolve any disputes regarding

17  the sale of the Bend Property.

18      •      In order to administer and liquidate the Residence and/or the Bend Property for the

19  benefit of the Estate and its creditors, the Trustee needs assistance legal assistance to evaluate the

20  extent and validity of the secured claims impacting the real properties, and if warranted, negotiate

21  the reduction of the secured claims so that the Residence and Bend Property may be sold for the

22  benefit of the Estate and its creditors.   The Trustee may need legal assistance with

23  extraordinary/legally sophisticated secured claims including (i) commencing adversary proceedings

24  to object to the secured claims, (ii) attending a Court hearings on matters to resolve the secured

25  claims, (iii) explore possible settlement of the secured claims and negotiate with creditors holding

26  the secured claims, and (iv) prepare the transactional documents settling the secured claims.  The

27  secured claims qualify as extraordinary claims matter for which the Trustee requires legal assistance

28  due to the questionable validity and extent of the secured claims.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

Employ App SHB TC Hiles

1     •     On his Schedule A/B, item 6, the Debtor lists household furnishings, antiques, paintings and collectables (collectively "Furnishings") located at (i) the Residence valued at $30,000.00 and (ii) the Ranch Property valued at $550,000.00.  On his Schedule A/B, item 8, the Debtor lists books located at the Residence valued at $30,000 and at item 12, the Debtor lists watches and jewelry valued at $30,000.00.   On his Schedule C, the Debtor claims a $30,000.00 exemption against the Furnishings located at the Residence pursuant to C.C.P. § 704.020 (leaving estimated equity in the Furnishings located at the Ranch Property of $550,000.00), and an $8,000.00 exemption against the watches and jewelry pursuant to C.C.P. § 704.040 (leaving estimated equity of $22,000.00).  The Trustee needs legal assistance to investigate the Furnishings to determine if any of the items have extraordinary value that is beyond reasonable and necessary for the Debtor, and may not be fully exempt, and which may have value for the Estate and its creditors if liquidated. The Trustee may need legal assistance to investigate and resolve any disputes regarding turnover and liquidation of any Furnishings that have extraordinary value, the books, watches and jewelry. Such matters may be complicated as the Debtor and/or his non-filing spouse may oppose any action by the Trustee to liquidate non-exempt personal property assets for the benefit of the Estate and its creditors.  The Trustee may need assistance with the any transactional documents necessary for the sale of any of the extraordinary items and seeking Court approval of the sale.

•     On his Statement of Financial Affairs, Part 9, the Debtor indicates that he is holding $350,000.00 worth of "furniture and antiques staged for marketing and selling purposes" for Villa Melrose at the Bend Property.  The Trustee is informed that these furniture and antiques were returned to Villa Melrose prior to the Conversion Date.  The Trustee needs legal assistance to review the "consignment" agreement between the Debtor and Villa Melrose, confirm that all of the furniture and antiques the Debtor was holding for Villa Melrose have been returned, and confirm an inventory of the Furnishings which remain at the Bend Property.  The Trustee may need assistance with the any transactional documents necessary for the sale of the Furnishings at the Bend Property and any motions for Court approval of the sale.

•     The Trustee may need legal assistance with matters regarding potential business interests.  On his Schedule A/B, the Debtor lists his 100% ownership interest in the entity known as

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

Employ App SHB TC Hiles

1  Hiles & Associates, LLP dba Hiles Borgeson, LLP.  On his Statement of Financial Affairs, the

2  Debtor indicates that this entity is a third party administrator and law firm.  The Trustee may need

3  legal assistance with the investigation of the assets of this law firm and if appropriate seek recovery

4  from the assets for the benefit of the Estate and its creditors.

5  • On his Schedule A/B, item 33, the Debtor listed litigation claims against (i)

6  Christopher Borgeson, and (ii) Farmers Insurance Exchange, Norton Rose Fulbright, LLP, Peter

7  Mason, Stoel Rivers, LLP and Amy Edwards.  The values for the claims were listed as unknown.

8  The Trustee may need assistance to investigate the claims asserted by the Debtor determine if there

9  is a potential for recovery for the benefit of the Estate and its creditors and if appropriate seek

10  recovery on the claims for the benefit of the Estate and its creditors.

11  • The Trustee needs to investigate the Debtor's financial affairs to determine if there

12  were any preferential payments to creditors or other avoidable transfers of the Estate assets prior to

13  the Petition Date.  For example, the Trustee needs to investigate and evaluate payments and/or

14  transfers made, if any, to any business entities that the Debtor may be associated with during the

15  one year prior to the Petition Date, or insiders of the Debtor during the four year period prior to the

16  Petition Date.

17  Given the issues and legal services that will be required by the Trustee in the administration

18  of this Estate, the Trustee seeks to employ the Firm as general counsel at the Firm's hourly billing

19  rates, which may be subject to adjustment from time to time, plus costs.  The Trustee believes that

20  employment of the Firm will be in the best interest of the Estate.

21  **II.    PROPOSED EMPLOYMENT AND QUALIFICATIONS OF THE FIRM**

22  **A.    Services to be Performed**

23  The Trustee seeks to employ the Firm as general counsel to render, among others, the

24  following types of professional services:

25  • Assist the Trustee in the liquidation of assets of the Estate and the preparation of any

26  documents and pleadings necessary to recover, sell, and otherwise liquidate the assets.  The

27  liquidation of assets of the Estate may include: (i) investigation of real and personal property assets,

28  including the Residence and the Bend Property, and assets which the Debtor may have not disclosed,

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

if any, (ii) negotiations with potential buyers, (iii) preparation of sale transactional documents and/or (iv) bringing motions for turnover of financial records and/or real property records of the Debtor and/or non-debtor third parties and a motion for turnover of the real and/or personal property assets.

• Assist the Trustee in the investigation and collection of potential monies owed to the Estate and if necessary, file complaints to commence adversary proceedings to recover on the amounts owed the Estate.

• Consult with the Trustee concerning legal issues impacting the administration of the bankruptcy case.

• Legal analysis and if appropriate, objection to any exemptions in Estate assets and/or amended exemptions claims.

• Investigate the acts, conduct, assets, liabilities and financial condition of the Debtor, and any other matters relevant to the case or the preservation of assets for the benefit of creditors.

• Conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts and pleadings related to the this Chapter 7 case if necessary.

• Investigate any and all claims and causes of action to object to the Debtor's exemption claims or any amendments to the Debtor's Schedule C exemption claims.

• If necessary, investigate any and all claims and causes of action to object or revoke the Debtor's discharge, and if sufficient cause exists, commence and prosecute to judgment an adversary proceeding to object to or revoke the Debtor's discharge.

• Investigate any and all claims and causes of action which constitute property of the Estate, including but not limited to, any claims under Bankruptcy Code Section 363(h), the Estate's claims arising under any of Sections 542, 543, 544, 545, 546, 547, 548, 549 and 550 of the Bankruptcy Code, any actions based on applicable nonbankruptcy law that may be incorporated or brought under the foregoing sections of the Bankruptcy Code, or any other similar action or proceeding filed to recover property for or on behalf of the Estate or to avoid a lien or transfer ("Litigation Claims").

• Prosecute any Litigation Claims lawsuit to a judgment in an appropriate trial court.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

Employ App SHB TC Hiles

1    •    Analyze settlement of Litigation Claims and conduct possible settlement

2    negotiations.

3    •    Oppose any motion for new trial brought in the Litigation Claims lawsuit.

4    •    Review of extraordinary claims filed against the Estate and, if necessary, bring action

5    to object to certain claims if there is sufficient cause.  The Firm will review claims filed against the

6    Estate and, if necessary, bring actions to object to certain "legally sophisticated" claims if there is

7    sufficient cause; all other "routine" claims will be analyzed by the Trustee's administrator.

8    •    Perform any and all other legal services incident and necessary to preserve assets for

9    the benefit of the Estate and its creditors.

10    The Trustee may be filing applications for authority to employ real estate brokers,

11    accountant and/or field agents for this case.  The services to be rendered by the Firm will not

12    duplicate the services rendered by any other professionals employed in the case.

13    In summary, the Firm will provide the Trustee with the legal expertise the Trustee needs in

14    her fiduciary duties to the Estate under the Bankruptcy Code to collect and reduce to money assets

15    of the Estate to pay creditors.

16    **B.    <u>Qualifications of the Firm</u>**

17    The Trustee believes the Firm is well qualified to render the foregoing services.  The Firm

18    is comprised of attorneys who are experienced in insolvency, bankruptcy and corporate

19    reorganization as well as the legal matters of the type that may need to be pursued in this case.  The

20    Firm has extensive experience in debtor/creditor matters, including the representation of trustees

21    that appear in bankruptcy cases.   In summary, the members of the Firm have practiced in the

22    Bankruptcy Court for many years, and the Firm has handled virtually every type of matter that can

23    arise in the context of a bankruptcy case and is well able to perform the legal services required in

24    this case.

25    All attorneys comprising or associated with the Firm who will appear in this case are duly

26    admitted to practice law in the courts of the State of California and in the United States District

27    Court for the Central District of California.  A biography of each professional of the Firm, along

28    with the Firm's current hourly billing rates is attached as **Exhibit 1** to the Declaration of Leonard

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

Employ App SHB TC Hiles

1  M. Shulman and incorporated here by this reference.   The Firm and each of the members, associates,

2  and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules

3  of Bankruptcy Procedure, and the Local Bankruptcy Rules.

### III.     THE FIRM IS "DISINTERESTED"

5        During the Chapter 11 case, pursuant to Court order entered on August 24, 2016 (docket 42),

6  the Debtor was authorized to employ A. Lavar Taylor, LLP as his special counsel tax counsel.

7  Members of the law firm of A. Lavar Taylor, LLP (attorney A. Lavar Taylor and paralegal Joyce

8  Cheng), are professionally   associated with the Firm on an of counsel basis.   Other than this of

9  counsel association of members of A. Lavar Taylor, LLP and other than the Firm representing the

10  Trustee in other non-related bankruptcy cases and the Trustee being professionally associated with

11  the Firm, to the best of the Firm's knowledge after full investigation, neither the Firm, nor any of

12  the attorneys comprising or employed by it, has a business, professional, or other connection with

13  the Debtor, his creditors, any other party in interest, their respective attorneys and accountants, the

14  United States trustee, or any person employed in the Office of the United States Trustee.

15        To the best of the Firm's knowledge after full investigation, none of the attorneys comprising

16  or employed by the Firm are related to any judge of the United States Bankruptcy Court for the

17  Central District of California, to the United States Trustee, or any employee of the United States

18  Trustee, except that Lynda T. Bui, who is a non-equity partner of the Firm, is a member of the

19  Chapter 7 Bankruptcy Trustee panel for the Central District of California appointed and supervised

20  by the Office of the United States Trustee.

21        The Firm is a "disinterested person" within the meaning of Bankruptcy Code Section 101(14)

22  and represents no interest which would be adverse to the Debtor, the Estate, creditors, or any party

23  in interest in this proceeding.  As of the Petition Date, the Firm was not a creditor of the Estate.

### IV.     COMPENSATION OF THE FIRM

25        The Firm has received no retainer for the services to be performed.  There is no oral or

26  written employment agreement, except an agreement that the Firm will accept as compensation such

27  sum as the Court may deem reasonable, and the only source of payment will be from property of

28  the Estate as authorized by the Court.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

9

Employ App SHB TC Hiles

1  The Firm understands the provisions of Bankruptcy Code Sections 327, 330 and 331 which

2  require, among other things, Court approval of the Trustee's employment of the Firm as general

3  counsel and of all legal fees and reimbursement of expenses that the Firm will receive from the

4  Estate.

5  The Firm has agreed to be employed and compensated subject to the provisions of

6  Bankruptcy Code Section 330.  In compliance with Sections 330 and 331 of the Bankruptcy Code,

7  the Firm intends to file applications for allowance of fees and reimbursement of costs as and when

8  appropriate.  The Firm has not shared or agreed to share any compensation to be received by it in

9  this case with any other person, except as among partners of the Firm.

10  **V.    CAUSE EXISTS TO EMPLOY THE FIRM OF WHICH THE TRUSTEE IS**

11  **PROFESSIONALLY ASSOCIATED**

12  The Trustee seeks to employ the Firm of which she is professionally associated for several

13  reasons, including but not limited to, the following:

14  • The Firm is Familiar with the Case.  The Firm is familiar with the issues of this case.

15  Furthermore, the Firm has successfully represented other bankruptcy trustees in cases involving

16  similar issues as this case. The Trustee is confident that members of the Firm have successfully

17  resolved these issues before and the Estate will benefit from the Firm's familiarity with these issues.

18  Additionally, the employment of the Firm will save time and money and will maximize potential

19  recovery because, as opposed to outside counsel, the Firm is already intimately familiar with the

20  specific facts of this case.

21  • No Objections Filed.  The notice of this Application to employ the Firm will be

22  served in accordance with Local Bankruptcy Rule 2014-1.  It is anticipated that no objections to this

23  Application will be filed by creditors.

24  • Coordination.  Costs will be reduced by coordination of efforts by staff members

25  familiar with both the Trustee and legal matters associated with the case.

26  • The Firm is Qualified.  The members of the Firm that will be performing the services

27  are well qualified to perform such services. The Firm is comprised of attorneys who are experienced

28  in insolvency, bankruptcy and corporate reorganization as well as litigation matters of the type that

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

10

Employ App SHB TC Hiles

1   may need to be pursued in this case.  Furthermore, the Firm is experienced in debtor/creditor matters,

2   and is regularly hired by trustees in bankruptcy cases for legal matters similar to the matters for

3   which the Firm is being employed in these cases.  The members of the Firm have practiced in the

4   Bankruptcy Court for many years, and the Firm has handled virtually every type of matter that can

5   arise in the context of a bankruptcy case and is well able to perform the legal services required in

6   this case.

7          As set forth above, "cause", as outlined in *In re Butler Industries, Inc.*, 101 B.R. 194 (Bankr.

8   C.D. Cal. 1989), *aff'd*, 114 B.R. 695 (C.D. Cal. 1990), exists in this case for the Trustee to retain

9   the services of the Firm with which she is professionally affiliated.  This belief is consistent with

10  District Court Judge Rea's opinion in *Butler* and the legislative intent expressed in Section 328(b)

11  of the Bankruptcy Code.

12         Furthermore, the best interest of the Estate as outlined in *In re Interamericas, Ltd.*, 321 B.R

13  830 (Bankr. D.S. Tex. 2005) would be served by the employment of the Firm based on factors which

14  include:

15         •   The Firm is Qualified.  The members of the Firm that will be performing the services

16  are well qualified to perform such services. The Firm is comprised of attorneys who are experienced

17  in insolvency, bankruptcy and corporate reorganization as well as litigation matters of the type that

18  may need to be pursued in this case.  Furthermore, the Firm is experienced in debtor/creditor matters,

19  and is regularly hired by trustees in bankruptcy cases for legal matters similar to the matters for

20  which the Firm is being employed in this case.  The members of the Firm have practiced in the

21  Bankruptcy Court for many years, and the Firm has handled virtually every type of matter that can

22  arise in the context of a bankruptcy case and is well able to perform the legal services required in

23  this case.

24         •   The Firm is Adequately Staffed.  The Firm is sufficiently staffed to handle the time

25  commitment required to handle the legal matters in this case.

26         •   The Firm's Hourly Rates are Reasonable.  The rates charged by the Firm are

27  comparable to and are well in line with comparable law firms.

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

11

Employ App SHB TC Hiles

1    • __Cost Savings__.  Costs will be reduced by coordination of efforts by staff members

2  familiar with both the Trustee and legal matters associated with the case.

3    Based on the foregoing, the Trustee believes that it is proper for and cause exists for the

4  employment of the Firm of which she is professionally associated.

5    **WHEREFORE**, the Trustee requests that she be authorized to employ the Firm as general

6  counsel in this Chapter 7 case effective as of December 21, 2017, at the Firm's hourly rates, which

7  may be subject to adjustment from time to time, plus costs, with any compensation and

8  reimbursement of costs to be paid upon further application and approval of this Court, and for such

9  other and further relief as is just and proper under the circumstances of this case.

10

   Dated:  January 5, 2018

11                                          Lynda T. Bui
                                           Chapter 7 Trustee for the bankruptcy estate of
12                                          *In re Russel Dennis Hiles, III,* Case No. 6:16-bk-16877-WJ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

12

Employ App SHB TC Hiles

# DECLARATION

### DECLARATION OF LEONARD M. SHULMAN

I, Leonard M. Shulman, declare and state as follows:

1.     The matters stated here are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am the managing partner of Shulman Hodges & Bastian LLP ("Firm") and am authorized to and make this declaration on its behalf.  I am admitted to practice before this Court.

2.     I make this Declaration in support of the Chapter 7 Trustee's Application for Order Authorizing Employment of Shulman Hodges & Bastian LLP as General Counsel ("Application") filed by Lynda T. Bui ("Trustee"), the Chapter 7 trustee for the bankruptcy estate ("Estate") *In re Russel Dennis Hiles, III*  ("Debtor"), Case No. 6:16-bk-16877-WJ.

3.     Attached hereto as **Exhibit 1** and incorporated here by reference is a brief biography of each of the professionals employed by the Firm along with the Firm's current hourly billing rates.

4.     The Firm is comprised of attorneys who are experienced in insolvency, bankruptcy and corporate reorganization as well as litigation matters of the type that may need to be pursued in this case.  Furthermore, the Firm is experienced in debtor/creditor matters, including the representation of trustees that appear in bankruptcy cases.  The members of the Firm have practiced in the Bankruptcy Court for many years, and the Firm has handled virtually every type of matter that can arise in the context of a bankruptcy case and is well able to perform the legal services required in this case.

5.     All attorneys comprising or associated with the Firm who will appear in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.

6.     The members of the Firm are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall comply with them during the administration of this case.

7.     During the Chapter 11 case, pursuant to Court order entered on August 24, 2016 (docket 42), the Debtor was authorized to employ A. Lavar Taylor, LLP as his special counsel tax counsel.  Members of the law firm of A. Lavar Taylor, LLP (attorney A. Lavar Taylor and paralegal

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

13

Employ App SHB TC Hiles

Joyce Cheng), are professionally associated with the Firm on an of counsel basis. To the best of my knowledge after full investigation, other than the of counsel association of members of A. Lavar Taylor, LLP and other than the Firm representing the Trustee in other non-related bankruptcy cases, the Firm has no business, professional, or other connection with the Debtor, his creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee, except that Lynda T. Bui, a non-equity partner of the Firm, is a member of the Chapter 7 Bankruptcy Trustee panel for the Central District of California appointed and supervised by the Office of the United States Trustee and the trustee in this case.

8.    To the best of my knowledge after full investigation, none of the attorneys comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.

9.    To the best of my knowledge after full investigation, the Firm is both disinterested as that term is defined in Bankruptcy Code Section 101(14) and represents no interest which would be adverse to the Debtor, this Estate, creditors of the Estate or any party in interest in this proceeding.

10.    The Firm has no pre-petition claim against the Estate.

11.    The Firm has received no retainer for the services to be performed during the Chapter 7 case. There is no oral or written employment agreement, except an agreement that the Firm will accept as compensation such sum as the Court may deem reasonable, and the only source of payment will be from property of the Estate as authorized by the Court.

12.    The Firm understands the provisions of Bankruptcy Code Sections 327, 330 and 331 which require, among other things, Court approval of the Trustee's employment of the Firm as general counsel and of all legal fees and reimbursement of expenses that the Firm will receive from the Estate.

////

////

////

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

14

Employ App SHB TC Hiles

1    13.    The Firm has agreed to be employed and compensated subject to the provisions of

2  Bankruptcy Code Section 330.  In compliance with Sections 330 and 331 of the Bankruptcy Code,

3  the Firm intends to file applications for allowance of fees and reimbursement of costs as and when

4  appropriate.  The Firm has not shared or agreed to share any compensation to be received by it in

5  this case with any other person, except as among partners of the Firm.

6    I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.

8    Executed on January 5, 2018, at Irvine, California.

9    /s/ Leonard M. Shulman

10

11    Leonard M. Shulman

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

15

Employ App SHB TC Hiles

# Exhibit 1

# Firm Resume

# SHULMAN HODGES & BASTIAN LLP

## PARTNERS

**SHULMAN, LEONARD M.,** born Los Angeles, California, June 1, 1961; Admitted to bar, 1986, California, U.S. District Court, Central, Eastern, Northern and Southern Districts of California. Education: University of California at San Diego (B.A. Magna Cum Laude, 1983); University of San Diego (J.D. 1986). Regent Scholar. Member: 1984-1986 and Comments Editor, 1985-1986, University of San Diego Law Review. Author: "Compensation for Collegiate Athletes:  A Run for More Than Roses" 22 San Diego Law Review 701 (1986); Case Note, "Matter of Western Electronics, Inc.," 16 Cal. Bankr. J. 23 (Winter, 1988); Article, "Reasonable Reliance on a False Financial Statement," 17 Cal. Bankr. J. 225, 1989. Co-Author, Article "A Retrospect: 1989 Ninth Circuit Bankruptcy Decisions," Cal. Bankr. J. 1990. Author: Article, "Abatement of a Landlord's Rights under the Shopping Center Amendments:  Section 365(d)(2)  Does Not Mean What It Says," 18 Cal. Bankr. J. 851, 1990; "In re Mercado:  Enjoining the Collection Efforts of a Holder of a Nondischargeable Claim," Norton Bankruptcy Law Advisor, October, 1991; "Armed and Dangerous: Continuation of a Receiver in Bankruptcy, "Norton Bankruptcy Law Advisor, May 1992; "Is It Fair and Equitable to Alter the Bargained-for Exchange," The Bankruptcy Strategies, June 1992. "Supergeneric Descriptions of Debtor's Holdings Won't Do," Los Angeles Daily Journal, Business Law Section, August, 2005. "A Debtor's Right to Silence in a Bankruptcy Proceeding," Orange County Lawyer, September 2005; "Running On Empty: The Limitations Period On Installment Obligations," Orange County Business Journal, November 2006. Featured Speaker:  "Pitfalls of Practice in Bankruptcy Court, Central District of California," December 1989, San Diego Bar Association; "How Reasonable Must Reliance Be on a False Financial Statement?" May 1990, Orange County Bar Association; "Bankruptcy in Today's Real Estate Market," February 1991, California Real Estate Investment Forum; "Automatic Stay -- Pitfalls of Practice," December 1991, Orange County Bar Association Creditors' Rights Section; "Automatic Stay -- Pitfalls of Practice," June 1992, Orange County Paralegal Association; "Representation of Creditors' Committees" (April 1993, Orange County Paralegal Association). Panelist: "Litigating Nondischargeability Actions" December 1990, Orange County Bankruptcy Forum;  "Litigating Preference Actions,"  June 1991, Orange County bankruptcy Forum; "Handling a Chapter 11 Case," January 1992, Continuing Education of the Bar; "Bankruptcy Issues for the Real Estate Practitioner," June 1992, Orange County Bankruptcy Forum; "Bankruptcy Evidence I: Overcoming Evidentiary Roadblocks" (June 1992, Orange County Bankruptcy Program). "1994 Bankruptcy Reform Act" (November, 1994, Orange County Bankruptcy Forum); "Handling a Chapter 11 Reorganization The Right Way" (January 1994, CEB). "Small Business Chapter 11 Bankruptcies" (January 2008, Orange County Bankruptcy Forum); Moderator: "Employment of Professionals In Bankruptcy" (March 1994, Orange County Bar Association (Commercial Law and Bankruptcy Section); "What Price Justice: Is There an Exception to the Absolute Priority Rule?" January 1993, Orange County Bankruptcy Forum; "Law Practice Management for Bankruptcy Practitioners," April 1993, Orange County Bankruptcy Forum. Memberships: Member, Board of Directors, Orange County Bankruptcy Forum, 1991-1995 (Past President, 1995); California State Bar Association 1986 - Present.   Member, Board of Directors, Pediatric Cancer Research Foundation (President 2006-2007).

**HODGES, RONALD S.,** born Santa Monica, California, December 29, 1964; admitted to California Bar, 1990; admitted to Bar in District of Columbia, Court of Appeal, 1992; U.S. District Court, Central District of California, Northern District of California, 1996. Education:  Loyola Marymount University (B.A. 1987); Loyola University School of Law (J.D. 1990). Recipient, American Jurisprudence Award: Trial Skills. Formerly:  Judicial Extern to the Honorable Harvey A. Schneider, Superior Court of California, Los Angeles, 1989. Memberships:  American Bar Association; California State Bar Association; Orange County Bar Association; Riverside County Bar Association; Defense Research Institute; Association of Southern California Defense Counsel.

**BASTIAN, JAMES CHARLES, JR.,** born Chicago, Illinois, August 23, 1969; admitted to California Bar, 1994; U.S. District Court, Central District of California, 1994; Northern District of California, 1996; Eastern District of California, 1996; Southern District of California, 1998. Education: University of California, Los Angeles (B.A. 1991); Southwestern University School of Law (J.D. 1994). Formerly:  Judicial Law Clerk and Extern to the Honorable Kathleen T. Lax, United States Bankruptcy Court, Central District of California, 1993-1995. Memberships:  Orange County Bar Association (Commercial Law & Bankruptcy Sections); California State Bar Association; California Bankruptcy Forum, Board of Directors, 2000-2003; Orange County Bankruptcy Forum, President, 2000-2001, Vice

# Exhibit 1, Page 17

President, 1999-2000, Board of Directors, 1997-2003, Co-Chair Special Projects Committee 1996-1997, Co-Chair Dinner Programs Committee 1997-1999.

**PEMBERTON, GARY A.,** Gary A. Pemberton is a member of the firm's Litigation Department and is resident in the Irvine office. Mr. Pemberton specializes in business litigation and has handled breach of contract disputes, unfair competition, business torts, interference with contract, insurance litigation, real estate litigation, securities litigation, corporate director and officers litigation, public entity litigation, intellectual property litigation, bankruptcy litigation, probate litigation and environmental litigation. Mr. Pemberton has tried a number of cases to successful conclusions in federal and state courts in San Francisco, Orange, Riverside and San Diego counties. Mr. Pemberton is admitted to practice before the Ninth Circuit Court of Appeals, the Federal Circuit Court of Appeals, the United States District Courts of the Northern, Central and Southern Districts of California, and all courts of the State of California. Based on the recommendation of other attorneys in the Orange County legal community, the legal publication Martindale-Hubbell has awarded Mr. Pemberton an "AV" rating, denoting excellence both in legal practice and professional ethics. Mr. Pemberton graduated cum laude with a B.A. in History from the University of California, Los Angeles in 1977. While at UCLA, Mr. Pemberton was a member of the Alpha Tau Omega Fraternity and the Pi Gamma Mu National Social Science Honor Society. He also volunteered extensively with the Big Brothers Organization. Mr. Pemberton then matriculated to Princeton Theological Seminary where he obtained a M.Div. in 1981. He then served as a Presbyterian pastor for two years before entering law school at the University of California, Berkeley, where he earned his J.D. in 1986. While at the University of California, Berkeley, Mr. Pemberton was awarded a Moot Court Commendation of Excellence and a Major Walter Dinkelspiel Scholarship, was Fundraising Chairperson for the Berkeley Law Foundation and volunteered his time for the Legal Aid Society of Alameda County. Mr. Pemberton also served as a judicial extern to the Honorable Earl B. Gilliam, Jr., Judge of the United States District Court for the Southern District of California. Active in the professional community, Mr. Pemberton has spoken and presented continuing education seminars on various topics related to business litigation. Mr. Pemberton is currently a member of the Board of Directors of the Orange County Chapter of the Federal Bar Association and has served as the editor of its newsletter. Mr. Pemberton has also served on the Board of Directors of the YMCA of Newport Beach/Costa Mesa/Irvine and on the Board of Directors of the UCLA Club of Orange County. Mr. Pemberton is a member of the Business Litigation Section of the Orange County Bar Association. Mr. Pemberton is also active in the City of Irvine, where he resides, having coached Woodbridge High School to the Constitutional Rights Foundation Orange County Mock Trial Championship and served as Nation Chief of the YMCA Indian Princess Program in Irvine.

**IGNATUK, J. RONALD,** J. Ronald Ignatuk is a partner in the firm's litigation department and is resident in the Irvine office. Mr. Ignatuk's practice emphasizes insurance litigation, business litigation, real estate litigation, corporate officers and directors litigation, unfair trade practices litigation and bankruptcy litigation. Prior to joining the firm in 2000, Mr. Ignatuk was a partner of Barger & Wolen LLP. While at Barger & Wolen LLP, Mr. Ignatuk gained extensive experience representing numerous insurance carriers in high stakes bad faith litigation, and also prosecuted and defended numerous commercial, employment, unfair trade practices, real estate and unfair competition matters. Mr. Ignatuk has tried a number of cases to a successful conclusion. Mr. Ignatuk is admitted to practice before the Ninth Circuit Court of Appeals, United States District Court of Northern, Central, Eastern and Southern Districts of California, and all courts of the State of California. Mr. Ignatuk graduated with a B.A. in psychology from the Pennsylvania State University in 1986. Prior to entering Loyola Law School, Mr. Ignatuk taught high school both in Pennsylvania and in California. Mr. Ignatuk graduated from Loyola Law School, Order of the Coif, in 1990. Mr. Ignatuk also externed with the Santa Monica City Attorney's Office, where he acted as lead prosecutor in several criminal trials. Mr. Ignatuk is a member of the American Bar Association, Orange County Bar Association and California State Bar Association. Mr. Ignatuk is the president of his homeowner's association. He has done charity work, including volunteer charity work at his children's school and for Human Options, an organization dedicated to assisting battered women and their children.

**PETERSEN, MICHAEL J.,** born Chicago, Illinois, February 12, 1952, admitted to the Wisconsin Bar 1977; Admitted to practice in Minnesota 1978, Admitted to practice in Illinois in 1982; Admitted to California Bar 1994.  Education: University of Wisconsin, Stevens Point, Wisconsin (B.S. High Honors 1974); University of Minnesota School of Law, Minneapolis Minnesota (J.D. 1977 Cum Laude).  Formerly: Assistant General Counsel, The Prudential Insurance Company of America, General Counsel Prudential Real Estate Affiliates, Inc., (1979-1999) General Counsel Newport Federal (Newport Beach California). Memberships: California Bar Association (member real estate section), Wisconsin Bar Association, Orange County Bar Association.

**BUI, LYNDA T.** admitted to the California bar 1999; admitted to United States District Court for the Central District of California; admitted to Ninth Circuit Court of Appeals. Education:  University of California, Los Angeles (B.A.

# Exhibit 1, Page 18

1994); Loyola Law School (J.D. 1998).  Formerly: Judicial Extern for the Honorable Kathleen P. March, United States Bankruptcy Judge, Central District of California, 1996 to 1998.  Ms. Bui specializes in the area of bankruptcy law, but also practices civil litigation in state and federal court.  Memberships: Los Angeles County Bar Association, Commercial Law and Bankruptcy Section; the Orange County Bankruptcy Forum; the Financial Lawyers Conference; active member of the Board of Governors for the Southern California Chinese Lawyers Association.  Ms. Bui is a Chapter 7 Panel Trustee for the Central District of California, Riverside Division.

**CONTRERAS, FRANKLIN J.**, born Miami, Florida, March 6, 1968, admitted to the California Bar, 2005; admitted to the U.S. District Court, Central District of California.  Education: University of California at Irvine (B.A. 1992); Western State University College of Law (J.D. 1997).  Member: Orange County Bankruptcy Forum.

**LOWE, MELISSA DAVIS**, Melissa is a member of the firm's Bankruptcy and Reorganization department and is a resident of the Irvine office.  Ms. Lowe graduated magna cum laude from the Honors College at the University of Arizona with a B.S.B.A. in Finance in 2003. Ms. Lowe earned her J.D. in 2006 from Loyola Law School in Los Angeles and earned her Tax LL.M. from Loyola Law School in 2008. During law school, Ms. Lowe was a staff member of the Loyola Entertainment Law Review and a Scott Moot Court competitor and competed as a finalist in the American Bar Association Law Student Tax Challenge. She also held several leadership positions at the University of Arizona and at Loyola, including President of Phi Alpha Delta. Ms. Lowe is admitted to practice before the United States District Court for the Central, Southern, and Eastern District of California and all the courts of the State of California. Ms. Lowe is active in the community. She is a member of the Orange County Bankruptcy Forum, serving as its Secretary for 2011 and Vice President for 2012, and of the Orange County Bar Association and is active in the Junior League of Orange County, California, as well as her church.

**GEBHART, KIARA**, born San Clemente, California, June 21, 1983; admitted to the California Bar, 2008; admitted to the U.S. District Court, Central District of California, 2008.  Education: University of San Diego, California (B.A., 2005); University of San Diego School of Law (J.D., 2008).  Two time recipient of Honors in Legal Writing, recipient of Honors in Negotiation, and recipient of the American Jurisprudence Award for Bankruptcy.  Formerly: Law Clerk at Shulman, Hodges & Bastian LLP, Irvine, California;  Extern to the Alternate Public Defender, San Diego, California.  Memberships: Orange County Bar Association; Federal Bar Association.

**ROMERO, SAMUEL J.**, born Tucuman, Argentina, February 3, 1968; admitted to the California Bar, 2004; Education: Biola University (B.S., Physical Science, 1991); Chapman University School of Law (J.D. 2004).  Recipient, CALI Excellence for the Future award for highest grade in Torts I, Civil Procedure I & II, Agency & Partnership, Corporations, Legal Research & Writing I, Corporations, International Business Transactions; highest grade Contracts I.  Formerly: Judicial Extern to the Honorable Alex Kozinski, United States Ninth Circuit Court of Appeals, 2002-2003; Judicial Extern to the Honorable Kirk Nakamura, Superior Court of Orange County, California, 2002.  Memberships: American Bar Association, Orange County Bar Association.  Author: "Obesity Liability: A Super-Sized Problem or a Small Fry in the Inevitable Development of Product Liability?" 7 CHAP. L. REV. 239 (2004).

## ASSOCIATES

**BIORNSTAD, SHANE MICHAEL,** born Albany, Oregon, July 16, 1978; admitted to the Nevada Bar, 2006; admitted to the California Bar, 2007; admitted to the U.S. District Court, District of Nevada, 2007, Central District of California, 2011, and Southern District of California, 2011; admitted to the United States Court of Appeals for the Ninth Circuit, 2008. Education: Brigham Young University (B.A., 2002); Willamette University College of Law (J.D., *magna cum laude*, 2006).  During law school, Mr. Biornstad worked as a law clerk for the Oregon Department of Justice and as an extern for the Honorable Robert D. Durham of the Supreme Court of Oregon and the Honorable Susan M. Tripp of the Circuit Court of the State of Oregon, Third Judicial District.  Mr. Biornstad also earned the High Paper Award for Best Exam in Appellate Advocacy, Jurisprudence, Property, and Legal Research and Writing. After law school Mr. Biornstad clerked for the Honorable Mark Gibbons at the Supreme Court of Nevada.  Memberships:  Orange County Bar Association.

**ISKANDER, BRANDON J.**, is a member of the firm's Bankruptcy and Reorganization department and is a resident of the Riverside office. Admitted to the California Bar, 2014; admitted to the U.S. District Court, Central District of California, 2014. Education: University of California, Irvine (B.A., 2010); University of California, Irvine School of

# Exhibit 1, Page 19

Law (J.D., 2014). While attending law school, Mr. Iskander was a research editor and lead article editor on the UC Irvine Law Review. During Mr. Iskander's third year, he served as a judicial extern to the Honorable Catherine E. Bauer (U.S. Bankruptcy Court, Central District of California). After graduating law school, Mr. Iskander clerked for the Honorable Robert A. Gordon (U.S. Bankruptcy Court, District of Maryland). After completing his clerkship term and returning to California, Mr. Iskander practiced bankruptcy law as a solo attorney and provided pro bono assistance to debtors at Riverside Legal Aid.

**KIDO, RIKA M.,** born Tokyo, Japan, March 12, 1981; admitted to the California Bar, 2010; admitted to the U.S. District Court, Central District of California, 2010. Education: Middlebury College (B.A., 2003); University of California, San Diego (M.P.I.A., 2007); University of San Francisco School of Law (J.D., 2010). Recipient, CALI Excellence for the Future Award for highest grade in Legal Research & Writing I, Legal Research & Writing II, and International Business Transactions. Technical Editor, 2008, Assistant Literary Editor, 2008-2009, and Literary Editor, 2009-2010, USF Maritime Law Journal. Co-Author: "Operator, Can You Get Me an Extension? Extending the Automatic Stay to Non-Debtor Parties," 30 CAL. BANKR. J. 361 (2010).

**LEE, ANDREW J.,** born Los Angeles, California, December 3, 1984; admitted to the California Bar, 2013; admitted to the U.S. District Court, Central District of California, 2013. Education: University of California, Riverside (B.S., 2007); Southwestern Law School, (J.D., 2013). Formerly: Corporate and securities attorney at Horwitz + Armstrong, A Professional Law Corporation, working with public and private companies specializing in M&A transactions, ongoing public reporting requirements, and corporate governance and transactions. Memberships: California Bar Association (business law section); Korean American Bar Association, Orange County.

**O'DEA, RYAN D.,** Ryan is a member of the firm's bankruptcy department and is a resident of the Irvine office. Ryan graduated from the University of California, Irvine with a B.A. in Criminology and Law in 2006 and placed on the dean's honor roll. Mr. O'Dea received his law degree from Chapman University School of Law *cum laude* in 2010. During law school, Mr. O'Dea was the Notes Editor of the Chapman Journal of Criminal Justice, wrote for the Chapman Law Courier. During Mr. O'Dea's third year of law school, he served two semesters as a judicial extern to the Honorable Erithe Smith (U.S. Bankruptcy Court, Central District of California). After graduating from law school, Mr. O'Dea volunteered with the Superior Court of California – Orange County as an intern research attorney, and a judicial intern to the Honorable Kazuharu Makino and the Honorable Richard Toohey (Superior Court of California – Orange County). After passing the California Bar in 2010, Mr. O'Dea was hired by the Honorable Meredith Jury to serve a judicial clerkship with the U.S. Bankruptcy Court, Central District of California. In doing so, Mr. O'Dea served as a judicial law clerk to the Honorable Meredith Jury, the Honorable Scott Clarkson, the Honorable Deborah Saltzman, the Honorable Catherine Bauer, and the Honorable Mark Wallace.

**FRAZIER, BRIANNA LEIGH**, born Yorba Linda, California, December 12, 1984; admitted to the California Bar, 2014. Education: Columbia University (B.A., *magna cum laude*, 2010); Georgetown University Law Center (J.D., 2013). During law school, Ms. Frazier served as a research assistant at the Supreme Court Institute and earned the CALI Award for Best Exam in Professional Responsibility. Memberships: Orange County Bar Association.

## COUNSEL TO THE FIRM

**KURTZ, DONALD R.,** Mr. Kurtz brings over 25 years' experience to Shulman Hodges & Bastian LLP in the areas of estate planning, trust administration, business organizations, transactions and complex tax matters. Mr. Kurtz was awarded his Bachelor's Degree in Business Administration from Walla Walla College, Washington in 1977. In 1980 he received the Doctor of Jurisprudence degree from the University of Oregon, and in 1984 received his Master of Law in Taxation from the University of San Diego School of Law. Mr. Kurtz was admitted to the Oregon Bar in September, 1980, and the California State Bar in May of 1981. He is currently a member of the Orange County Bar Association and is also admitted to practice before the U.S. Tax Court and the U.S. District Court for the Central District of California. Mr. Kurtz has been practicing law since September of 1980 and has been a resident of Orange County, California since August 1, 1980.

**TAYLOR, A. LAVAR**, Tax Counsel for Shulman Hodges & Bastian LLP, born Salt Lake City, Utah, November 11, 1957; admitted to District of Columbia 1981; California, U. S. District Court, Central District of California, United

**Exhibit 1, Page 20**

States Tax Court, Southern and Eastern Districts of California, U.S. Court of Appeals, Ninth Circuit, U.S. Supreme Court, 1987. <u>Education</u>: University of Illinois at Champaign, Illinois (B.A. Cum Laude, 1978); Georgetown University Law Center, Washington D.C. (J.D. Magna Cum Laude, 1981); <u>Memberships</u>: American Bar Association Tax Section; Orange County Bar Association; Orange County Bankruptcy Forum. <u>Formerly</u>: Assistant U. S. Attorney for Central District of California, Tax Division (1987 to 1989); Senior Trial Attorney, Internal Revenue Service, Laguna Niguel, California (1984-1986); and Attorney, Office of Chief Counsel, General Litigation Division, Internal Revenue Service, Washington, D.C. Currently a member of The Law Offices of A. Lavar Taylor.

**HUTTENHOFF, ROBERT E.,** admitted to the California Bar, 2001; admitted to the U.S. District Court, Central District of California, 2001. <u>Education</u>: University of California, Santa Barbara (B.A. 1996); Whittier Law School (J.D. 2000). Recipient, American Bankruptcy Institute Medal of Excellence in Bankruptcy, 1999. <u>Formerly</u>: Law Clerk for the United States Bankruptcy Court, Central District of California 1999-2000; Judicial Extern to the Honorable John E. Ryan, United States Bankruptcy Court, Central District of California, 1999; Judicial Extern to the Honorable Lynne Riddle, United States Bankruptcy Court, Central District of California, 1998-1999. <u>Memberships</u>: Orange County Bar Association (Commercial Law & Bankruptcy Section); Orange County Bankruptcy Forum; California State Bar Association; California Young Lawyers Association. <u>Featured Speaker</u>: "Preference Actions in Bankruptcy" June 2003, Orange County Paralegal Association; "Bankruptcy 101," Sept 2003, Orange County Paralegal Association; <u>Author</u>: "What is the Sudden Impact of the Revised Bankruptcy Code on Business Reorganizations" Receivership News, Fall 2005.

**MOYNIHAN, KERRY ANN**, admitted to the California Bar, 2006; admitted to the Massachusetts Bar, 2009; admitted to the U.S. District Court, Central District of California, 2007; Northern District of California, 2008; Southern District of California, 2008; Eastern District of California, 2008; District of Colorado, 2011; Ninth Circuit Court of Appeals. <u>Education</u>: Boston University (B.A., *magna cum laude*, 2003); Boston University School of Law (J.D., 2006). During law school, Ms. Moynihan was a member of the American Journal of Law & Medicine. <u>Memberships:</u> Orange County Bankruptcy Forum; California Bankruptcy Forum, Co-Chair Young Insolvency Professionals Program, 2015.


<u>**PARAPROFESSIONALS**</u>

**BAILEY, BRITNEY Q.**, <u>Education</u>: Fullerton College, (A.A. 2012); Paralegal Program, Fullerton College, American Bar Association Certification (Completion with Honors A.S. 2015. <u>Member</u>: Orange County Trial Lawyers Association (Paralegal Member).

**BRITTON, PATRICIA A.**, <u>Education</u>:  Fullerton College, (A.A.); Paralegal Program, University of California at Irvine, Extension. American Bar Association Certification (Completion with honors); Certified Legal Assistant 1981; Bankruptcy Specialist, 1993. <u>Author</u>: "Thomson West's California Legal Filing Directory". <u>Member</u>: National Association of Legal Assistants; Orange County Paralegal Association.

**CLAPP, LORRE**, <u>Education</u>: California State University, Long Beach (B.A. 1978); Paralegal Program, University of California at Irvine, Extension. American Bar Association Certification (Completion 1985).

**LITTLE, PAMELA G.,** <u>Education</u>:  Chicago College of Commerce (1979); Paralegal Program, University of California at Irvine, Extension. American Bar Association Certification (Completion with Honors 1991). <u>Member</u>: Orange County Paralegal Association; National Notary Association.

**LOHAYZA, ERLANNA L.**, <u>Education</u>: Paralegal Program, University of California at Irvine, Extension, American Bar Association Certification (Completion 1996); <u>Member</u>:  Orange County Paralegal Association. <u>Formerly</u>: Recording Secretary for Newport-Santa Ana Legal Secretaries Association (now known as NALS of Orange County), 2000-2002.

**SWARTZELL, STEVEN P.**, <u>Education</u>: Fullerton College (A.S. 1993), Paralegal Certificate Program, Fullerton College, American Bar Association Certification (Completion 1993);

# Exhibit 1, Page 21

**VERNON, ANNE MARIE,** <u>Education</u>: Coastline Community College, Costa Mesa (A.A. 2004); Paralegal Program, Coastline Community College, American Bar Association Certification (Completion 2004).

**WALSWORTH, TAMMY**, <u>Education</u>:  Chaffey Community College, (A.S. 1991); California State University, San Bernardino, (B.A. Criminal Justice, 1998); California State University, San Bernardino (B.A. Business Administration, 1998); Paralegal Program, California State University, San Bernardino, American Bar Association Certification (Completion 1997);  <u>Member</u>:  Bankruptcy Judicial Assistants Association.

**WOOTEN, TONIA N. MANN,** <u>Experience</u>: Fifteen years of experience as a bankruptcy and litigation paraprofessional working under the direct supervision of active members of the California State Bar and attorneys who practice in federal courts located in California.  Attorney Attestation.

# Exhibit 1, Page 22

## SHULMAN HODGES & BASTIAN LLP
## SCHEDULE OF HOURLY RATES

| **Attorneys** | **Hourly Rate** |
| --- | --- |
| Leonard M. Shulman | $595 |
| Ronald S. Hodges | $595 |
| James C. Bastian, Jr. | $595 |
| J. Ronald Ignatuk | $550 |
| Gary A. Pemberton | $550 |
| Michael J. Petersen | $550 |
| Franklin J. Contreras | $495 |
| Lynda T. Bui | $450 |
| Shane M. Biornstad | $425 |
| Kiara W. Gebhart | $425 |
| Melissa Davis Lowe | $450 |
| Samuel J. Romero | $450 |
| Rika M. Kido | $395 |
| Ryan O'Dea | $395 |
| Andrew J. Lee | $325 |
| Brianna L. Frazier | $295 |
| Brandon J. Iskander | $275 |

| **Paralegals:** | |
| --- | --- |
| Lorre Clapp | $250 |
| Pamela G. Little | $250 |
| Erlanna L. Lohayza | $250 |
| Patricia A. Britton | $195 |
| Steve P. Swartzell | $195 |
| Anne Marie Vernon | $195 |
| Tammy Walsworth | $195 |
| Britney Bailey | $185 |
| Tonia Mann-Wooten | $150 |
| Joyce Cheng | $300 |

| **Of Counsel:** | |
| --- | --- |
| A. Lavar Taylor | $650 |
| Donald R. Kurtz | $550 |
| Gregory J. Anderson | $475 |
| Robert Huttenhoff | $475 |
| Kerry A. Moynihan | $450 |

# Exhibit 1, Page 23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**


A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY SHULMAN HODGES & BASTIAN LLP AS GENERAL COUNSEL; DECLARATION OF LEONARD M. SHULMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

## 2.  SERVED BY UNITED STATES MAIL:
On (*date*)  **January 8, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**
**Russel Dennis Hiles, III, 155 Metate Place, Palm Desert, CA 92260**

☐  Service information continued on attached page

## 3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2018 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

### NEF SERVICE LIST

- Lynda T. Bui (TR) Chapter 7 Trustee  trustee.bui@shbllp.com, C115@ecfcbis.com
- Robert P Goe on behalf of Debtor Russel Dennis Hiles, III kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Everett L Green on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov
- Samuel Kornhauser on behalf of Creditor Christopher T Borgeson skornhauser@earthlink.net
- Joshua Lichtman on behalf of Creditor Farmers Insurance Exchange joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com
- William F McDonald, III on behalf of Creditor Bank of America, N.A. Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- Charity J Miller on behalf of Debtor Russel Dennis Hiles, III  cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com
- Randall P Mroczynski on behalf of Creditor Daimler Trust and Ford Motor Credit Company LLC randym@cookseylaw.com
- Ronak N Patel on behalf of Creditor Treasurer Tax Collector County of Riverside rpatel@rivco.org, mdominguez@RIVCO.org
- Steven G Polard on behalf of Interested Party Cynthia Ellen Hiles spolard@eisnerlaw.com, lewing@eisnerlaw.com
- Kelly M Raftery on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Kelly M Raftery on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Jason K Schrader on behalf of U.S. Trustee United States Trustee (RS) jason.K.Schrader@usdoj.gov
- United States Trustee (RS)  on behalf of United States Trustee ustpregion16.rs.ecf@usdoj.gov
- Scott S Weltman on behalf of Creditor KeyBank, N.A. colcaecf@weltman.com
- Rebecca J Winthrop on behalf of Creditor Farmers Insurance Exchange rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- Jennifer C Wong on behalf of Creditor Bank of America, N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Kristin A Zilberstein on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC ecfnotifications@ghidottilaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          **F 9013-3.1.PROOF.SERVICE**