1  Leonard M. Shulman - Bar No. 126349
   Rika M. Kido - Bar No. 273780
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:     (949) 340-3000
   Email: lshulman@shbllp.com, rkido@shbllp.com
5

6  Proposed Attorneys for Lynda T. Bui,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11  In re                                    Case No.  6:16-bk-16877-WJ

12  **RUSSEL DENNIS HILES, III,**             Chapter  7

13                                           **CHAPTER 7 TRUSTEE'S APPLICATION
                                             FOR AN ORDER AUTHORIZING
14  Debtor.                                  EMPLOYMENT OF STRATEGIC REALTY,
                                             LLC; DECLARATION OF JOSH HANSEN
15                                           IN SUPPORT**

16                                           [No Hearing Set Pursuant to
                                             Local Bankruptcy Rule 2014-1(b)]
17

18     **TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY**

19  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED**

20  **PARTIES**:

21          Lynda T. Bui ("Trustee"), the duly appointed, qualified, and acting Chapter 7 Trustee for the

22  bankruptcy estate ('Estate') of Russel Dennis Hiles, III ("Debtor"), brings this application

23  ("Application") for an order authorizing the employment of Strategic Realty, LLC ("Broker") as the

24  Trustee's real estate broker in this bankruptcy case to assist the Trustee in the listing, marketing and

25  negotiating of a sale of the Estate's interest in certain real property identified below.  In support of

26  the Application, the Trustee respectfully represents as follows:

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Employ App Strategic Realty LLC TC Hiles

# I.    BACKGROUND INFORMATION

**A.      Case Information**

The Debtor filed a chapter 11 bankruptcy petition on August 1, 2016 ("Petition Date"), in the United States Bankruptcy Court, Central District of California, Case No. 6:16-bk-16877-WJ. Pursuant to order entered on December 21, 2017 (docket 275), the case was converted to Chapter 7 and Lynda T. Bui was subsequently appointed as the Trustee for this Estate.

**B.      The Bend Property**

On his Schedule A/B, the Debtor lists his ownership of a 40 acre ranch located at 66876 Gist Road, Bend, Oregon 97703 ("Bend Property"). The Debtor also valued the Bend Property at $12,000,000.00 and on his Schedule D, listed the following liens totaling $788,134.00: (1) lien in favor of Bank of America in the amount of $783,134.00; and (2) lien in favor of the Deschutes County Treasurer in the amount of $5,000.00. The Debtor did not claim an exemption against the Bend Property.

The Trustee has been informed by the Broker that the Debtor appears to have over-stated the value of the Bend Property on his Schedules.  The Broker has advised that based on comparable properties in the area, a realistic value of the Bend Property is approximately $3,000,000.00.   Even with this lower value and the costs of a sale, there appears to be substantial equity in the Bend Property for the benefit of the Estate and its creditors.[1]

# II.    SERVICES TO BE PERFORMED

In order to market the Bend Property for sale in the most effective manner and thereby to liquidate it for the best and highest price in the current real estate market, the Trustee has solicited the assistance of the Broker, which is an Oregon licensed real estate broker with offices located at 1001 SW Emkay Dr  #100, Bend, Oregon, 97702, telephone number 541-678-0756.  Attached to the Declaration of Josh Hansen ("Hansen Declaration") as **Exhibit 1** is true and correct copy of the Multiple Listing Service of Central Oregon Listing Contract and the addenda thereto for which the

---

[1]    The last day to timely file proof of claims in this case is April 9, 2018.  Government claims were due by June 5, 2017.  The Court's claims register indicates that as of January 4, 2018, there have been 23 claims filed totaling $22,467,183.35, consisting of secured claims $3,876,937.90, priority claims of $4,142,670.39 and general unsecured claims of $14,447,575.06.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Employ App Strategic Realty LLC TC Hiles

1   Trustee seeks Court approval.  Attached as **Exhibit 2** to the Hansen Declaration is a copy of Mr.

2   Hansen's resume, the broker/owner of the Broker firm who will oversee the listing and marketing

3   of the Bend Property for sale.

4       The Broker is familiar with the sale of real property in the context of a bankruptcy case and

5   will be able to provide knowledge that is unique to the sale of Bend Property and to negotiate a sale

6   to address a potential complex bankruptcy sale.  The Trustee is informed that the Broker is

7   experienced in real estate sales and marketing, including the area in which the Property is located,

8   and is well qualified in negotiating sales of real property similar to the Bend Property.  The

9   employment of the Broker is anticipated to benefit the Estate by providing marketing coverage as

10  well as services that are unique to the sale of real property in the context of a bankruptcy case.

11      The Broker, on the Trustee's behalf, has examined the Bend Property and has agreed to

12  advertise the Property at its expense, to show the Bend Property to interested parties, to represent

13  the Estate as seller in connection with the sale of the Bend Property, and to advise the Trustee with

14  respect to obtaining the highest and best offers available for the property in the present market.  The

15  proposed listing price for the Bend Property is $2,995,000.00.

16      Any sale of the Bend Property by the Trustee will be conducted in accordance with

17  Bankruptcy Code Section 363 and Federal Rule of Bankruptcy Procedure 6004 upon a noticed

18  motion to be filed in the Debtor's bankruptcy case.

19  **A.**     <u>**Compensation Procedure**</u>

20      In consideration for the Broker's services, subject to further application and Court order, the

21  Broker will receive, upon consummation of any such sale, a real estate agent's commission in an

22  amount of five percent (5%) of the purchase price.  The Broker has agreed to cooperate with outside

23  brokers. In the event any broker or agent other than the Broker represents a purchaser of the Bend

24  Property (a "Selling Broker"), the commission will be split between the Broker and the Selling

25  Broker in amounts to be determined.  In any event, the total commission will not exceed five percent

26  (5%) of the total purchase price.

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Employ App Strategic Realty LLC TC Hiles

The Broker has been informed and understands that no sale of the Bend Property may be consummated until after (a) notice to creditors with the opportunity for a hearing on the proposed sale, and (b) entry of a Court order approving the sale.

The Broker has been informed and understands that the Bend Property is being sold on an "as is – where as" basis with all faults and conditions then existing at the Bend Property, and thus understands that (a) the Trustee is not making any representations, warranties, either express or implied, as to the condition of the Bend Property, uses (prior, present and future), or otherwise; (b) the Trustee shall not provide the buyer with any reports as to the use or condition of the Bend Property; (c) the Trustee shall not provide the buyer with any warranty protection plan with any building permits or plans; and (d) the Trustee is selling the Bend Property solely in her capacity as the Chapter 7 Trustee of the Estate.

The Broker has agreed to be compensated subject to the provisions of Bankruptcy Code Section 328. The Broker is aware of the provisions of Bankruptcy Code Section 328(a) and has agreed, notwithstanding the terms and conditions of employment here, that the Court may allow compensation different from the compensation provided here, if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

**B.    The Broker is "Disinterested"**

To the best of the Trustee's knowledge, and as set forth in the Hansen Declaration, other than the Broker having represented Chapter 7 panel trustees in the District of Oregon as a real estate broker in other non-related bankruptcy cases pending in the District of Oregon, the Broker and members of its office: (a) do not hold or represent any interest adverse to the Trustee, the Debtor, the Debtor's creditors or the Estate; (b) have no connections with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any bankruptcy judge presiding in the United States Bankruptcy Court for the Central District of California; and (c) is a disinterested person as that term is defined in Bankruptcy Code Section 101 (14) and used in Bankruptcy Code Section 327(a).

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

Employ App Strategic Realty LLC TC Hiles

1    Because the Bend Property is outside of the Central District of California, the Trustee

2    reached out and interviewed via telephone at least three (3) different brokers to determine the best

3    fit to efficiently and expeditiously market and sell the Bend Property.  The Trustee considered

4    various factors such as the broker's experiences with bankruptcy sales, expertise with sales similar

5    in type and price range, resources to assist with other issues related to the marketing and sale of the

6    Bend Property and the personal property involved in the sale, responsiveness, and communication

7    skills.    Based on the above and her experiences as a trustee, the Trustee has determined that

8    employment of the Broker under the above terms and conditions is in the best interest of the Estate.

9    **WHEREFORE**, the Trustee requests that she be authorized to employ the Broker as her

10    real estate broker on the terms and conditions set forth above, and that the Trustee be authorized to

11    execute the Multiple Listing Service of Central Oregon Listing Contract  and the addenda attached

12    to the Hansen Declaration as **Exhibit 1**, and for such other and further relief as is just.

13

14    Dated: January 11, 2018

15    Lynda T. Bui
      Chapter 7 Trustee  for the bankruptcy estate of
16    *In re Russel Dennis Hiles, III,* Case No. 6:16-bk-16877-WJ

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Employ App Strategic Realty LLC TC Hiles

# DECLARATION

# **DECLARATION OF JOSH HANSEN**

I, Josh Hansen, declare and state as follows:

1.      The matters stated here are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am a real estate broker, duly licensed in the State of California and the principal owner/broker with Strategic Realty, LLC, located at 1001 SW Emkay Dr  #100, Bend, Oregon, 97702; telephone 541-678-0756.  I make this declaration in support of the Application for Order Authorizing Employment of Strategic Realty, LLC  ("Application") filed by Lynda T. Bui, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of *In re Russel Dennis Hiles, III* ("Debtor"), Case No. 6:16-bk-16877-WJ.

2.      I have read the Application and am familiar with the real property located at 66876 Gist Road, Bend, Oregon 97703("Property").

3.      The Broker has agreed to accept employment on the terms and conditions set forth in the Application and as set forth in the Multiple Listing Service of Central Oregon Listing Contract and its addenda, a copy of which is attached here as **Exhibit 1** and incorporated here by this reference.  I believe that the Broker is qualified to represent the Trustee and the Estate in connection with the marketing of the Property and negotiating a sale.  Attached here as **Exhibit 2** is a copy of my resume.

4.      I have been informed and understand that no sale of the Bend Property may be consummated until after (a) notice to creditors with the opportunity for a hearing on the proposed sale, and (b) entry of a Court order approving the sale.

5.      I have been informed and understand that the Property is being sold on an "as is – where as" basis with all faults and conditions then existing at the Property, and thus understand that: (a) the Trustee is not making any representations, warranties, either express or implied, as to the condition of the Bend Property, uses (prior, present and future), or otherwise; (b) the Trustee shall not provide the buyer with any reports as to the use or condition of the Property; (c) the Trustee shall not provide the buyer with any warranty protection plan with any building permits or plans; and (d) the Trustee is selling the Bend Property solely in her capacity as the Chapter 7 trustee of the Debtor's Estate.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

Employ App Strategic Realty LLC TC Hiles

6.    The Broker has agreed and understand that notwithstanding the terms and conditions of employment set forth here, that the Court may allow compensation different from the compensation provided here if such terms and conditions prove to have been improvident in light of development unanticipated at the time of the fixing of such terms and conditions.

7.    The Broker has no pre-petition claim against the Debtor's Estate.

8.    The Broker received no retainer for the services to be performed.

9.    To the best of my knowledge after full investigation, Strategic Realty, LLC and its principals, employees, agents and I:

    a.    do not hold or represent any interest adverse to the Trustee, the Debtor, Debtor's creditors or the Estate;

    b.    other than the Broker having represented Chapter 7 panel trustees in the District of Oregon as a real estate broker in other non-related bankruptcy cases pending in the District of Oregon, have no connections with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any  bankruptcy judge presiding in the United States Bankruptcy Court for the Central District of California;

    c.    are "disinterested" as that term is defined in Bankruptcy Code Section 101 (14) and used in Bankruptcy Code Section 327(a) because we:

        i.    are not a creditor or an insider;

        ii.    are not and were not an investment banker for any outstanding security of the Debtor;

        iii.    have not been, within three years before the date of the filing of the Debtor's petition, an investment banker for the security of the Debtor or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor;

        iv.    are not and were not, within two years before the date of the filing of the Debtor's petition, a director, officer or employee of the Debtor or of an investment banker specified in subparagraphs (b) or (c) of this paragraph 9; and

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

Employ App Strategic Realty LLC TC Hiles

1            v.      do not have an interest materially adverse to the interest of the Estate

2 or any class of creditors or equity security holders, by reason of any direct or indirect relationship

3 to, connection with, or interest in the Debtor as an investment banker as specified in subparagraphs

4 (b) or (c) of this paragraph 9, or for any other reason.

5         10.     The Broker shall not engage in dual representations or undertake representation of

6 any interest adverse to the Estate under 11 U.S.C. §327(a).

7         11.     Under the terms of the proposed listing contract, a real estate commission shall be

8 paid upon closing of a court-approved sale of the Property.

9         I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.

11         Executed on January 17, 2018, at Bend, Oregon.

12

13

14                        _Josh Hansen_    1/22/18

15                        Josh Hansen

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8

Employ App Strategic Realty LLC TC Hiles

# Exhibit 1
# Listing Contract



# DISCLOSED LIMITED AGENCY AGREEMENT FOR SELLERS

1  Real Estate Firm **Strategic Realty, LLC**
2  The Parties to this Disclosed Limited Agency Agreement are:
3  Seller's Agent (print) **Josh Hansen**
4  Seller's Agent Principal Broker (print) **Josh Hansen**
5  Seller (print) **Lynda T. Bui, trustee**                    Seller (print)
6  The parties to this Agreement understand that Oregon law allows a single real estate agent to act as a disclosed limited agent to represent both the
7  seller and the buyer in the same real estate transaction, or multiple buyers who want to purchase the same property. It is also understood that
8  when different agents associated with the same principal broker (the broker who directly supervises the other agents) establish agency
9  relationships with the buyer and seller in a real estate transaction, the agents' principal broker shall be the only broker acting as a disclosed limited
10 agent representing both seller and buyer. The other agents shall continue to represent only the party with whom they have an established agency
11 relationship, unless all parties agree otherwise in writing.

12 In consideration of the above understanding, and the mutual promises and benefits exchanged here and in the Listing Agreement, the parties now
13 agree as follows:

14 1.   Seller(s) acknowledge they have received the Oregon Real Estate Agency Disclosure Pamphlet required by ORS 696.820 and have read and
15 discussed with the Seller's Agent that part of the pamphlet entitled "Duties and Responsibilities of an Agent who Represents More Than One Client to
16 a Transaction." The Oregon Real Estate Agency Disclosure Pamphlet is hereby incorporated into this Disclosed Limited Agency Agreement by
17 reference.

18 2.   Seller(s), having discussed with the Seller's Agent the duties and responsibilities of an agent who represents more than one party to a
19 transaction, consent and agree as follows:

20      (A) The Seller's Agent and the Seller's Agent's Principal Broker, in addition to representing Seller, may represent one or more buyers in a
21      transaction involving the listed property;

22      (B) In a transaction involving the listed property where the buyer is represented by an agent who works in the same real estate business
23      as the Seller's Agent and who is supervised by the Seller's Agent's Principal Broker, the Principal Broker may represent both Seller and
24      Buyer. In such a situation, the Seller's Agent will continue to represent only the Seller and the other agent will represent only the Buyer,
25      consistent with the applicable duties and responsibilities as set out in the Oregon Real Estate Agency Disclosure Pamphlet; and

26      (C) In all other cases, the Seller's Agent and the Seller's Agent's Principal Broker shall represent Seller exclusively.

27 Seller Signature _____    Date _1/10/17_____ ___ a.m. ___ p.m. ←
                **Lynda T. Bui, trustee**

28 Seller Signature _____    Date _____, _____ ___ a.m. ___ p.m. ←

29 Seller's Agent Signature  *Josh Hansen*                  Date  1/19/2018 | 16:03 PST ___ a.m. ___ p.m. ←
                93751DD3BF7F44D...
                (On their own and on the Principal Broker's behalf)
                **Josh Hansen**

**This form has been licensed for use solely by Josh Hansen pursuant to a Forms License Agreement with Oregon Real Estate Forms, LLC.**

LINES WITH THIS SYMBOL  ← REQUIRE A SIGNATURE AND DATE
Copyright Oregon Real Estate Forms, LLC  2018    www.orefonline.com
May be reproduced without express permission of Oregon Real Estate Forms, LLC                    **OREF 040**

# Exhibit 1

## MULTIPLE LISTING SERVICE OF CENTRAL OREGON LISTING CONTRACT

Seller Name(s): **Lynda T. Bui, trustee**

| | |
|---|---|
| Seller's Agent Firm: | **Strategic Realty, LLC** |
| Seller's Agent: | **Josh Hansen** |
| Managing Principal Broker: | **Josh Hansen**    (collectively referred to hereinafter as "Broker") |
| Property Address: | **66876 Gist Rd., Bend, OR  97703** |

1.  **EXCLUSIVE RIGHT TO SELL:** In consideration of services to be provided by Broker, Seller grants to Broker the exclusive right to offer for sale the Property, more particularly described on the attached Multiple Listing Service of Central Oregon ("MLSCO") Property Features Form. Seller represents that there are no listing contracts or pending sales on this Property. The terms "sale" or "sell" shall include, but not be limited to, any direct or indirect exchange, trade, conveyance, option, lease with option to purchase, or transfer of the Property to which Seller consents.

2.  **TERM:** This Contract is effective on the date signed by Seller, and shall expire at 11:59 PM on:
    _____**January 03**_____, _____**2019**_____

3.  **MLSCO:** The MLSCO is a database of properties for sale that are available and disseminated to and accessible by all other REALTORS® who are participants and subscribers to the MLSCO. Property information submitted to the MLSCO describes the price, terms and conditions under which the Seller's Property is offered for sale. Seller acknowledges that Broker is a member of the Central Oregon Association of REALTORS® (COAR) and as such has the right to use MLSCO, subject to certain rules and regulations of COAR.

    Seller acknowledges that Broker is bound by these rules and regulations and must comply with them.

    Seller acknowledges and understands that by not submitting the Property to MLSCO there will be a reduction in exposure of the Property and instructs the Broker as follows (check one):                1/22/18
    - [X] Enter the Property into MLSCO as of _____**January 15, 2018**_____ (date or event).
    - [ ] Do not enter Property into the MLSCO during the entire listing period provided for in this Contract.

4.  **RIGHT TO COMPENSATION:** Seller shall pay Broker the Brokerage Fee pursuant to the terms set forth in Section 5, Brokerage Fee, below if:
    a.  A sale is completed during the term of this Contract or any subsequent extension or renewal of this Contract.
    b.  Seller enters into a contract to sell the Property during the term of this Contract or any extension or renewal.
    c.  Broker or a cooperating broker produces a buyer ready, willing and able to purchase the Property on the terms described in the attached MLSCO Property Features Form or other such price and terms as Seller may accept.
    d.  Seller enters into a contract to sell the Property and that transaction fails to close due to Seller's failure or refusal to close.
    e.  Seller enters into a contract to sell the Property within _____**180**_____ days (180 days if not filled in) after the expiration or termination of this Contract to any person to whom the Property was shown by Broker, cooperating Broker, Seller or any other person during the term of this Contract. *
    f.  Broker or any cooperating Broker is the procuring cause of an agreement to sell the Property. *
    g.  *Items (e) and (f) above shall not apply if, after termination or expiration of this Contract, Seller subsequently lists the Property with another Broker.
    h.  If Seller enters into a contract to sell the Property prior to the expiration or termination of this Contract, or any extension or renewal, Seller shall be obligated to pay Broker the full Brokerage Fee pursuant to Section 5, Brokerage Fee, below, at close of escrow, even if close of escrow occurs after the expiration or termination of this Contract.

5.  **BROKERAGE FEE:** Seller shall pay to Broker a Brokerage Fee in an amount equal to _____**5.000**_____ % of the selling price or total option price of the Property if an option, or the listing price if another transfer occurs, and/or a flat fee of $ _____. In the event Seller is required to pay Broker a Brokerage Fee pursuant to Section 4, Right to Compensation, Seller assigns to Broker the proceeds of any sale of the Property to which Seller would otherwise be entitled to the extent of Broker's Brokerage Fee and instructs escrow to pay said Brokerage Fee to Broker at closing of the sale out of such proceeds. In the event of forfeiture of earnest money for any sale relating to this Contract, the earnest money shall be paid as follows after the deduction of any title insurance, escrow cancellation fees, and other charges paid on Seller's behalf: _____**100.000**_____ % to Seller and _____ % to Broker, to the extent of the Brokerage Fee, with balance to Seller. _____ / _____ / _____ / _____. (Seller Initials)

6.  **AUTHORITY:** During the term of this Contract, Seller authorizes Broker to:
    a.  Advertise the Property for sale.

# Exhibit 1

**Property Address**: <u>66876 Gist Rd., Bend, OR  97703</u>

     **b.**  Access the Property and allow cooperating Brokers to access the Property for purpose of showing it to prospective buyers during reasonable hours.

     **c.**  Allow access to the Property by appraisers for the purpose of an appraisal of the Property in the event of an accepted offer.

     **d.**  Allow access to the Property by home inspectors for the purpose of inspecting the Property in the event of an accepted offer.

     **e.**  Place information regarding this listing and the Property in the MLSCO and abide by all its rules and regulations.

     **f.**  Cooperate with other Brokers and to share with such other Brokers any Brokerage Fee or compensation payable under this Contract.

     **g.**  Accept and/or allow cooperating Brokers to accept earnest money deposits on Seller's behalf.

     **h.**  Take any other ordinary, necessary or reasonable action to bring about a sale.

     **i.**  After closing of any sale of the Property disclose to MLSCO and to licensed/certified appraisers any buyers closing costs paid by the Seller or any other Seller concessions.

     **j**  Seller acknowledges that photos may continue to be displayed on the MLSCO system and the worldwide web after the sale, termination, expiration or withdrawing of the Property.

7.  **SELLER'S REPRESENTATIONS AND WARRANTIES**: Seller represents and warrants to Broker that they have full authority to enter into this Contract and to convey the Property to buyer. Seller agrees to cooperate with Broker in their efforts to procure a buyer for the Property and to close a sale. Seller has supplied Broker with all information relevant to the condition and the sale of the Property. Seller shall provide any additional information and documentation requested by Broker as needed to bring about a sale. Seller warrants that the information on the attached MLSCO Property Features Form is accurate and complete.

8.  **DISCLOSURE STATEMENT**: Seller has completed a Seller's Disclosure Statement regarding the Property as provided by Oregon law. Seller shall immediately notify Broker if Seller becomes aware of any conditions that affect the Property, its value, or any defects in the condition of the Property as previously disclosed on the Seller's Property Disclosure Statement or the falsity of any facts previously provided to Broker. Seller authorizes Broker to deliver a copy of such Disclosure Statement to any prospective buyer, and to rely solely upon Seller's representations set forth in this Contract and in the Disclosure Statement without further inquiry or diligence by Broker.

9.  **AGENCY**: Seller acknowledges they have received and read a copy of the Oregon Real Estate Agency Disclosure Pamphlet.

10. **CLOSING**: Seller agrees that any sale of the Property shall be closed in escrow with a licensed escrow agent in the state of Oregon, unless specifically modified by a Sale Agreement. Unless specifically modified by a Sale Agreement, Seller, at Seller's expense, shall furnish to the buyer of the Property at closing a good and sufficient conveyance and standard owner's title insurance policy in the amount of the sales price. Seller shall also pay one-half of the escrow costs at closing unless otherwise agreed in writing between Seller and the buyer of the Property.

11. **INDEMNITY**: Seller shall defend, indemnify and hold harmless Broker, its licensees and employees, any cooperating Broker and its licensees and employees from any liability, claims costs, damages or attorney's fees, causes of action or suits arising out of, or relating to any breach of this Contract, and form the failure to disclose all defects of the Property or by providing inaccurate, incomplete or false information to Broker and/or buyer.

12. **ATTORNEY'S FEES**: In the event any mediation, arbitration or litigation, suit or action ("Dispute") is commenced under this Contract or relating to the Property, the prevailing party shall be entitled to their reasonable attorney's fees and costs in connection with such Dispute and in any appeal and enforcement.

13. **EQUAL HOUSING OPPORTUNITY**: Seller shall comply with the obligation to offer the Property for sale to any prospective buyer without regard to race, color, religion, sex, handicap, familial status or national origin and all classes protected by the laws of the United States, State of Oregon and local jurisdictions.

14. **FIRPTA**: In general, the sale or other disposition of a U.S. real property interest by a foreign person is subject to income tax withholding under the Foreign Investment in Real Property Act of 1980 ("FIRPTA"). A "foreign person" includes a non-resident alien individual, foreign corporation, foreign partnership, foreign trust or foreign estate. If FIRPTA applies, the buyer or other qualified substitute may be legally required to withhold this tax at closing. In order to avoid closing delays, Seller is requested to initial one of the two statements:

        _____ / _____ / _____. (Seller Initials) Seller warrants and represents to Broker that Seller is not a foreign person under FIRPTA.

        _____ / _____ / _____ (Seller's Initials) Seller is a foreign person under FIRPTA.

15. **MODIFICATION**: This Contract may be modified only in writing signed by Seller and Broker.

16. **TERMINATION**: Either party may terminate this contract by giving 5-calendar days written notice to the other party. If Seller terminates this Contract prior to the expiration date in Section 2, Term, above, or any extension or renewal, Seller agrees to reimburse Broker for all receipted-for marketing expenses Broker has incurred for the marketing of

MLSCO Listing Contract         Revised January 2018               2

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com       66876 Gist Rd.

# Exhibit 1

117    **Property Address: 66876 Gist Rd., Bend, OR  97703**
118
119    seller's Property as of the date of termination. Such payment shall not relieve Seller from the obligation to pay the
120    balance of the Brokerage Fee set forth in Section 5, Brokerage Fee, and provided for in Section 4, Right to Compensation,
121    (a) through (h) above should any event described in such subsections occur.
122    **17. DISPUTE RESOLUTION:** Seller and Broker mutually agree that all claims within the jurisdiction of Small Claims Court
123    shall be brought and decided there, in lieu of mediation, arbitration or litigation in any other court of law. All other
124    disputes or claims shall be submitted to mediation in accordance with the procedures of the Home Seller/Home Buyer
125    Dispute Resolution System of the National Association of REALTORS® or other organization-adopted mediation
126    program (collectively the "System"). Provided, however, if the System is not available through the Broker's
127    Association of REALTORS® then Seller and Broker shall not be required to engage in mediation. All claims that have
128    not been resolved by mediation shall be submitted to final and binding private arbitration in accordance with Oregon
129    laws. Filing for arbitration shall be treated the same as filing in court for purposes of meeting any applicable statutes
130    of limitation or for purposes of filing a lis pendens. Seller and Broker may use any professional arbitration company,
131    which provides such service to the county where the Property is located, as selected by the party first filing for
132    arbitration.
133    BY SIGNING THIS CONTRACT THE PARTIES ARE AGREEING THAT DISPUTES ARISING UNDER THIS AGREEMENT
134    SHALL BE HEARD BY ONE OR MORE NEUTRAL ARBITRATORS AND THE PARTIES ARE GIVING UP THE RIGHT TO
135    HAVE THE MATTER TRIED BY A JUDGE OR JURY. THE RIGHT TO APPEAL AN ARBITRATION DECISION IS LIMITED
136    UNDER OREGON LAW.
137    **18. ADDITIONAL PROVISIONS:** _____
138    _____
139    _____
140    _____
141    _____
142    _____
143    _____
144    _____
145    _____
146    _____
147    _____
148    _____
149    _____
150    _____
151    _____
152
153    THIS IS A LEGALLY BINDING CONTRACT, SELLER IS ADVISED TO SEEK LEGAL ADVICE BEFORE SIGNING.
154    Seller Printed Name(s): **Lynda T. Bui, trustee**
155
156    Seller Signature: _____    Date: 1/10/18
157    Seller Signature: _____    Date: _____
158    Seller Signature: _____    Date: _____
159    Seller Signature: _____    Date: _____
160    Seller Mailing Address: **3550 Vine Street, Suite 210, Riverside, CA  92507**
161    Phone Number: _____  Email: _____
162    Seller Agent's Signature: *Josh Hansen*    Date: 1/19/2018 | 16:03 PST
         Josh Hansen  By: Josh Hansen
163    Managing Principal Broker Signature: *Josh Hansen*    Date: 1/19/2018 | 16:03 PST
         Josh Hansen  Signed By: Josh Hansen

# Exhibit 1

**Multiple Listing Service of Central Oregon Residential Property Features Form**
Fields with character/selection limits contain the limit number in parentheses (#).
Required fields are listed in **BOLD**. Green Features are marked with a superscript. G

**Central Oregon Association of REALTORS**

**Property Address** 66876 Gist Rd., Bend, OR 97703

**Map and Taxlot** 1511310002200   **Listing Date** 1/22/2018   **Expiration Date** 01/03/2019

## RESIDENTIAL PROPERTY FEATURES FORM

MLS # System Generated  **Sub Type** (1) [x] Residential  [ ] Townhouse   **Area** [x] B  [ ] SR  [ ] CC   **Section** (1) [ ] SE  [ ] Other
Status System Generated   [ ] Condominium  [ ] Timeshare   [ ] R  [ ] TRS  [ ] CRR   [ ] SW
   [ ] Manufactured Home  [ ] Deeded Share   [ ] NKC  [ ] L  [ ] OA   [ ] NE
   [ ] Mobile Home - No Land  [ ] Res. Leased Land   [ ] S  [ ] J  [ ] EDC   [x] NW
       [ ] HC
       [ ] LC

**Street Number** 66876   Direction _____   **Street Name** Gist

**Suffix** Road **Unit #** _____ **City** Bend **State** OR **Zip** 97703 **Cross Street** Plainview

**Addition** M&B   Sub-Addition _____

**County** (1)
| | | | | |
|---|---|---|---|---|
| [ ] Baker | [x] Deschutes | [ ] Josephine | [ ] Morrow | [ ] Wasco |
| [ ] Benton | [ ] Douglas | [ ] Klamath | [ ] Multnomah | [ ] Washington |
| [ ] Clackamas | [ ] Grant | [ ] Lake | [ ] Polk | [ ] Wheeler |
| [ ] Clatsop | [ ] Gilliam | [ ] Lane | [ ] Sherman | [ ] Yamhill |
| [ ] Columbia | [ ] Harney | [ ] Lincoln | [ ] Tillamook | [ ] Other |
| [ ] Coos | [ ] Hood River | [ ] Linn | [ ] Umatilla | |
| [ ] Crook | [ ] Jackson | [ ] Malheur | [ ] Union | |
| [ ] Curry | [ ] Jefferson | [ ] Marion | [ ] Wallowa | |

Listing Price $3,000,000.00  *2,995.000*   Current Tenant (1) [ ] Yes [x] No Current Rent _____ Lease End Date _____

EPS Energy Score G _____   **Map and Taxlot** 1511310002200   **Office ID** STRATEGIC

**Agent ID** 7633   Co-Office ID _____ Co-Agent ID _____ **Commission** (%/$) 2% (CBA)

Comments (20) _____   **Commission Type** (1) [x] Fixed [ ] Tier [ ] Short Sale **Commission Pd-Seller Conc.** (1) [ ] Yes [x] No

**Bedrooms** 9 **Bathrooms** 9.5 **Approx. Sq. Ft.** 9019 **Sq. Ft. Source** (1) [x] Assessor [ ] Appraiser [ ] Builder [ ] Measured [ ] Owner [ ] Other

**Year Built** 2014 **Sellers Disclosure** (1) [ ] Yes [x] No **Exempt** (1) [x] Yes [ ] No **Acres** 39.35 **Zoning** (50) EFUTRB

**Tax Map** 151131000 **Tax Lot** 2200   Tax Acct.# 130924 **Lot Number** CLA **Block Number** CLA

Builder (20)   R&H Construction   **New Construction** (1) [ ] Yes [x] No Bldg. Permit Issued (1) [ ] Yes [ ] No

**IF YES** - Estimated Completion Date _____ Permit # _____ **Elementary School** Sisters

**Jr. High School** Sisters   **Sr. High School** Sisters

HOA (1) [ ] Yes [x] No IF YES -HOA Total Amount _____ IF YES -HOA Per _____ **If YES - Multiple HOA** (1) [ ] Yes [ ] No

**Taxes** 22651 **Tax Year** 2017 **Farm Deferral** (1) [x] Yes [ ] No **CC&R** (1) [ ] Yes [x] No **Irrigation** (1) [x] Yes [ ] No

Irrigated Acres 30   Irrigation District _____

**Water District** Well   **Electric Company** CEC

**Owner Name** (20) CLA   Owner Phone Number _____ Owner Work Phone _____

**Occupant Name** (20) CLA   Occupant Phone _____ Occupant Work Phone _____

Included (30) _____
Included (30) _____
Included (30) _____

MLSCO Residential Property Features Form | Revised January 2018 | INFORMATION BELIEVED TO BE ACCURATE BUT NOT WARRANTED     Page 1

Strategic Realty LLC, 141 NW Greenwood Ave., Ste. 100 Bend OR 97702   Phone: 541-678-0756   Fax: 888-993-2345   66876 Gist Rd.
Josh Hansen   Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

# Exhibit 1

Excluded (30) _____ **All personal property** _____

Excluded (30) _____

Excluded (30) _____

Leased Components (100) _____

---

Preferred Title Company (20) _____ **Western Title & Escrow - Christina Moore** _____

Agent Remarks (512) **Three additional parcels included with this sale: TM 15113100, TL 0099; TM 1511310D, TL 2201; TM 1513310,**

**TL 2300 for a total of approx. 39.35 acres. Sale subject to bankruptcy notification period and bankruptcy proceedings. Please**

**call listing agent for more details.  Property did have irrigation.  Buyer to verify all irrigation rights.  Property sold as-is.  CLA**

**for gate lock code.** _____

---

Showing Instructions (60) _____ **Call or text 541-678-0756 for showing appointment** _____

Marketing Remarks (512) **Booming Cascade Mountain Views are the backdrop for this just under 10,000 sqft custom estate on 40**

**acres. Located 15 minutes from Bend, Oregon and 10 minutes from Sisters, Oregon, this 9 br/9.5 ba home has 2 garage**

**buildings w/guest apartment above one of them.  The property is fenced with some cross fencing.  Exquisite flooring and**

**finishes throughout the home with all of the features you'd expect from a property of this stature.** _____

---

| Style | | | Levels | | |
|---|---|---|---|---|---|
| [X] Chalet | [ ] Northwest | | [ ] 1 Story | [ ] Daylight Basement |
| [ ] Contemporary | [ ] Prairie | | [X] 2 Story | [ ] Split-Level |
| [ ] **Cottage/Bungalow** | [ ] Ranch | | [ ] 3 Story | |
| [ ] **Craftsman** | [ ] **Traditional** | | | | |
| [ ] Log | [ ] Tudor | | **Foundation** [ ] Basement | [ ] Rock |
| | | | [ ] Block | [ ] Slab |
| **Construction** [ ] Advanced Framing | [ ] Log | | [ ] ICF | [X] Stemwall |
| [ ] Brick/Block | [ ] Manufactured | | [ ] None | [ ] Unknown |
| [ ] Double Wall Framing | [ ] Steel | | [ ] Pier | |
| [ ] Frame | [ ] Structural Insulated | | | |
| [X] ICF | Panels ɢ | | **Interior** [ ] 2 Master Bedrooms | [ ] Security System |
| | [ ] Zero Lot Line | | [ ] Ceiling Fan | [ ] Smart Alarm System |
| | | | [ ] Central Vacuum | [ ] **Smart Lighting** |
| **Room** [X] **Apartment Attached** | [X] Great Room | | [ ] Handicap Equipped | [ ] Smart Locks |
| [ ] Bonus Room | [X] Kitchen | | [ ] Hot Tub/Spa | [X] Walk in Closet |
| [ ] Breakfast Nook | [X] Living Room | | [ ] Low/No VOC Paint ɢ | [X] Washer/Dryer |
| [X] Den/Office | [ ] **Loft** | | [ ] Master Bdrm. Ground Level | [ ] WiFi CO Monitors |
| [ ] Dining Area | [ ] Solarium | | [ ] Pool | [ ] WiFi Smoke Detectors |
| [X] Dining Formal | [ ] Sunroom | | | |
| [X] Family Room | [X] **Utility** | | **Bathrooms** [ ] Bidet | [X] Tile Walls |
| [ ] Finished Basement | | | [ ] Double Shower | [X] Tiled Shower |
| | | | [X] Double Vanity | [ ] Tiled Vanity(s) |
| **Kitchen** [ ] 2nd Kitchen | [X] Island | | [ ] Dual Flush Toilet(s) ɢ | [ ] Tub-2+ Person |
| [ ] Breakfast Counter/Bar | [ ] **Kitchenette** | | [ ] Enclosed Toilet | [X] Tub Soaking |
| [ ] Cabinets -Formaldehyde-Free ɢ | [ ] Microwave | | [ ] Fiberglass Shower Enclosure | [ ] Tub with Jets |
| [ ] Cabinets -Reclaimed/FSC Cert.ɢ | [X] Pantry | | [ ] Glass/Acrylic Block | [ ] **Under Vanity Lighting** |
| [ ] Counters -Laminate | [X] Range/Oven | | [ ] Jack and Jill Bath | [ ] Updated 1-5 Years |
| [ ] Counters -Reclaimed/Recycled ɢ | [X] Refrigerator | | [X] Linen Closet | [ ] Updated 5+ Years |
| [ ] Counters -Solid Surface | [ ] Trash Compactor | | [ ] Roughed in Bathroom | [ ] WaterSense Toilet(s) ɢ |
| [ ] Counters -Tiled | [ ] Updated 1-5 Years | | [X] Shower and Tub | [ ] WaterSense Showers/Faucets ɢ |
| [X] Dishwasher | [ ] Updated 5+ Years | | [ ] Split Bath | |
| [X] Disposal | [ ] WaterSense Features ɢ | | [ ] Stall Shower | |
| [ ] ENERGY STAR Appliances ɢ | | | | |

MLSCO Residential Property Features Form    |    Revised January 2018    |    INFORMATION BELIEVED TO BE ACCURATE BUT NOT WARRANTED    Page 2

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com    66876 Gist Rd.

# Exhibit 1

**Fireplace**
- [ ] Family Room
- [ ] Gas
- [X] Great Room
- [ ] Insert
- [X] Living Room
- [X] Master Bedroom
- [ ] Pellet Stove
- [ ] Propane
- [ ] Wood

**Exterior**
- [ ] Drip System ⓖ
- [X] Fenced
- [ ] Hot Tub/Spa
- [ ] Landscaped
- [ ] **Native Plants Landscape Design** ⓖ
- [X] **Patio/Deck**
- [ ] Pool
- [ ] **Rainwater Collection** ⓖ
- [ ] **Smart Irrigation** ⓖ
- [ ] Sprinkler System
- [ ] Sprinkler Timer(s)
- [ ] UIC -Registered
- [ ] UIC -Rule Authorized
- [ ] Water Feature
- [ ] Water Saving Nozzles ⓖ
- [ ] Xeriscape Landscape Design ⓖ

**Doors/ Windows**
- [ ] Aluminum Windows
- [ ] Bay Window(s)
- [ ] Casement Windows
- [ ] Dbl. Pane Windows
- [ ] ENERGY STAR Windows ⓖ
- [ ] French Doors
- [ ] Garden Window(s)
- [ ] Greenhouse Window(s) ⓖ
- [ ] Insulated Doors
- [ ] Insulated Windows
- [ ] Low-e Windows ⓖ
- [ ] Single Pane Windows
- [ ] Skylight(s)
- [ ] Sliding Glass Door(s)
- [ ] Storm Door(s)
- [ ] Storm Windows
- [ ] Tinted Windows
- [ ] Triple Pane Windows
- [ ] Vinyl Doors
- [ ] Vinyl Windows
- [X] Wood Frame Windows

**Parking**
- [ ] Built-In Storage
- [ ] Carport
- [ ] Covered Parking
- [X] Controlled Entrance
- [X] Driveway -Asphalt
- [X] Driveway -Concrete
- [X] Driveway -Gravel
- [X] Driveway -Pavers
- [ ] Electric Car Hookup ⓖ
- [ ] Garage -1 Door
- [ ] Garage -2 Door
- [ ] Garage -3 Doors
- [X] Garage -4 Plus
- [ ] Garage -Double
- [ ] Garage -Tandem
- [ ] Garage -Triple
- [ ] **Garage Attached**
- [X] Garage Detached
- [X] Garage Door Opener
- [ ] Garage -Extended Length
- [ ] Garage -Single
- [ ] Heated Garage
- [ ] No Garage
- [ ] On Street Parking
- [ ] Other Parking
- [ ] Parking Space-Dedicated
- [ ] Rear or Alley Access
- [ ] Restricted Parking
- [X] RV Access/Parking
- [ ] RV Covered Parking
- [ ] RV Enclosed Parking
- [ ] RV Hookups
- [ ] Shared Driveway
- [ ] Shop Area
- [ ] Sink in Garage
- [X] Uncovered Parking
- [ ] Workbench in Garage

**Sewer/ Septic**
- [ ] Alt. Treatment Tech. System
- [ ] Capping Fill
- [ ] City Sewer
- [X] Other/None
- [ ] Private Sewer
- [ ] Sand Filter
- [ ] **Septic Approved**
- [X] **Septic FS Needed**
- [X] **Septic Installed**
- [ ] Standard

**Additional Features**
- [ ] 55+ Community
- [ ] Adjoins Public Lands
- [ ] Clubhouse/Rec. Room
- [ ] Community Pool
- [ ] Community Tennis Courts
- [ ] Corner Lot
- [ ] Gas Available
- [ ] Gated Community
- [ ] Golf Community
- [X] Horse Property
- [ ] Park
- [ ] Paved Streets
- [ ] Resort Community
- [ ] Road Assessment
- [ ] Sewer Assessment
- [ ] Short Term Rental

**Floors**
- [ ] Bamboo Flooring ⓖ
- [X] Carpet
- [ ] Carpet -Wool ⓖ
- [ ] **Carpet -CRI Certified** ⓖ
- [ ] Cork Flooring ⓖ
- [ ] Laminate
- [ ] Slab
- [X] Slate/Stone
- [X] Tile
- [ ] Vinyl
- [ ] Wood -Pre-Finished
- [X] Wood -Sand In Place

**Additional Buildings**
- [ ] Animal Stalls
- [X] Barn
- [ ] Corral
- [ ] Gazebo
- [ ] Greenhouse
- [ ] Guest House/Studio
- [ ] Indoor Arena
- [ ] Outdoor Arena
- [ ] Shop
- [ ] Storage Building

**Roof**
- [ ] Asphalt
- [ ] **Composition**
- [ ] Cooling Roof ⓖ
- [ ] ENERGY STAR Roof ⓖ
- [ ] Green/Living ⓖ
- [ ] Membrane
- [X] Metal
- [ ] Shake
- [ ] Shingle
- [ ] Tile

**View**
- [X] Cascade Mountain
- [ ] City
- [ ] Golf Course
- [ ] Lake
- [ ] Mountain Other
- [ ] River
- [ ] Riverfront
- [ ] Terrain
- [ ] Water
- [ ] Waterfront

**Heat/Cool**
- [ ] AC -Central
- [ ] AC -High Efficiency Central ⓖ
- [ ] AC -Wall
- [ ] AC -Window
- [ ] Baseboard
- [ ] Ceiling
- [ ] Ductless Heat Pump ⓖ
- [ ] Electric
- [ ] Forced Air
- [ ] Free-Standing
- [ ] Ground/Water Source Heat Pump ⓖ
- [X] Heat Pump
- [ ] High Efficiency Furnace ⓖ
- [ ] High Efficiency Heat Pump ⓖ
- [ ] Hot Water
- [ ] Natural Gas
- [ ] Oil
- [ ] Pellet
- [ ] Programmable Thermostat ⓖ
- [ ] Propane
- [ ] Radiant ⓖ
- [ ] Solar Hot Water ⓖ
- [ ] Wall
- [ ] Wood
- [ ] **Zoned Heating**

**Existing Water**
- [ ] **Back Flow/Domestic**
- [ ] **Back Flow/Irrigation**
- [ ] Cistern
- [ ] City
- [ ] Gray Water System ⓖ
- [ ] None
- [ ] Private/Community
- [ ] Shared Well
- [ ] Water Meter
- [X] Well

**Terms**
- [ ] Assumable Loan
- [ ] Auction
- [ ] Bank Owned
- [X] Cash
- [X] New Loan
- [ ] OWC
- [ ] Short Sale
- [ ] Trade

**Showing Instructions**
- [ ] 24 Hour Required
- [X] **Active Alarm**
- [X] Appointment Only
- [ ] Beware of Pets
- [X] **Call Listing Agt. 1st**
- [ ] Call Occupant 1st
- [ ] Key List Office
- [ ] List Agt. Must Accomp.
- [ ] Lockbox Code Req.
- [ ] **Notify List Office**
- [ ] **Special Instructions**
- [X] Use Lockbox
- [ ] Vacant

**Ventilation** ⓖ
- [ ] **Heat Recovery Ventilation System**
- [ ] **Natural Ventilation**
- [ ] **Whole House Ventilation**

MLSCO Residential Property Features Form    |    Revised January 2018    |    INFORMATION BELIEVED TO BE ACCURATE BUT NOT WARRANTED    Page 3

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com    66876 Gist Rd.

# Exhibit 1

Page 4

| Green ᴳ Certification | ☐ Earth Advantage Cert.<br>☐ ENERGY STAR Homes Cert.<br>☐ Eng. Audit/Retrofit<br>☐ LEED Certified | ☐ LEED Gold Certified<br>☐ LEED Silver Certified<br>☐ LEED Platinum Certified<br>☐ WaterSense Home Certified | Water Heater | ☐ Electric<br>☐ Gas<br>☐ Heat Pump HW<br>☐ High Efficiency/ENERGY STAR ᴳ | ☐ HW Recirc, Pump G<br>☐ Propane<br>☐ Solar HW G<br>☐ Tank<br>☐ Tankless |
|---|---|---|---|---|---|
| | | | Renewable ᴳ Energy | ☐ Community System<br>☐ Solar Photovoltaic | ☐ Solar PV Ready<br>☐ Wind Power |

**Sign on Property** (1)☐Yes☐No **Publish To Internet** (1)☐Yes☐No **Seller Must Initial** _____

**Lockbox on Property** (1)☐Yes☐No **Show Addr. to Public** (1)☐Yes☐No **Seller Must Initial** _____

**Include in MLS** (1)☐Yes☐No **Seller Must Initial** _____

**Seller DOES NOT Authorize Photos to be Displayed in the MLS - Seller MUST Initial** _____

| Seller Signature | _Lynda T. Bui, trustee_ | Date | 1/10/18 |
|---|---|---|---|
| Seller Signature | | Date | |
| Seller Signature | | Date | |
| Seller Signature | | Date | |
| Seller's Agent Signature | _Josh Hansen_<br>Josh Hansen | Date | 1/19/2018 \| 16:03 PST |
| Managing Principal Broker Signature | _Josh Hansen_<br>Josh Hansen | Date | 1/19/2018 \| 16:03 PST |

MLSCO Residential Property Features Form   |   Revised January 2018   |   INFORMATION BELIEVED TO BE ACCURATE BUT NOT WARRANTED          Page 4

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          66876 Gist Rd.

# Exhibit 1

## ADDENDUM TO LISTING CONTRACT

Lynda T. Bui, Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of ***In re Russel Dennis Hiles, III ("Debtor")***, currently pending in the United States Bankruptcy Court for the Central District of California, Riverside Division Case No. **6:16-bk-16877-WJ**, agrees to grant **Strategic Realty, LLC** ("Broker") the exclusive rights to negotiate a sale of real property of the Estate located at **66876 Gist Rd., Bend, OR 97703** ("Property"), upon the terms and conditions of the **Multiple Listing Service of Central Oregon Listing Contract** ("Listing Contract") entered into with respect to the Property concurrently herewith, as amended by the following terms and conditions of this Addendum:

1.    <u>Addendum</u>.  This Addendum amends the Listing Contract.  Notwithstanding any contrary terms and conditions in the Listing Contract, this Addendum shall apply. Broker agrees that any previous listing contracts or agreements with regard to the Property are null and void.

2.    <u>No Liability</u>.

A.  The Trustee is listing the Property for sale with the Broker in her capacity as the Chapter 7 Trustee of the Estate, and not in her personal capacity, and no liability or obligations shall accrue to her personally as a result of such listing.  There shall be no claim by Broker for damages of any kind against the Trustee or against the law firm of which she is associated, Shulman Hodges & Bastian LLP.  Any claim for damages by Broker as it relates to the listing or sale of the Property shall only be against the Estate.

B.  The Broker shall not be responsible for the personal possessions located at the Property. The Broker shall facilitate the scheduling and access of all requested repairs and property services for the Estate. The Estate  shall be solely responsible for all expenses related to personal property, property maintenance and repairs, etc., which will have to be reimbursed to the Broker at the time of closing or earlier if there are funds in the Estate at the discretion of the Trustee.  The Broker is not responsible for any damages to the Property caused by third parties arising out of these repairs and services.

3.    <u>Trustee's Right to Sell</u>.  The Trustee shall have the right to sell the Property to anyone who, prior to the date of entering into the Listing Contract or this Addendum, has expressed an interest in purchasing the Property and Broker shall not be entitled to a commission on such a sale.  The Trustee to  provide a list of any potential buyers that the Broker will not receive a commission for within five (5) days of signing this Addendum.

4.    <u>Termination</u>.  The Trustee may terminate the Listing Contract at her option and upon written notice to the Broker at any time, and no liability or obligations shall accrue to the Estate or to the Trustee, either personally or in her capacity as Trustee, as a result of any such termination.  The Broker may at any time elect to terminate this Listing Contract and will provide the Trustee with thirty (30 ) days notice in writing.

---

1

# Exhibit 1

5.    <u>Abandonment</u>.  The Trustee reserves the right, in her sole discretion, to determine not to sell the Property and to abandon the Property by serving a notice of her intention to abandon the Property upon the Debtor, all creditors of the Estate, the United States Trustee, and all parties in interest.  In the event of any such abandonment, the Listing Contract and this Addendum shall terminate and no liability or obligations shall accrue to the Estate or to the Trustee, either personally or in her capacity as Trustee, as a result of any such abandonment and termination.

6.    <u>Conditions of Sale</u>.  The Broker agrees and understands that any sale of the Property shall be subject to the following terms and conditions:

a.    The Trustee is selling the Property in her capacity as the Chapter 7 Trustee of the Debtor's Estate, and not in her personal capacity, and no liability or obligations shall accrue to her personally as a result of any sale.

b.    If for any reason, or no reason whatsoever, the Trustee is unable to deliver possession or title to the Property to any potential purchaser, the purchaser's sole remedy shall be the return of any money that the purchaser has deposited towards the purchase of the Property.

c.    The Trustee is selling the Property in an "AS IS" condition or basis by quitclaim deed without any representations or warranties whatsoever, including without limitation representations or warranties as to title, oil and mineral rights, city or government agency notifications regarding work to be done, marketability of title, ownership, physical condition, compliance with state, city or federal statutes, codes, ordinances, or regulations, geological stability, zoning, suitability for improvement, and fire insurance policies to cover any improvements on the Property, nor any assurances regarding the subdividability of the Property.

d.    The sale of the Property is subject to Bankruptcy Court approval after notice to the Debtor, all creditors of the Estate, the United States Trustee, and other parties in interest as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules.

e.    The purchaser shall, at the purchaser's sole expense, acquire any and all insurance policies that the purchaser desires to cover the Property.  The Trustee does not agree to acquire or transfer any insurance policies to the purchaser.

f.    The purchaser is to arrange for all financing of the acquisition of the Property before the close of escrow.

2

# Exhibit 1

g.    The purchaser shall, at the purchaser's sole expense, install all smoke detectors, if any, as may be required by state or local law. The Trustee is not required to deliver to the purchaser a written statement of compliance with any applicable state and local law.

h.    The purchaser shall, at purchaser's sole expense, obtain and all pest control inspection repairs that purchaser deems appropriate.

i.    If any local ordinance requires that the Property be brought into compliance with minimum energy conservation standards as a condition of sale or transfer, the purchaser shall comply with and pay for these requirements at purchaser's sole expense.

j.    Any sale is subject to the following conditions being satisfied before the close of escrow:

(1)    the Trustee must prevail with respect to any objections to the proposed sale; and

(2)    the Trustee reserves the right to reject any and all offers which in her judgment are insufficient.

k.    The Property is being sold subject to:

(1)    All general and special taxes that are presently due, or may become due, regarding the Property, other than property taxes, which shall be prorated as of the close of escrow;

(2)    The lien of supplemental taxes, if any, assessed pursuant to the provisions of applicable statutes of the State of Oregon; and

(3)    Any and all easements, restrictions, rights and conditions of record and rights of way, against, on or regarding the Property. Title, however, is to be transferred free of secured claims of record.

7.    <u>Payment of Commission</u>. The commissions to be paid to the Broker shall only be paid from the proceeds of the sale of the Property. If a sale is not consummated for any or no reason whatsoever, the Broker shall not be entitled to commissions. The parties acknowledge that the Listing Contract, this Addendum and any agreement relating to the Property is not binding (including the entering into of a purchase agreement) until Bankruptcy Court approval. The parties acknowledge that the Bankruptcy Court may after approval of this agreement later reduce commissions agreed to. In addition, the commissions are subject to the approval of the secured creditor(s) if the sale of the Property is a short sale. A commission is not earned until Bankruptcy Court approval of

3

# Exhibit 1

DocuSign Envelope ID: 6AA5EC9A-3EA5-414C-AA8F-5EFE8C227FEC

a purchase agreement is obtained and escrow is closed.

8.    <u>Entire Agreement</u>. This Addendum and the Listing Contract, to the extent that such Listing Contract is not contrary to the terms and conditions herein, constitute the entire contract between the parties.  All prior agreements between the parties are incorporated into this contract.  Its terms are intended by the parties as a final expression of their agreement with respect to such terms as are included herein, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. The parties further intend that this agreement constitutes the complete, final and exclusive statement of its terms and that no extrinsic evidence whatsoever may be introduced in any judicial or arbitration proceeding, if any, involving this agreement.

9.    <u>Bankruptcy Court Jurisdiction</u>. The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes relating to this Addendum and the Listing Contract.

10.    If Broker is the procuring cause of a sale, and has provided proof of such procuring cause, the Estate shall pay the earned commission agreed upon in this Listing Contract and Addendum if the sale closes and at the time of closing.

11.    It is intended that all utilities for the Property be placed in the Trustee or Estate's name and the Estate shall be solely responsible for all invoices and payments for all utilities. Broker will not be responsible for the payment of any utility service for the Property.  If necessary, the Broker can place the utilities in its name and will be reimbursed through the sale.  Broker shall provide Trustee with all contact information needed to transfer utility services if requested.

Dated:

_____
LYNDA T. BUI
Chapter 7 Trustee

STRATEGIC REALTY, LLC

Dated: 1/19/2018 | 16:03 PST

*Josh Hansen*
93751DD3BF7F44D...
JOSH HANSEN

* * * *

Listing Addendum re 66876 Gist Rd, Bend, OR 97703 TC Hiles.docx
5401-000\EXP. 23

# Exhibit 1

# Exhibit 2
# Resume

**STRATEGIC REALTY**

141 NW Greenwood Suite 100
Bend, OR 97701

541-678-0756  c
888-993-2345  f
info@movetobend.com

www.movetobend.com

*Team*

Strategic Realty, LLC has built its reputation on brokering unique properties in unique situations. Our goal is to extract as much out of the market for our clients as possible. Each property is looking for only a single buyer, and we use our distinctive methods of marketing through professional networks and personal contacts to locate that special person for each of our clients. We think through the likely prospect profiles, control the presentation, and pride ourselves on our ability to turn interest into offers. We represent our clients' interests to the utmost and take our fiduciary obligations extremely seriously.

**Josh Hansen**, *Principal Broker*



Josh grew up in a Portland real estate family. While still in college, he was buying and selling rental homes and managing large multi-family complexes.  In Portland, Josh specialized in selling and leasing high-tech commercial properties which eventually took him to Las Vegas. When returning to Oregon to be near family, Josh's interests turned to more traditional real estate sales, where, in his first year, he ranked in the top 5% of sales agents nationwide.

When his parents retired to a golf course home in Sunriver, Josh was recruited by Sunriver Realty and quickly became one of their most valued brokers in Central Oregon. As Sunriver Realty was devastated by the recent downturn in the market, Strategic Realty saw an opportunity to add Josh's extensive Portland networks and Sunriver expertise to the team.  After joining Strategic Realty, Josh rapidly expanded his markets and expertise, having great success in many regions outside of Portland and Central Oregon.

After 17 years as a licensed broker, Josh continues to exhibit an electric enthusiasm that seems to infect his clients. His natural down-home demeanor generates an instant rapport with those he works with. People are quick to trust Josh, and this is a tremendous asset to his ability to move properties.

When asked about his favorite aspect of selling real estate in today's market, Josh replies, "Putting together transactions on unique properties. Selling traditional properties can be challenging at times, but nothing is more satisfying than helping a client sell a property for more than the market should bear.  I thrive in dealing with scenarios where the demand for creativity and immediate action is critical."

# Exhibit 2

Below is a list of recently closed transactions ranging from an 8,000 +/- custom home on 200 acres to industrial condominiums.

### *Featured Transactions:*

Property type:  Retail strip center on leased land
Seller:  Financial institution
Buyer:  Owner of a large local corporation
Sale price: $1,247,897.59
Description:  18,000 sf located on approx. 2.5 acres of leased land in Roseburg, OR.

Property type:  Industrial land
Seller:  Private lender
Buyer:  Facebook
Sale Price:  $3,200,000
Description: Location of Facebook's first datacenter. Located in Prineville, OR.

Property type:  Multifamily
Seller:  Financial institution
Buyer:  Housing Works - local housing authority for Deschutes, Crook and Jefferson counties.
Sale Price: $1,300,000
Description:  19 town homes in Redmond, OR.

Property type:  Industrial building
Seller:  Financial institution
Buyer:  Owner/operator of local corporation
Sale Price:  $548,763.26
Description: Four industrial condominiums located in White City, Oregon.

Property type:  Commercial Building
Seller:  Financial Institution
Buyer:  Crook County
Sale Price:  $225,000
Description:  A vacant commercial building on approximately 5 acres in Prineville, OR.

Property type:  Retail center condominium
Seller:  United States Bankruptcy Trustee
Buyer:  Shareholder with 8/9th's interest in the building
Sale Price:  $625,000
Description:  The Sears building in Prineville, Oregon.

Property type:  Commercially-zoned land
Seller:  Financial institution
Buyer:  High net-worth real estate investor

# Exhibit 2

Sale Price:  $1,400,000
Description:  A 4.31 acre development.  Mercato in the Old Mill District in Bend, OR.

Property type:  Retail mall
Seller:  United States Bankruptcy Trustee
Buyer:  Real estate investor
Sale Price:  $305,000
Description:  Retail mall located on Highway 20 in Tumalo with multiple legal lots.

Property type:  Ranch estate
Seller: Financial institution
Buyer:  Owner/operator
Sale Price:  $1,396,800
Description:  200-acre parcel with structurally damaged luxury residence in Roseburg, OR.
House was part of active litigation between the owner and builder during our marketing.

Property type:  Retail center
Seller: Financial institution
Buyer:  Real estate investor
Sale Price:  $1,550,000
Description:  Partially constructed and abandoned retail center located in Milwaukie, OR.

Property type:  Fully lease office building
Seller: Financial institution
Buyer:  Real estate investor
Sale Price:  $875,000
Description:  Leased office building on 122nd Ave in Portland, OR.

# Exhibit 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF STRATEGIC REALTY, LLC; DECLARATION OF JOSH HANSEN IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2**.  <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) **January 23, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**
**Russel Dennis Hiles, III, 155 Metate Place, Palm Desert, CA 92260**

☐  Service information continued on attached page

**3**.  <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**</u>
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 23, 2018 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- Lynda T. Bui (TR) Chapter 7 Trustee  trustee.bui@shbllp.com, C115@ecfcbis.com

- Robert P Goe on behalf of Debtor Russel Dennis Hiles, III kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

- Samuel Kornhauser on behalf of Creditor Christopher T Borgeson skornhauser@earthlink.net

- Joshua Lichtman on behalf of Creditor Farmers Insurance Exchange joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com

- William F McDonald, III on behalf of Creditor Bank of America, N.A. Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

- Charity J Miller on behalf of Debtor Russel Dennis Hiles, III  cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com

- Randall P Mroczynski on behalf of Creditor Daimler Trust and Ford Motor Credit Company LLC randym@cookseylaw.com

- Ronak N Patel on behalf of Creditor Treasurer Tax Collector County of Riverside rpatel@rivco.org, mdominguez@RIVCO.org

- Steven G Polard on behalf of Interested Party Cynthia Ellen Hiles spolard@eisnerlaw.com, lewing@eisnerlaw.com

- Kelly M Raftery on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

- Kelly M Raftery on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

- Jason K Schrader on behalf of U.S. Trustee United States Trustee (RS) jason.K.Schrader@usdoj.gov

- United States Trustee (RS)  on behalf of United States Trustee ustpregion16.rs.ecf@usdoj.gov

- Scott S Weltman on behalf of Creditor KeyBank, N.A. colcaecf@weltman.com

- Rebecca J Winthrop on behalf of Creditor Farmers Insurance Exchange rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

- Jennifer C Wong on behalf of Creditor Bank of America, N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

- Kristin A Zilberstein on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC ecfnotifications@ghidottilaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**