Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: lshulman@shbllp.com;
          rkido@shbllp.com

Proposed Attorneys for Lynda T. Bui,
Chapter 7 Trustee

FILED & ENTERED

JAN 29 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RUSSEL DENNIS HILES, III,<br><br>                Debtor. | Case No.  6:16-bk-16877-WJ<br><br>CHAPTER 7<br><br>**ORDER AUTHORIZING THE TRUSTEE TO EMPLOY SHULMAN HODGES & BASTIAN LLP AS GENERAL COUNSEL** |

      Lynda T. Bui ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Russel Dennis Hiles, III, filed an application entitled "Chapter 7 Trustee's Application to Employ Shulman Hodges & Bastian LLP as General Counsel; Declaration of Leonard M. Shulman in Support Thereof" on January 8, 2018 as docket number 295.  No opposition having been filed and good cause appearing, the Court hereby ORDERS as follows:

      1.    The Trustee is authorized employ the firm of Shulman Hodges & Bastian LLP ("Firm") as her general counsel effective as of December 21, 2017.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\62\  Employ Order SHB TC Hiles

1

2.   All compensation to the Firm is subject to approval by the Court, and no compensation shall be paid unless and until (a) the Firm files and serves an appropriate application in conformity with 11 U.S.C. §§ 330 and 331 and (b) the Court enters an order approving allowed fees and costs.

###

Date: January 29, 2018

Wayne Johnson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\62\ Employ Order SHB TC Hiles

2