JaVonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.  6:16-bk-16877-WJ |
| | ) |
| Russel Dennis Hiles, III, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) **STIPULATION TO CONTINUE** |
| | ) **HEARING ON MOTION FOR RELIEF** |
| | ) **FROM AUTOMATIC STAY** |
| | ) |
| | ) |
| | ) Current Hearing: |
| | ) Date:  2/27/2018 |
| | ) Time: 1:30 P.M. |
| | ) Ctrm: Third, 304 |
| | ) Place: 3420 Twelfth Street |
| | )        Riverside CA, 92501 |
| | ) |
| | ) |
| | ) Judge: Honorable Wayne E. Johnson |
| | ) |
| | ) |
| | ) |
| | ) |

1  Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
2  ("Secured Creditor") and Chapter 7 Trustee Lynda T. Bui, ("Trustee"), by and through their
3  attorneys of record STIPULATE as follows:

### RECITALS

A. The Motion for Relief from Stay and this Stipulation concerns the real property 155 Metate Place, Palm Desert, CA 92260 ("Subject Property").

B. On 8/22/2017, Secured Creditor filed a Motion for Relief from the Automatic Stay [Docket #207] ("Motion").

C. On 9/07/2017, Debtor filed a Response and Request for Hearing [Docket #209].

D. On 2/12/2018, the Trustee filed a Joinder to Debtor's Opposition to Motion for Relief from the Automatic Stay [Docket #302].

E. Secured Creditor and Trustee have agreed to continue the hearing on the Motion for Relief from Automatic Stay to allow the parties additional time to resolve the Motion on the Subject Property.

///

///

///

///

///

///

///

///

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

That the hearing on Secured Creditor's Motion for Relief from Automatic Stay filed on 8/22/2017 [Docket #207] be <u>continued to **7/05/2018 at 10:00 AM** in the above-entitled Court and location</u>, to allow the parties time to resolve the Motion for Relief from Automatic Stay regarding the Subject Property ("Subject Property").

IT IS SO STIPULATED:

Dated: February 14, 2018

*(signature)*
Leonard M. Shulman, Esq.
Rika M. Kido, Esq.
Shulman Hodges & Bastian LLP
Attorneys for Lynda T. Bui, Chapter 7 Trustee

Dated: 2/14/2018

/s/ Kelly M. Raftery
Kelly M. Raftery, Esq.
McCarthy & Holthus, LLP
Attorneys for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC