Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: lshulman@shbllp.com;
        rkido@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

FILED & ENTERED

FEB 20 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.  6:16-bk-16877-WJ |
| RUSSEL DENNIS HILES, III, | CHAPTER 7 |
| Debtor. | **ORDER AUTHORIZING THE TRUSTEE TO EMPLOY STRATEGIC REALTY, LLC** |

Lynda T. Bui ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Russel Dennis Hiles, III, filed an application entitled "Chapter 7 Trustee's Application to Order Authorizing Employment of Strategic Realty, LLC; Declaration of Josh Hansen in Support" on January 23, 2018 as docket number 292.  No opposition having been filed, and good cause appearing, the Court hereby ORDERS as follows:

1.    The Trustee is authorized to employ Strategic Realty, LLC as her real estate broker to assist the Trustee in marketing the real property located at 66876 Gist Road, Bend, Oregon 97703.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\62\1169281.1

1

Employ Order Strategic Realty LLC TC Hiles

2. All compensation to the broker is subject to approval by the Court and no compensation shall be paid unless and until the broker files and serves an appropriate fee request and obtains an order approving the request.

###

Date: February 20, 2018

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\62\1169281.1

2

Employ Order Strategic Realty LLC TC Hiles