Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email: lshulman@shbllp.com;
           rkido@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

FILED & ENTERED

MAR 02 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RUSSEL DENNIS HILES, III,<br><br>                    Debtor. | Case No.  6:16-bk-16877-WJ<br><br>CHAPTER 7<br><br>**ORDER AUTHORIZING THE TRUSTEE TO EMPLOY GLASSRATNER BROKERAGE SERVICES, INC.**<br><br>[No Hearing Set Pursuant to<br>Local Bankruptcy Rule 2014-1(b)] |

      Lynda T. Bui ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Russel Dennis Hiles, III, filed an application entitled "Chapter 7 Trustee's Application for an Order Authorizing Employment of GlassRatner Brokerage Services, Inc.; Declaration of Steven Speier in Support" ("Application") (docket 300). No opposition having been filed and good cause appearing, the Court hereby ORDERS as follows:

      1.     The Trustee is authorized to employ GlassRatner Brokerage Services, Inc. as her real estate broker to assist the Trustee in marketing the real property located at 155 Metate Place, Palm Desert, California 92260.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\62

1

Employ Order GlassRatnerTC Hiles

2. All compensation to the broker is subject to approval by the Court and no compensation shall be paid unless and until the broker files and serves an appropriate fee request and obtains an order approving the request.

### 

Date: March 2, 2018

_____
Wayne Johnson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\62

2

Employ Order GlassRatnerTC Hiles