United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 16-16877-WJ
Russel Dennis Hiles, III                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6        User: ygoochC           Page 1 of 1              Date Rcvd: May 14, 2018
                            Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Russel Dennis Hiles, III,   155 Metate Place,   Palm Desert, CA 92260-7334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*           +Russel Dennis Hiles, III,   155 Metate Place,   Palm Desert, CA 92260-7334
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
        Charity J Miller    on behalf of Debtor Russel Dennis Hiles, III cmiller@goeforlaw.com,
         kmurphy@goeforlaw.com;goeforecf@gmail.com
        Everett L Green    on behalf of U.S. Trustee    United States Trustee (RS) everett.l.green@usdoj.gov
        Jason K Schrader    on behalf of U.S. Trustee    United States Trustee (RS)
         jason.K.Schrader@usdoj.gov
        Jennifer C Wong    on behalf of Creditor    Bank of America, N.A. bknotice@mccarthyholthus.com,
         jwong@ecf.courtdrive.com
        Joshua  Lichtman    on behalf of Plaintiff    Farmers Insurance Exchange
         joshua.lichtman@nortonrosefulbright.com,   Rhonda.cole@nortonrosefulbright.com
        Joshua  Lichtman    on behalf of Creditor    Farmers Insurance Exchange
         joshua.lichtman@nortonrosefulbright.com,   Rhonda.cole@nortonrosefulbright.com
        Kelly M Raftery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
         Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing
         agent Carrington Mortgage Services, LLC bknotice@mccarthyholthus.com,
         kraftery@ecf.courtdrive.com
        Kelly M Raftery    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
         kraftery@ecf.courtdrive.com
        Kristin A Zilberstein    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee
         of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing
         agent Carrington Mortgage Services, LLC ecfnotifications@ghidottilaw.com
        Leonard M Shulman    on behalf of Trustee Lynda T. Bui (TR) lshulman@shbllp.com
        Lynda T. Bui (TR)    trustee.bui@shbllp.com,   C115@ecfcbis.com
        Randall P Mroczynski    on behalf of Creditor    Ford Motor Credit Company LLC randym@cookseylaw.com
        Randall P Mroczynski    on behalf of Creditor    Daimler Trust randym@cookseylaw.com
        Rebecca J Winthrop    on behalf of Creditor    Farmers Insurance Exchange
         rebecca.winthrop@nortonrosefulbright.com,   evette.rodriguez@nortonrosefulbright.com
        Rika  Kido    on behalf of Trustee Lynda T. Bui (TR) rkido@shbllp.com,   ncarlson@shbllp.com
        Robert P Goe    on behalf of Debtor Russel Dennis Hiles, III kmurphy@goeforlaw.com,
         rgoe@goeforlaw.com;goeforecf@gmail.com
        Ronak N Patel    on behalf of Creditor    Treasurer Tax Collector County of Riverside
         rpatel@rivco.org,   mdominguez@RIVCO.org
        Samuel  Kornhauser    on behalf of Creditor Christopher T Borgeson skornhauser@earthlink.net
        Samuel  Kornhauser    on behalf of Plaintiff Christopher T Borgeson skornhauser@earthlink.net
        Scott S Weltman    on behalf of Creditor    KeyBank, N.A. colcaecf@weltman.com
        Steven G Polard    on behalf of Interested Party Cynthia Ellen Hiles spolard@eisnerlaw.com,
         lewing@eisnerlaw.com
        United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
        William F McDonald, III    on behalf of Creditor    Bank of America, N.A. Caecf@tblaw.com,
         wfm@tblaw.com;snchampney@tblaw.com
                                                                                                 TOTAL: 23

Karl T. Anderson CPA, Inc.
340 South Farrell Drive, Suite A210
Palm Springs, California  92262
Telephone: (760) 320-2424
Facsimile:  (760) 778-8869
E-mail: ktacpa@msn.com

Proposed Accountants for
Lynda T. Bui, Chapter 7 Trustee

**FILED & ENTERED**

MAY 14 2018

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

RUSSEL DENNIS HILES, III,

       Debtor.

Case No. 6:16-bk-16877-WJ

CHAPTER 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANTS FOR THE ESTATE**

  Lynda T. Bui ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Russel Dennis Hiles, III, has filed an application to employ Karl T. Anderson CPA, Inc. as her accountant [docket #318] in this case.  No one filed any opposition to the application and the deadline to do so has passed.  Therefore, good cause appearing, the Court hereby ORDERS:

  1. The Trustee is authorized, pursuant to 11 U.S.C. § 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ Karl T. Anderson CPA, Inc. ("Firm") to represent the Trustee in this case as her accountant effective as of March 12, 2018.

1

2. All compensation to the Firm is subject to approval by the Court and no compensation shall be paid unless and until (a) the Firm files and serves an appropriate application in conformity with 11 U.S.C. §§ 330 & 331 and (b) the Court enters an order approving allowed fees and costs.

IT IS SO ORDERED.

###

Date: May 14, 2018

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

2