tion for this agreement. Without limiting the generality of the forego-ing, the parties specifically acknowledge that Buyer has had an op-portunity to inspect the premises with regard to environmental con-cerns and the purchase price has been negotiated to eliminate all claims relating to environmental matters. Consequently, this clause bars all claims brought by the Buyer concerning the condition of the property pursuant to the Federal Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA), as amended, the Federal Resource Conservation and Recovery Act (RCRA), as amended, and any applicable, similar federal and state legislation. Notwithstanding the parties' intent that this clause bar all such claims, should a court of competent jurisdiction deem other-wise, the presence of this clause shall serve as the overwhelming, primary factor in any equitable apportionment of liability or dam-ages under CERCLA, RCRA, and other such Acts.

c.     Buyer hereby waives, releases, acquits and forever discharges Seller, its employees or agents or any other person acting on behalf of Seller, of and from any and all claims, actions, causes of action, demands, rights, damages, costs, expenses, or compensation whatsoever, direct or indirect, known or unknown, foreseen or un-foreseen, which Buyer now has or which may arise in the future on account of or in any way growing out of or in connection with any physical characteristics or existing condition including, without limit, subsurface conditions and solid and hazardous wastes, and haz-ardous substances, on, under, or related to the real property, any law or regulation applicable thereto.

7.     <u>Transfer of Property</u>: Transfer of the Property by Seller shall be by Trustee's Fiduciary Quitclaim Deed.  The Seller shall convey and the Buy-er shall accept the marketable title to the Property that will be insured by **Western Title & Escrow Company**, without material exception, subject only to the terms of this Counteroffer and any further documentation of the Sale consistent with this Counteroffer.

8.     <u>Liens, Claims, Encumbrances and Interests</u>:  The Sale shall be free and clear of such Liens, with the extent, validity and priority of such liens to at-tach to the net proceeds of the Sale.

9.     <u>Assessments, Taxes and Escrow fees</u>:  The following assessments, taxes and other costs shall be allocated as follows: (a) all allowable assess-ments and real property taxes shall be prorated through the closing date of the Sale to the applicable accounts of the Seller and the Buyer, such that the amounts applicable to the account of the Buyer shall not be de-ducted from the Purchase Price;   (b) escrow fees  shall be split  equally between the Buyer and the Seller (50/50), such that the amounts allocable

–3–

to the Buyer shall not be deducted from the Purchase Price; (c) the Seller shall pay real property transfer tax (County and State only) and the costs of a standard issue title insurance policy, such that these taxes and costs shall not be deducted from the Purchase Price; and (d) City transfer tax shall be split equally between Buyer and Seller (50/50), such that the amount allocable to the Buyer shall not be deducted from the Purchase Price. **All other costs are at Buyer's sole expense and are not to be deducted from the Purchase Price.**

10. <u>Overbid</u>: The Sale is subject to notice to creditors and other parties and shall be subject to higher and better bid through and including the hearing on the Approval Motion, pursuant to sale and overbid procedures determined in the Seller's sole discretion and subject to Bankruptcy Court approval. Initial overbid will be **$2,005,000.00** and thereafter in minimum **$5,000.00** increments.

11. <u>Brokers and Commissions</u>: The Buyer is represented by Nic Jones, Oregon License #201210062 of Drew Hood and/or assigns, LLC ("Buyer's Broker"), and Seller is represented by Josh Hansen, Oregon License #200012039, of Strategic Realty, LLC ("Seller's Broker"). Subject to Court approval, the Seller shall pay a total five percent (5%) commission of the Purchase Price through escrow as follows: two percent (2%) to the Buyer's Broker; two percent (2%) to the Seller's Broker; and one percent to Debtor's Estate. No commission shall be due and payable except from the cash proceeds of an actual sale of the Property to the Buyer and upon closing of such sale.

12. <u>Seller Right to Terminate</u>: The Seller may decline, at her option and sole discretion, to consummate the Sale for any reason, including without limitation: (a) the dismissal or closure of the Debtor's bankruptcy case; (b) the conversion of the debtor's Chapter 7 bankruptcy case to any other chapter under the Bankruptcy Code; (c) the inability to subordinate any liens on the Property to the expenses of administration; (d) the inability to obtain approval of the Sale by the Bankruptcy Court; or (e) the inability to sell the Property on the terms and conditions set forth herein. The Seller reserves the right, in her sole discretion, to determine not to consummate, and to terminate, the sale of the Property by serving a notice of such termination on the Buyer. No liability or obligations shall accrue to the bankruptcy estate or the Seller, either personally or in her capacity as Trustee, as a result of any such termination. The Buyer's sole remedy, in the event that escrow fails to close as a result of Seller's inability to close escrow, shall be a refund of the Deposit in full.

–4–

EXHIBIT 3

13.   <u>**Non-Refundability and Forfeiture of Deposit**</u>:   **Except as set forth above in paragraph 12 to this Counteroffer, immediately upon expiration of the Due Diligence Deadline without Buyer's submission of a Notice to Cancel in accordance with paragraph 3 to this Counteroffer, the entirety of the Deposit shall be absolutely non-refundable and forfeited to the Seller.   Notwithstanding the immediately preceding sentence, in the event: (a) the Bankruptcy Court enters an order that does not authorize Seller to sell the Property to the Buyer; or (b) the Bankruptcy Court enters an order that authorizes the sale to another bidder and the Buyer is not a backup bidder, Seller shall refund the entire Deposit to the Buyer within fifteen (15) calendar days following entry of such order of the Bankruptcy Court.   In the event the Buyer is overbid and is a backup bidder, Seller shall refund the entire Deposit to the Buyer only if the Sale closes to the winning bidder and within ten (10) calendar days following such closing.**

_____ **(Buyer's initials)**          _____ **(Seller's initials)**

–5–

**EXHIBIT 3**

14.  Escrow Instructions:  Escrow instructions shall be signed by Buyer and Seller within thirty (30) calendar days after execution of this Counteroffer.  In the event that Buyer is unable to close escrow within fifteen (10) calendar days after entry of the Bankruptcy Court's order authorizing the Sale (the "Closing Date"), the Buyer shall compensate the Seller one hundred dollars ($100.00) per day for each day beyond the Closing date that the Sale does not close for a total extended period of no more than ten (10) calendar days.  Thereafter, the Seller shall have absolute discretion to either: (a) provide further extensions of the Closing Date at the same rate of compensation; or (b) terminate the Sale to the Buyer and retain the entirety of the Deposit as liquidated damages.

15.  Bankruptcy Court Jurisdiction:  The Bankruptcy Court for the Central District of California, Riverside Division ("Court"), shall have jurisdiction to interpret and enforce the terms of this Counteroffer/agreement. This Counteroffer/agreement shall be construed pursuant to the laws of the State of California, except to the extent preempted by applicable Federal bankruptcy law.

16.  Expiration of Offer:  This Counteroffer shall expire, if not executed by Buyer and delivered to Seller's agent, **Josh Hansen, Oregon License #200012039, of Strategic Realty, LLC**, on or before 2:00 p.m. PDT, **Friday, August 3, 2018**.

–6–

EXHIBIT 3

17.  <u>Multiple Offers</u>:  Buyer recognizes that multiple offers and/or counteroffers (in addition to the instant Counteroffer) may be pending and Seller reserves the right, per Paragraph 12, to choose which contract to submit to the Bankruptcy Court for approval.

**Seller:**

DocuSigned by:

Lynda T. Bui, Solely in her Capacity as Chapter 7 Trustee
for the Bankruptcy Estate of
*In re Russel Dennis Hiles, III* Case No.: 6:16-bk-16877-WJ

8/2/2018 | 17:21 PDT

Date

**Read, Understood, Agreed To and Accepted:
Buyer:**

DocuSigned by:

*andrew Hood*

Drew Hood - Buyer

8/6/2018 1:12:09 PM PDT

Date

Nic Jones, Oregon License #201210062
Keller Williams Central Oregon

Buyer's Agent

Date

–7–

**EXHIBIT 3**

🏠 **OREF**
*Oregon Real Estate Forms, LLC*

Sale Agreement # **07072018NJ**

## BUYER'S COUNTER OFFER No. 1 _____

1  This is a counter offer to Seller's Counter Offer.
2  Buyer: **Drew Hood and/or assigns**
3  Seller: **Lynda T. Bui, Trustee**
4  The real property described as: **66876 Gist Rd., Bend, OR  97703**

5  **AGREEMENT TO PURCHASE:**
6  Buyer agrees to purchase the real and personal property upon the terms and conditions set forth in the Sale Agreement and subsequent counter offers where
7  applicable **except** as modified as follows: **-The $1,995,000 purchase price shall include all personal property. Personal property is sold in**
8  **as-is condition with no warranties expressed or implied. Buyer and Seller agree to execute an addendum detailing the list of items**
9  **included in the sale within 10 days of mutual acceptance.**
10
11  **-Should buyer need to obtain financing due to buyer's property not selling during the due diligence period, the financing contingency**
12  **provisions in the sale agreement shall apply to this transaction.**
13
14  **-Buyers Due Diligence/ feasibility study period shall go for 30 calendar days and end at 5pm on the 30th calendar day after mutual**
15  **acceptance.**
16
17
18
19
20  For additional provisions, see Addendum _____

21  All remaining terms and conditions of the Sale Agreement (and other counter offer(s), where applicable), **not otherwise modified**, are approved
22  and accepted by Buyer. Time is of the essence. This Buyer's Counter Offer shall automatically expire on ___ **August 10, 2018** ___ at ___ **5** ___ ☐ a.m.
23  ☒ p.m. ("the Counter Offer Deadline"), if not accepted within that time. This Buyer's Counter Offer may be accepted by Seller only in writing.
24  However, Buyer may withdraw this Buyer's Counter Offer any time prior to Seller's written acceptance.
25  Buyer Signature *Andrew Hood*                    Date **8/6/2018 1:13:19 PM PDT** ___ a.m. ___ p.m. ←
              Drew Hood and/or assigns
26  Buyer Signature _____                 Date _____ ___ a.m. ___ p.m. ←

27  **SELLER'S RESPONSE** *(select only one)*:
28  ☐ Seller **accepts** Buyer's Counter Offer.
29  ☒ Seller **does not accept** Buyer's Counter Offer AND submits the attached Seller's Counter Offer.
30  ☐ Seller **rejects** Buyer's Counter Offer.

31  Seller acknowledges receipt of signed copies of the Sale Agreement and all subsequent counter offers, including this Buyer's Counter Offer, which
32  Seller has read and fully understands. Seller instructs that all earnest money distributable to Seller pursuant to the Sale Agreement shall be
33  disbursed as follows after deduction of any title insurance and Escrow cancellation charges: *(check one)*
34  ☐ First to Seller's Agent's Firm, to the extent of the agreed commission just as if the transaction had been consummated, with residue to Seller; or
35  ☐
36  Seller Signature *[DocuSigned by: signature]*                Date **8/13/2018 | 16:17 PDT** ___ a.m. ___ p.m. ←
              Lynda T. Bui, Trustee
37  Seller Signature _____                 Date _____ ___ a.m. ___ p.m. ←

38  **Note: If delivery/transmission occurs after the Counter Offer Deadline identified above, it will not become binding upon Seller and**
39  **Buyer unless the parties agree to extend said Deadline by an Addendum, Counteroffer, or other writing, jointly signed by the**
40  **parties. The parties' failure to do so shall be treated as a rejection under Seller's Response, above, in the Sale Agreement and this**
41  **transaction shall be automatically terminated.**

42  Seller's Agent **Josh Hansen**                          Buyer's Agent **Nic Jones**

This form has been licensed for use solely by Nicolaus Jones pursuant to a Forms License Agreement with Oregon Real Estate Forms, LLC.

LINES WITH THIS ← SYMBOL REQUIRE A SIGNATURE AND DATE
Copyright Oregon Real Estate Forms, LLC 2018          www.orefonline.com
No portion may be reproduced without express permission of Oregon Real Estate Forms, LLC          OREF 004

Keller Williams Central Oregon, 593 NW York Dr. Suite 100 Bend OR 97703                    Phone: (541)279-1283          Fax:          Hood- Gist
Nicolaus Jones                    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT 3**

**OREF**

Sale Agreement # 07072018NJ

## SELLER'S COUNTER OFFER No. 2 _____

1 This is a counter offer to ☐ Sale Agreement or ☒ Buyer's Counter Offer

2 Seller: **Lynda T. Bui, trustee**

3 Buyer: **Drew Hood and/or assigns**

4 The real property described as: **66876 Gist Rd., Bend, OR 97703**

5 **AGREEMENT TO SELL:** Seller agrees to sell the real and personal property upon the terms and conditions set forth in the Sale Agreement and
6 subsequent counter offers where applicable, **except** as modified as follows: 1. **The purchase price of $1,995,000 does not include any**
7 **personal property on site.**

8

9 2. **Buyer shall have the right to buy all of the personal property on site for $10,000, payable at close of escrow.  Personal property is sold**
10 **in as-is condition with no warranties expressed or implied. If buyer is elects to purchase the personal property, buyer agrees to provide**
11 **seller written notice of buyer's election to purchase the personal property upon mutual acceptance.    If written notice by buyer**
12 **referenced above is not received by the seller upon mutual acceptance, personal property on site will not be included in the sale.**

13

14 3. **Upon seller's receipt of buyer's notice to purchase the personal property, Buyer and seller agree to execute an addendum detailing the**
15 **list of items included in the sale within 10 days.**

16

17

18 For additional provisions, see Addendum _____

19 All remaining terms and conditions of the Sale Agreement (and other counter offer(s), where applicable), **not otherwise modified**, are
20 approved and accepted by Seller. Time is of the essence. This Seller's Counter Offer shall automatically expire on   **August 15, 2018**   at
21   **5**   ☐ a.m. ☒ p.m. ("the Counter Offer Deadline"), if not accepted within that time This Seller's Counter Offer may be accepted by Buyer only in
22 writing. However, Seller may withdraw this counter offer any time prior to Buyer's written acceptance.

23 Seller acknowledges receipt of a completely filled in copy of Buyer's Offer and Seller's Counter Offer, and all subsequent counter offers
24 where applicable, which Seller has fully read and understands.  Seller acknowledges that Seller has not relied on any oral or written
25 statements of any Buyer or of any Agent(s) that are not expressly contained in the Sale Agreement as amended. Seller instructs that all
26 earnest money distributable to Seller pursuant to the Sale Agreement shall be disbursed as follows after deduction of any title insurance
27 and Escrow cancellation charges: (check one) ☐ First to Seller's Agent's Firm, to the extent of the agreed commission just as if the
28 transaction had been consummated, with residue to Seller; or ☒ 100% to seller.

29

30 Seller Signature ___[signature]___   Date **8/13/2018 | 16:17 PDT** ___ a.m. ___ p.m. ←
Lynda T. Bui, trustee

31 Seller Signature _____   Date _____ ___ a.m. ___ p.m. ←

32 **BUYER'S RESPONSE** (select only one):

33 ☒ Buyer **accepts** Seller's Counter Offer.

34 ☐ Buyer **does not accept** Seller's Counter Offer AND submits the attached Buyer's Counter Offer.

35 ☐ Buyer **rejects** Seller's Counter Offer.

36 Buyer acknowledges receipt of signed copies of the Sale Agreement and all subsequent counter offers including this Seller's Counter
37 Offer, where applicable, which Buyer has fully read and understands.

38 Buyer Signature ___Andrew Hood___   Date **8/15/2018 2:07:54 PM PDT** ___ a.m. ___ p.m. ←
Drew Hood and/or assigns

39 Buyer Signature _____   Date _____ ___ a.m. ___ p.m. ←

40 **Note: If delivery/transmission occurs after the Counter Offer Deadline identified above, it will not become binding upon Seller and**
41 **Buyer unless the parties agree to extend said Deadline by an Addendum, Counteroffer, or other writing, jointly signed by the**
42 **parties. The parties' failure to do so shall be treated as a rejection under Buyers Response, above, and this transaction shall be**
43 **automatically terminated.**

44 Seller's Agent **Josh Hansen** _____   Buyer's Agent **Nic Jones**

This form has been licensed for use solely by Josh Hansen pursuant to a Forms License Agreement with Oregon Real Estate Forms, LLC.

LINES WITH THIS ← SYMBOL REQUIRE A SIGNATURE AND DATE
Copyright Oregon Real Estate Forms, LLC 2018    www.orefonline.com    OREF 003
No portion may be reproduced without express permission of Oregon Real Estate Forms, LLC    Page 1 of 1

Strategic Realty LLC, 141 NW Greenwood Ave., Ste. 100 Bend OR 97702     Phone: 541-678-0756    Fax: 888-993-2345    66876 Gist Rd.
Josh Hansen    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT 3**

DocuSign Envelope ID: 616EDAE-16877-AA0F6-DC0356-1B

# List of Personal Property Items Located at 66876 Gist Rd. Being Purchased for $10,000

**-FIRST FLOOR**
**A) HEARTH ROOM**
1- white L shaped section couch with 7 extra blue pillows
1- french chair Blue on the back side and flower print on the front side
1-Fireplace hearth spark screen
1- 70 inch TV with sound bar below
1-Grey pattern rug

**B)KITCHEN EATING AREA**
1- 10 foot long dinning table
5- white linen dinning chairs
6- tan and blue pillows on top of built in seating bench
1- Hoffman cast iron heater decoration piece
1-hanging tapestry

**C) KITCHEN**
1-black and decker toaster
ALL appliances to Stay

**POOL TABLE ROOM**
1- antique pool table with 8 pool sticks and pool balls and mounting rack for sticks
1 yatzee game and 1 game of life
1 tan linen couch with four green flower pillows
1-blue rug under pool table
1-42" samsung tv mounted to the wall
2 blue dinning chairs

**GREAT ROOM**
1-Wurlitzer baby grand piano with red leather bench
1-light green couch 4 pillows that match fabric on the couch
2 carved decorative chairs next to fire place
1- round table in front of fire place
1 large area rug looks persian
1- large armoire  with glass front
1- mirrow gold color with vase over fire place
1-42" samsung tv mounted on wall
1-tan couch under mounted tv
1-tan linen chair in the corner of the room

**FIRST FLOOR BED ROOM**
1-restoration hardware queen bed linen upholstery with sterns and foster mattress and box spring set
 and sheets, 2 pillows and blankets white in color
1 grey rug under the bed
1 pained two tone french armoire
1-30" samsung tv behind armoire
1 dresser with 3 drawers french style

EXHIBIT 3

**ENTRY AND HALLWAYS**
1-octagon shaped table under chandelier
2 blue dinning chairs
1 small side table under painting
1- 3 naked lady painting drowning or playing flutes
1- painted grandfather clock

**DINNING ROOM**
1 Large blue marble dinning table with 8 blue chairs
1 large french sideboard with glass doors
1- medium size french sideboard
1 mounted marble and wrought iron sideboard  with mirror above

**OFFICE**
1 duel sided desk
2 french chairs at either side of the desk
1 tan medium size chair
1 decorative asian brass and wrought iron piece 4' tall
2- stuffed quale

**LAUNDRY IN KITCHEN**
1 small set of Asko washer and dryer stackable set

**-UPSTAIRS**

**NORTHWEST  BEDROOM**
1- restoration hardware linen upholstered bed with sheets,blankets and pillows all white
1-queen mattress and box spring set mattress 1st pillow top
1 -blue small chair in corner

**MASTER BEDROOM**
1) King size french style upholstered bed with sterns and foster pillow top mattress and box spring set
1- 48" samsung TV
1 white and blue rug under bed

**MASTER BATHROOM**
1 -42" samsung TV

**SOUTHWEST BEDROOM**
1 queen wood restoration hardware bed with mattress 1st pillow top and box spring set with blankets pillows and sheets

1- small desk

**SOUTHEAST BEDROOM**
 2 - Twin beds with sheets blankets and pillows no headboards
1- blue print small chair

**HALLWAY UPSTAIRS**
1- painted skinny grandfather clock

EXHIBIT 3

**LAUNDRY ROOM UPSTAIRS**
set of washer and dryer front load electrolux set
vacuum equipment for whole house vacuum system in cabinetry
1 ironing board


**MIDDLE EAST FACING BEDROOM**
1- french amiore
1 queen size upholstered bed with mattress 1st pillow top mattress with box spring set, sheets and 5 pillows no blanket

**NORTH EAST BEDROOM**
1- restoration hardware queen linen upholstered bed with mattress 1st pillow top and box spring set, sheets, 4 pillows and 2 blankets
1-small 2 drawer dresser orange in color french style

**-ELECTRONIC EQUIPMENT ROOM**

**ALL AUDIO VISUAL EQUIPMENT TO STAY**
1- gun safe green in color 4' tall
vacuflow whole house vacuum system

**-WORKOUT ROOM**
1 schwinn journey 1.5 stationary bicycle
1-Parabody gym system

**-APARTMENT ABOVE GARAGE**
1 white sleigh style queen bed with mattress and box spring set

**-GARAGE**
3 Restoration hardware linen dining chairs that match the kitchen eating set


**-SECOND GARAGE**
outdoor kitchen set -viking gas grill
outdoor viking refrigerator
2 mountable shelves half round wrought iron
7 exterior light bronze color
2"visual comfort brand" wall sconces
1 trek road bike blue and white
1 gary fisher mountain bike
viking trim kit for out door kitchen
2 hanging light fixtures in boxes "david latesta" brand


X _____     X _____
DocuSigned by:

9FF7E7E29BA450...

**SELLER**                            **BUYER**
**DATE:** 9/8/2018 | 09:10 PDT        **DATE:** 9/10/2018 12:34:15 PM PDT


EXHIBIT 3

# Exhibit 4

# Broker Costs

**Strategic Realty, LLC***
384 SW Upper Terrace Dr., Suite 212
Bend, OR  97702
catherine@movetobend.com
www.movetobend.com

STRATEGIC REALTY

# Statement

TO
Lynda Bui

STATEMENT NO.  1009
DATE 09/27/2018

| DATE | SERVICE | AMOUNT | RECEIVED |
|------|---------|--------|----------|
| 04/25/2018 | Invoice #1017 | 509.31 | 0.00 |
| 05/21/2018 | Invoice #1020 | 211.71 | 0.00 |
| 08/07/2018 | Invoice #1025 | 146.58 | 0.00 |
| 08/08/2018 | Invoice #1026 | 198.50 | 0.00 |
| 09/24/2018 | Invoice #1035 | 137.35 | 0.00 |

| TOTAL AMOUNT | TOTAL RECEIVED |
|--------------|----------------|
| $1,203.45 | $0.00 |

EXHIBIT 4



# CENTRAL ELECTRIC COOPERATIVE, INC.

• P.O. Box 846, Redmond, OR 97756    541.548.2144

## SIGN UP FOR THE BALANCED PAYMENT PLAN!

MAKE BALANCING YOUR BUDGET EASIER BY
KNOWING IN ADVANCE WHAT YOUR WINTER PAYMENTS
WILL BE. RESIDENTIAL MEMBERS CAN PAY THE
SAME AMOUNT EVERY MONTH YEAR-ROUND BY
SIGNING UP FOR CEC'S BALANCED PAYMENT PLAN.

ENROLLMENT FOR THE PLAN BEGINS MAY 1 AND
CONTINUES THROUGH SEPTEMBER 30. FOR MORE
INFORMATION VISIT OUR WEBSITE AT WWW.CEC.COOP OR
TALK TO A REPRESENTATIVE AT 541.548.2144.

**0**

**2017**                                          **2018**

Daily KWH Usage by Month

| Period Ending | Total KWH | Average KWH/Day |
|---|---|---|
| APR 2018 | 0 | 0 |
| APR 2017 | 0 | 0 |

**COST PER DAY:** $0.00

| Meter Nbr | Prev. Read Dt | Prev. Read | Pres. Read Dt | Pres. Read | Mult. | KWH | KWD | Rate | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| 128798109 | 03/21/18 | 0 | 04/06/18 | 0 | 120 | 0 | 0.00 | RES01 | 66876 GIST RD/NEW HSE |

### NEW ACCT    ESTIMATED    METER                                    ESTIMATED METER EXCHANGE

| | |
|---|---|
| COOP PROVIDED ELECTRIC SERVICE | ACCOUNT NUMBER:   1402 |
| PREVIOUS BALANCE | $0.00 |
| SUBTOTAL | $0.00 |
| CURRENT MONTH ENERGY CHARGES | |
| FACILITIES CHARGE | $16.45 |
| DEPOSIT INSTALLMENT | $180.00 |
| ELECTRIC SERVICE SUBTOTAL | $196.45 |
| OTHER ACTIVITIES | |
| MEMBERSHIP | $5.00 |
| LOCKING RING CHARGE | $2.00 |
| METER TAMPERING FEE | $150.00 |
| METER REPLACEMENT COST | $155.86 |
| TOTAL OTHER ACTIVITIES | $312.86 |

**TOTAL AMOUNT DUE ON 04/25/2018**        $509.31
**NEW ACCT METER EXCHANGE**

---

If you would like to pay with a credit card, please call 855.384.9811
or you can pay online at www.cec.coop.

**Return Bottom Portion with Your
Payment in the Envelope Provided**



2526 1 AB 0.408  8/313 003284 0001:0001

**KERRY P ONEAL**
C/O STRATEGIC REALTY
384 SW UPPER TERRACE DR SUITE
BEND OR 97702-3514



| Account Number: | 1402 |
|---|---|
| Service Location: | 104-TL2200A |
| Total Amount Due: | $509.31 |
| Current Due Date: | 04/25/2018 |

39025830173140200000509310000509315

EXHIBIT 4

2229/C    MAIL TO: CENTRAL ELECTRIC COOPERATIVE, INC. • P.O. BOX 846 • REDMOND, OREGON 97756



# CENTRAL ELECTRIC COOPERATIVE, INC.

• P.O. Box 846, Redmond, OR 97756      541.548.2144

**CALL BEFORE YOU DIG - IT'S THE LAW!**

SPRINGTIME MEANS DIGGING AND PLANTING.
MAKE SURE YOU DON'T DAMAGE UTILITY LINES OR
DISRUPT VITAL SERVICES TO YOUR NEIGHBORHOOD.
DIAL 811 FIRST. AVOID POSSIBLE INJURY,
EXPENSIVE FINES AND REPAIR BILLS.

OREGON STATE LAW REQUIRES HOMEOWNERS,
CONTRACTORS AND EXCAVATORS TO CONTACT
THE ONE-CALL CENTER AT LEAST TWO BUSINESS DAYS
BEFORE DIGGING. CALL 811 BEFORE YOU DIG!

### KWH USAGE HISTORY

| | | 2520 |
| | | 2016 |
| | | 1512 |
| | | 1008 |
| | | 504 |
| | | 0 |

A   M
2017      Daily KWH Usage by Month      2018

| Period Ending | Total KWH | Average KWH/Day |
|---|---|---|
| MAY 2018 | 2,520 | 252 |
| MAY 2017 | 0 | 0 |

**COST PER DAY:**  $19.38

| Meter Nbr | Prev. Read Dt | Prev. Read | Pres. Read Dt | Pres. Read | Mult. | KWH | KWD | Rate | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| 128798107 | 04/16/18 | 0 | 05/05/18 | 7 | 120 | 840 | 8.40 | RES01 | 66876 GIST RD/NEW HSE |

METER EXCHANGE

| | | |
|---|---|---|
| COOP PROVIDED ELECTRIC SERVICE | ACCOUNT NUMBER: | 1402 |
|    PREVIOUS BALANCE | | $509.31 |
|    PAYMENTS | | $509.31- |
| SUBTOTAL | | $0.00 |
| CURRENT MONTH ENERGY CHARGES | | |
|    DEMAND CHARGE | 8.400  KWD @ 0.000000 | $0.00 |
|    ELECTRIC CHARGE | 2,520  KWH @ 0.076900 | $193.79 |
|    FACILITIES CHARGE | | $15.92 |
| ELECTRIC SERVICE SUBTOTAL | | $209.71 |
| OTHER ACTIVITIES | | |
|    LOCKING RING CHARGE | | $2.00 |
| TOTAL OTHER ACTIVITIES | | $2.00 |

**TOTAL AMOUNT DUE ON  05/25/2018**                    **$211.71**
METER EXCHANGE

---

If you would like to pay with a credit card, please call 855.384.9811
or you can pay online at www.cec.coop.

Return Bottom Portion with Your
Payment in the Envelope Provided

||.||..|..||..||.|||..||.|.|.|.|
KERRY P ONEAL
C/O STRATEGIC REALTY
384 SW UPPER TERRACE DR SUITE 212
BEND OR 97702-0000

| | 1402 |
|---|---|
| Account Number: | |
| Service Location: | 104-TL2200A |
| Total Amount Due: | $211.71 |
| Current Due Date: | 05/25/2018 |

1/X

39025830173140200002117100002 11711

EXHIBIT 4

MAIL TO: CENTRAL ELECTRIC COOPERATIVE, INC. • P.O. BOX 846 • REDMOND, OREGON 97756



# CENTRAL ELECTRIC COOPERATIVE, INC.

• P.O. Box 846, Redmond, OR 97756    541.548.2144

## GO PAPERLESS

SIGN ON TO SMARTHUB ONLINE OR MOBILE APP AND
BEGIN TO EXPLORE YOUR ACCOUNT OPTIONS. YOU CAN
VIEW OR PAY YOUR BILL, CHOOSE TO RECEIVE MONTHLY
BILLING NOTICES BY EMAIL OR TEXT, SIGN UP FOR AUTO
PAY, AND YOU CAN CHOOSE TO GO PAPERLESS!

VIEW USAGE HISTORY MONTHLY, DAILY OR HOURLY.
COMPARE PAST BILLS. YOU CAN MAKE A PAYMENT
ON YOUR ACCOUNT WITH A CREDIT OR DEBIT CARD
ANYTIME FROM ANYWHERE. PLEASE LOG ON AND
VISIT US AT WWW.CEC.COOP.



Daily KWH Usage by Month

| Period Ending | Total KWH | Average KWH/Day |
|---|---|---|
| JUL 2018 | 600 | 20 |
| JUL 2017 | 0 | 0 |

**COST PER DAY:** $1.54

| Meter Nbr | Prev. Read Dt | Prev. Read | Pres. Read Dt | Pres. Read | Mult. | KWH | KWD | Rate | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| 128798107 | 06/05/18 | 14 | 07/05/18 | 19 | 120 | 600 | 6.24 | RES01 | 66876 GIST RD/NEW HSE |

| | | |
|---|---|---|
| COOP PROVIDED ELECTRIC SERVICE | **ACCOUNT NUMBER:** | 1402 |
| PREVIOUS BALANCE | | $82.52 |
| SUBTOTAL | | $82.52 |
| CURRENT MONTH ENERGY CHARGES | | |
| ELECTRIC CHARGE | 600 KWH @ 0.076900 | $46.14 |
| DEMAND CHARGE | 6.240 KWD @ 0.000000 | $0.00 |
| FACILITIES CHARGE | | $15.92 |
| ELECTRIC SERVICE SUBTOTAL | | $62.06 |
| OTHER ACTIVITIES | | |
| LOCKING RING CHARGE | | $2.00 |
| TOTAL OTHER ACTIVITIES | | $2.00 |

**TOTAL AMOUNT DUE ON 07/25/2018**      **$146.58**

-----------------------------------------------------------------------

If you would like to pay with a credit card, please call 855.384.9811
or you can pay online at www.cec.coop.

**Return Bottom Portion with Your
Payment in the Envelope Provided**





| | |
|---|---|
| **Account Number:** | 1402 |
| **Service Location:** | 104-TL2200A |
| **Total Amount Due:** | $146.58 |
| **Current Due Date:** | 07/25/2018 |

2538 1 AB 0.408   8/324 003294 0001:0001



**KERRY P ONEAL**
C/O STRATEGIC REALTY
384 SW UPPER TERRACE DR SUITE
BEND OR 97702-3514

3902583017314020000146580000146585

EXHIBIT 4

3437    MAIL TO: CENTRAL ELECTRIC COOPERATIVE, INC. • P.O. BOX 846 • REDMOND, OREGON 97756

BEND LOCK & SAFE

204 N.E. Franklin Ave.
BEND, OR 97701
(541) 389-1515 Fax (541) 389-3805
CCB# 104386 Federal Tax# 93-1160406
www.bendlockandsafe.com

MEMBER ALOA AMERICA

**WORK ORDER
INVOICE**

**A 135709**

NAME: J H M B and B

DATE: 2/2/18

ADDRESS: 66876 6 St RD

PHONE: 678-0756

LOCATION:

TERMS: VISA

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 2 | DUPLICATE KEYS | 2.50 | 5 00 |
| | ORIGINAL KEYS | | |
| | DEADBOLT (TYPE) | | |
| | KNOBSET (TYPE) | | |
| | LOCKSET (TYPE) | | |
| | | | |
| | | TOTAL MATERIAL | |

MATERIAL

| DESCRIPTION | HRS / RATE | AMOUNT |
|-------------|------------|--------|
| LABOR TO INSTALL ABOVE  lock out / no key | | 25 00 |
| CYLINDER COMBINATION CHANGE | 11.50 | 103 50 |
| SAFE COMBINATION CHANGE | | |
| EMERGENCY HOME/AUTO LOCKOUT SERVICE | | |
| SERVICE CALL | | 65 00 |
| | | |
| | | |

LABOR

☐ MAIN ENTRANCE   ☐ REAR DOOR   ☐ WINDOW   ☐ SAFE
☐ FRONT DOOR   ☐ HALL DOOR   ☐ CLOSET   ☐ PATIO DOOR
☐ SIDE DOOR   ☐ INSIDE   ☐ _____

☐ OPEN LOCK(S)   ☐ INSTALL   ☐ REPIN   ☐ CLEAN/LUBR.
☐ SECURE PREMISES   ☐ REMOVE & REPLACE   ☐ CHANGE COMB.   ☐ ADJUST
☐ FIT KEYS   ☐ MASTER KEY ☐

| TOTAL LABOR | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 198 50 |

AUTHORIZATION FOR SECURITY/EMERGENCY SERVICES
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

**PLEASE PAY FROM THIS COPY**

| IF AUTO | |
|---------|---|
| YEAR | MAKE |
| MODEL | |
| LICENSE NO. | |

SIGNATURE _____   DATE ____

DELUXE FOR BUSINESS  1-800-888-6327

EXHIBIT 4

**Strategic Realty, LLC\***
384 SW Upper Terrace Dr., Suite 212
Bend, OR  97702
catherine@movetobend.com
www.movetobend.com



# INVOICE

**BILL TO**
Lynda Bui

**INVOICE #** 1035
**DATE** 09/24/2018
**DUE DATE** 10/24/2018
**TERMS** Net 30

| SERVICE | QTY | RATE | AMOUNT |
|---|---|---|---|
| Expense Reimbursement:Reimbursement<br>Gist Power Bill August | 1 | 54.83 | 54.83 |
| Expense Reimbursement:Reimbursement<br>Gist Power Bill September | 1 | 82.52 | 82.52 |

BALANCE DUE **$137.35**

EXHIBIT 4

# CENTRAL ELECTRIC COOPERATIVE, INC.

• P.O. Box 846, Redmond, OR 97756    541.548.2144

## SMARTHUB

ALL THE INFORMATION YOU NEED TO KNOW ABOUT YOUR ENERGY USAGE AND BILLING INFORMATION IS AT YOUR FINGERTIPS WITH SMARTHUB. LEARN HOW YOUR USAGE VARIES BY THE DAY, MAKE CHANGES TO YOUR PAYMENT METHODS, AND GET UPDATES ON NEW PROGRAMS.

SIGN UP FOR SMARTHUB TODAY AT WWW.CEC.COOP.



Daily KWH Usage by Month

| Period Ending | Total KWH | Average KWH/Day |
|---|---|---|
| AUG 2018 | 480 | 15 |
| AUG 2017 | 0 | 0 |

**COST PER DAY:** $1.19

| Meter Nbr | Prev. Read Dt | Prev. Read | Pres. Read Dt | Pres. Read | Mult. | KWH | KWD | Rate | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| 128798107 | 07/05/18 | 19 | 08/05/18 | 23 | 120 | 480 | 5.28 | RES01 | 66876 GIST RD/NEW HSE |

| | | |
|---|---|---|
| COOP PROVIDED ELECTRIC SERVICE | ACCOUNT NUMBER: | 1402 |
| PREVIOUS BALANCE | | $146.58 |
| LATE CHARGE | | $2.00 |
| PAYMENTS | | $148.58- |
| SUBTOTAL | | $0.00 |
| CURRENT MONTH ENERGY CHARGES | | |
| ELECTRIC CHARGE | 480 KWH @ 0.076900 | $36.91 |
| DEMAND CHARGE | 5.280 KWD @ 0.000000 | $0.00 |
| FACILITIES CHARGE | | $15.92 |
| ELECTRIC SERVICE SUBTOTAL | | $52.83 |
| OTHER ACTIVITIES | | |
| LOCKING RING CHARGE | | $2.00 |
| TOTAL OTHER ACTIVITIES | | $2.00 |

**TOTAL AMOUNT DUE ON 08/25/2018**        $54.83

--------------------------------------------------------------------------------

If you would like to pay with a credit card, please call 855.384.9811 or you can pay online at www.cec.coop.

**Return Bottom Portion with Your Payment in the Envelope Provided**





| | |
|---|---|
| **Account Number:** | 1402 |
| **Service Location:** | 104-TL2200A |
| **Total Amount Due:** | $54.83 |
| **Current Due Date:** | 08/25/2018 |

2590 1 AB 0.408   8/323 003352 0001:0001



**KERRY P ONEAL**
C/O STRATEGIC REALTY
384 SW UPPER TERRACE DR SUITE
BEND OR 97702-3514

3902583017314020000054830000054835

EXHIBIT 4

3475        MAIL TO: CENTRAL ELECTRIC COOPERATIVE, INC. • P.O. BOX 846 • REDMOND, OREGON 97756

# CENTRAL ELECTRIC COOPERATIVE, INC.

• P.O. Box 846, Redmond, OR 97756    541.548.2144

## CEC'S DIRECT PAYMENT PLAN

ENROLL TODAY AND TAKE ADVANTAGE OF CEC'S
CONVENIENT, NO FEES PAYMENT PLAN. AUTOMATICALLY
PAY YOUR BILL EACH MONTH BY HAVING CEC WITHDRAW
YOUR PRE-AUTHORIZED PAYMENT FROM YOUR FINANCIAL
INSTITUTION OR CREDIT CARD ON THE BILL'S DUE DATE

INTERESTED? CONTACT ONE OF OUR CUSTOMER SERVICE
REPRESENTATIVES ABOUT MAKING THE SWITCH
OR SIGNUP ONLINE IN YOUR SMARTHUB ACCOUNT
AT WWW.CEC.COOP.



Daily KWH Usage by Month

| Period Ending | Total KWH | Average KWH/Day |
|---|---|---|
| SEP 2018 | 840 | 27 |
| SEP 2017 | 0 | 0 |

**COST PER DAY:** $2.08

| Meter Nbr | Prev. Read Dt | Prev. Read | Pres. Read Dt | Pres. Read | Mult. | KWH | KWD | Rate | Service Address |
|---|---|---|---|---|---|---|---|---|---|
| 128798107 | 08/05/18 | 23 | 09/05/18 | 30 | 120 | 840 | 15.36 | RES01 | 66876 GIST RD/NEW HSE |

| | | |
|---|---|---|
| COOP PROVIDED ELECTRIC SERVICE | ACCOUNT NUMBER: | 1402 |
| PREVIOUS BALANCE | | $54.83 |
| PAYMENTS | | $54.83- |
| SUBTOTAL | | $0.00 |
| CURRENT MONTH ENERGY CHARGES | | |
| ELECTRIC CHARGE | 840 KWH @ 0.076900 | $64.60 |
| DEMAND CHARGE | 15.360 KWD @ 0.000000 | $0.00 |
| FACILITIES CHARGE | | $15.92 |
| ELECTRIC SERVICE SUBTOTAL | | $80.52 |
| OTHER ACTIVITIES | | |
| LOCKING RING CHARGE | | $2.00 |
| TOTAL OTHER ACTIVITIES | | $2.00 |

**TOTAL AMOUNT DUE ON 09/25/2018**          $82.52

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If you would like to pay with a credit card, please call 855.384.9811
or you can pay online at www.cec.coop.

**Return Bottom Portion with Your
Payment in the Envelope Provided**





| | |
|---|---|
| **Account Number:** | 1402 |
| **Service Location:** | 104-TL2200A |
| **Total Amount Due:** | $82.52 |
| **Current Due Date:** | 09/25/2018 |

2503 1 AB 0.408    8/307 003262 0001:0001



**KERRY P ONEAL**
C/O STRATEGIC REALTY
384 SW UPPER TERRACE DR SUITE 212
BEND OR 97702-3514

3902583017314020000082520000082521

EXHIBIT 4

# Exhibit 5

# Insurance Premiums

**Trustee Insurance Agency**
2813 West Main
Kalamazoo, MI  49006
(877) 237-8167
JAC@trusteeresourcegroup.com

# Statement

**TO**
Lynda Bui
RE: Hiles Case # 16-16877
3550 Vine Street,
Suite 210
Riverside, CA  92507
United States of America

**STATEMENT NO.** 3522
**DATE** 09/27/2018
**TOTAL DUE** $14,049.10
**ENCLOSED**

| DATE | ACTIVITY | AMOUNT | BALANCE |
|------|----------|-------:|--------:|
| 01/31/2018 | Balance Forward | | 0.00 |
| 02/05/2018 | Invoice #9849 | 1,313.00 | 1,313.00 |
| | --- 02/02/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Coverage Period: 2/2/18 - 3/1/18 Deductible: $2,500.00 = $1,288.00 | | |
| | --- 02/02/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 02/05/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 03/05/2018 | Invoice #9986 | 1,313.00 | 2,626.00 |
| | --- 03/05/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Coverage Period: 3/1/18 - 3/31/18 Deductible: $2,500.00 = $1,288.00 | | |
| | --- 03/05/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 03/05/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 04/01/2018 | Invoice #10120 | 1,313.00 | 3,939.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|------------|--------------------|---------------------|---------------------|--------------------|-----------:|
| 0.00 | 4,858.10 | 1,313.00 | 1,313.00 | 6,565.00 | **$14,049.10** |

For more information related to our TAX and ACCOUNTING services please contact:
Cheryl Wesler: cheryl@trusteeresourcegroup.com

EXHIBIT 5

| DATE | ACTIVITY | AMOUNT | BALANCE |
|------|----------|--------|---------|
| | --- 04/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 04/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 04/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 05/01/2018 | Invoice #10250 | 1,313.00 | 5,252.00 |
| | --- 05/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 05/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 05/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 06/01/2018 | Invoice #10389 | 1,313.00 | 6,565.00 |
| | --- 06/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 06/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 06/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 07/01/2018 | Invoice #10524 | 1,313.00 | 7,878.00 |
| | --- 07/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 07/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|-------------|--------------------|--------------------|--------------------|--------------------|-----------|
| 0.00 | 4,858.10 | 1,313.00 | 1,313.00 | 6,565.00 | **$14,049.10** |

For more information related to our TAX and ACCOUNTING services please contact:
Cheryl Wesler: cheryl@trusteeresourcegroup.com

EXHIBIT 5

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| | --- 07/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 08/01/2018 | Invoice #10639 | 1,313.00 | 9,191.00 |
| | --- 08/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 08/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 08/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 09/01/2018 | Invoice #10755 | 1,313.00 | 10,504.00 |
| | --- 09/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 09/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 09/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| 09/01/2018 | Invoice #10756 | 1,313.00 | 11,817.00 |
| | --- 09/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 = $1,288.00 | | |
| | --- 09/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | |
| | --- 09/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums = $0.00 | | |
| | --- 09/01/2018 Gratuity = | | |
| 10/01/2018 | Invoice #10832 | 2,232.10 | 14,049.10 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 4,858.10 | 1,313.00 | 1,313.00 | 6,565.00 | **$14,049.10** |

For more information related to our TAX and ACCOUNTING services please contact:
Cheryl Wesler: cheryl@trusteeresourcegroup.com

EXHIBIT 5

| DATE | ACTIVITY | | AMOUNT | BALANCE |
|------|----------|--|--------|---------|
| | --- 10/01/2018 Property Address: 66876 Gist Rd., Bend, OR 97703 Insured Value: $1.61 million Deductible: $2,500.00 Coverage Period 2/2/18 - 10/31/18 = $1,288.00 | | | |
| | --- 10/01/2018 General Liability: $1 million per occurrence/$2 million aggregate = $25.00 | | | |
| | --- 10/01/2018 Trustee Resource Group agrees to finance this policy at a rate of 7% until close of escrow, 6 months or $10,000 in premiums. Financed through 10/31/18 = $919.10 | | | |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|-------------|--------------------|--------------------|--------------------|--------------------|------------|
| 0.00 | 4,858.10 | 1,313.00 | 1,313.00 | 6,565.00 | **$14,049.10** |

For more information related to our TAX and ACCOUNTING services please contact:
Cheryl Wesler: cheryl@trusteeresourcegroup.com

EXHIBIT 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) APPROVING THE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF CERTAIN LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) AND (f), SUBJECT TO OVERBIDS, COMBINED WITH NOTICE OF BIDDING PROCEDURES AND REQUEST FOR APPROVAL OF THE BIDDING PROCEDURES UTILIZED; (2) APPROVING PAYMENT OF REAL ESTATE COMMISSION AND OTHER COSTS; AND (3) GRANTING RELATED RELIEF INCLUDING APPROVING THE SALE OF ALL PERSONAL PROPERTY LOCATED THE OREGON RANCH; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF LYNDA T. BUI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 2, 2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **October 2, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2018 | Nicole Carlson | /s/ Nicole Carlson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- Lynda T. Bui (TR) Chapter 7 Trustee  trustee.bui@shbllp.com, C115@ecfcbis.com

- Robert P Goe on behalf of Debtor Russel Dennis Hiles, III kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

- Rika M. Kido on behalf of Chapter 7 Trustee rkido@shbllp.com, avernon@shbllp.com;ecf.filings@shbllp.com

- Samuel Kornhauser on behalf of Creditor Christopher T Borgeson skornhauser@earthlink.net

- Joshua Lichtman on behalf of Creditor Farmers Insurance Exchange joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com

- William F McDonald, III on behalf of Creditor Bank of America, N.A. Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com

- Charity J Miller on behalf of Debtor Russel Dennis Hiles, III  cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com

- Randall P Mroczynski on behalf of Creditor Daimler Trust and Ford Motor Credit Company LLC randym@cookseylaw.com

- Ronak N Patel on behalf of Creditor Treasurer Tax Collector County of Riverside rpatel@rivco.org, mdominguez@RIVCO.org

- Steven G Polard on behalf of Interested Party Cynthia Ellen Hiles spolard@eisnerlaw.com, lewing@eisnerlaw.com

- Kelly M Raftery on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

- Jason K Schrader on behalf of U.S. Trustee United States Trustee (RS) jason.K.Schrader@usdoj.gov

- Leonard M. Shulman on behalf of Chapter 7 Trustee lshulman@shbllp.com

- United States Trustee (RS)  on behalf of United States Trustee ustpregion16.rs.ecf@usdoj.gov

- Scott S Weltman on behalf of Creditor KeyBank, N.A. colcaecf@weltman.com

- Rebecca J Winthrop on behalf of Creditor Farmers Insurance Exchange rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

- Jennifer C Wong on behalf of Creditor Bank of America, N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

- Kristin A Zilberstein on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC ecfnotifications@ghidottilaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## U.S. MAIL SERVICE LIST

**Judge's Copy**

Hon Wayne Johnson, United States Bankruptcy Court, Suite 385, 3420 Twelfth Street, Riverside, CA 92501

**Debtor**

Russel Dennis Hiles III, 155 Metate Place, Palm Desert, CA 92260-7334

**Buyer**

Drew Hood, c/o Nic Jones, Keller Williams Central Oregon, 123 SW Columbia St., Bend, OR, 97702

**Buyer's Agent/Broker**

Keller Williams Central Oregon, Attn Nic Jones, 123 SW Columbia St, Bend, OR 97702

**Trustee's Agent/Broker**

Strategic Realty, Attn Josh Hansen, 384 SW Upper Terrace #212, Bend, OR 97702

**Lien Holders**

Bank of America, Bank of American Home Loans, PO Box 31785, Tampa, FL 33631-3785

Sun Mountain Water Systems, 13075 Second Avenue, Bend, OR 927703

**Tax Collector**

Deschutes County Tax Collector, PO Box 7559, Bend, OR 97708

## Creditors and all other Interested Parties

| | | |
|---|---|---|
| **RFSN - ATTORNEY FOR BANK OF AMERICA, N.A. AND CARRINGTON MORTGAGE SERVICES, LLC, SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, ITS ASSIGNEES AND/OR SUCCESSORS**<br>MCCARTHY & HOLTHUS, LLP<br>1770 FOURTH AVENUE<br>SAN DIEGO, CA 92101-2607 | **CLAIM FILED**<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | **COURT MAILING LIST**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **COURT MAILING LIST**<br>FARMERS INSURANCE EXCHANGE<br>6301 OWENSMOUTH AVENUE<br>WOODLAND HILLS, CA 91367-2268 | **RFSN - ATTORNEY FOR FARMERS INSURANCE EXCHANGE, CLAIM FILED**<br>PETER MASON ESQ<br>JOSHUA LICHTMAN ESQ<br>REBECCA J. WINTHROP ESQ<br>NORTON ROSE FULBRIGHT US LLP<br>555 S. FLOWER STREET<br>41ST FLOOR<br>LOS ANGELES, CA 90071-2300 | **NEF - ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC**<br>RANDALL P. MROCZYNSKI ESQ<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 ANTON BLVD 10TH FL<br>COSTA MESA, CA 92626-1947 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                    **F 9013-3.1.PROOF.SERVICE**

**COURT MAILING LIST**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**NEF - ATTORNEY FOR KEYBANK, N.A.**
SCOTT S WELTMAN ESQ
WELTMAN, WEINBERG & REIS, CO., L.P.A.
323 W. LAKESIDE AVENUE
SUITE 200
CLEVELAND, OH 44113-1009

**NEF - ATTORNEY FOR TREASURER TAX COLLECTOR COUNTY OF RIVERSIDE**
RONAK N. PATEL ESQ
COUNTY COUNSEL
TREASURER TAX COLLECTOR COUNTY OF RIVERSIDE
3960 ORANGE STREET
SUITE 500
RIVERSIDE, CA 92501-3644

**RFSN - ATTORNEY FOR CYNTHIA HILES**
**CLAIM FILED**
STEVEN G POLARD ESQ
EISNER JAFFE APC
9601 WILSHIRE BLVD SUITE 700
BEVERLY HILLS, CA 90210

**COURT MAILING LIST**
WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRU
C/O MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101-2607

**COURT MAILING LIST**
RIVERSIDE DIVISION
3420 TWELFTH STREET,
RIVERSIDE, CA 92501-3819

**CLAIM FILED**
AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

**COURT MAILING LIST**
AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO, TX 79998-1540

**COURT MAILING LIST**
ANTHONY CAPOBIANCO
CAPOBIANCO LAW OFFICES, P.C.
41990 COOK STREET, BLDG. F STE. 200
PALM DESERT, CA 92211-6105

**CLAIM FILED**
BIGHORN HOMEOWNERS ASSOCIATION, INC.
C/O FIORE, RACOBS & POWERS
6820 INDIANA AVE., SUITE 140
RIVERSIDE, CA 92506-4261

**COURT MAILING LIST**
BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC 27420-6012

**CLAIM FILED**
BANK OF THE WEST
2527 CAMINO RAMON
SAN RAMON, CA 94583-4213

**COURT MAILING LIST**
BANK OF AMERICA
9000 SOUTHSIDE BLVD., BLDG 700 FILE
JACKSONVILLE, FL 32256-6705

**RFSN - CLAIM FILED**
BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

**RFSN**
BANK OF AMERICA, N.A.
ATTN BANKRUPTCY DEPARTMENT
P.O. BOX 5170
SIMI VALLEY, CA 93062

**COURT MAILING LIST**
BANK OF THE WEST
2527 CAMINO RAMON
PO BOX 5172
SAN RAMON, CA 94583-5172

**COURT MAILING LIST**
BARCLAYS BANK DELAWARE
PO BOX 8801
WILMINGTON, DE 19899-8801

**COURT MAILING LIST**
BIGHORN CLUBHOUSE PROJECT, MSC 614
PO BOX 52163
PHOENIX, AZ 85072-2163

**CLAIM FILED**
BIGHORN GOLF CLUB-CLUBHOUSE
C/O JOSEPH A ROMAN
2825 E TAHQUITZ CYN WY
SUITE 202
PALM SPRINGS CA 92262-6995

**COURT MAILING LIST**
BIGHORN HOMEOWNERS ASSN MSC 855
PO BOX 29048
PHOENIX, AZ 85038-9048

**COURT MAILING LIST**
BIGHORN HOMEOWNERS ASSN.
255 PALOWET
PALM DESERT, CA 92260-7311

**RFSN**
CARRINGTON MORTGAGE SERVICES LLC
818 WEST 7TH STREET
LOS ANGELES, CA 90017

**CLAIM FILED**
CENTRAL ELECTRIC COOPERATIVE, INC.
PO BOX 846
REDMOND, OR 97756-0187

**COURT MAILING LIST**
CHASE CARD SERVICES
ATTN: CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON, DE 19850-5298

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**COURT MAILING LIST**
CHRISTOPHER T. BORGESON
2150 LADERA RD.
OJAI, CA 93023-8337

**RFSN - CLAIM FILED**
COUNTY OF SAN DIEGO - TREASURER-
TAX COLLECTOR
DAN MCALLISTER
ATTENTION: BANKRUPTCY DESK
1600 PACIFIC HWY., RM. 162
SAN DIEGO, CA 92101-2474

**COURT MAILING LIST**
DAIMLER TRUST
C/O BK SERVICING, LLC
PO BOX 131265
ROSEVILLE, MN 55113-0011

**COURT MAILING LIST**
DESCHUTES COUNTY ASSESSOR
PO BOX 6005
BEND, OR 97708-6005

**COURT MAILING LIST**
EISENHOWER MEDICAL CENTER
39000 BOB HOPE DRIVE
RANCHO MIRAGE, CA 92270-3221

**COURT MAILING LIST**
FARMERS INSRUANCE COMAPNY, INC.
C/O STOEL RIVES LLP
760 SW NINTH AVE. STE. 3000
PORTLAND, OR 97205-2586

**COURT MAILING LIST**
FARMERS INSURANCE EXCHANGE
6301 OWENSMOUTH AVENUE
WOODLAND HILLS, CA 91367-2268

**COURT MAILING LIST**
FRANCHISE TAX BOARD
ATTN-BANKRUPTCY
PO BOX 2952
SACRAMENTO, CA 95812-2952

**CLAIM FILED**
INTERNAL REVENUE SERVICE
CENTRALIZED        INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**CLAIM FILED**
CINDY ELLEN HILES
13327 ATWATER LANE
LAKE OSWEGO, OR 97034-2127

**CLAIM FILED**
CRANFILL SUMNER & HARTZOG LLP
5420 WADE PARK BLVD., SUITE 300
RALEIGH, NC 27607-4189

**COURT MAILING LIST**
DE CASTRO WEST, ET AL.
10960 WILSHIRE BLVD., 14TH FL.
LOS ANGELES, CA 90024-3702

**COURT MAILING LIST**
DESCHUTES COUNTY TREASURER
1300 NW WATT ST., #200
BEND, OR 97701

**CLAIM FILED**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**COURT MAILING LIST**
FARMERS INSURANCE COMAPNY, INC.
ATTN: DOREN E. HOHL, AGENT
6301 OWENSMOUTH AVE.
WOODLAND HILLS, CA 91367-2268

**COURT MAILING LIST**
FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

**COURT MAILING LIST**
FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA 94267-0001

**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
225 W. BROADWAY, STE. 200
GLENDALE, CA 91204-1345

**COURT MAILING LIST**
CITI
CITICORP        CR        SRVS/CENTRALIZED
BANKRUPTCY
PO BOX 790040
S LOUIS, MO 63179-0040

**COURT MAILING LIST**
CRANFILL, SUMNER & HARTZOG
PO BOX 27808
RALEIGH, NC 27611-7808

**COURT MAILING LIST**
DE CASTRO WEST, ET AL.
ATTN: MICHAEL COHEN
10960 WILSHIRE BLVD., 14TH FL.
LOS ANGELES, CA 90024-3702

**CLAIM FILED**
DESCHUTES COUNTY TAX COLLECTOR
PO BOX 7559
BEND, OR 97708

**COURT MAILING LIST**
FARMER'S INSURANCE CO.
ATTN: DOREN E. HOHL, AGENT
6301 OWENSMOUTH AVE.
WOODLAND HILLS, CA 91367-2216

**COURT MAILING LIST**
FARMERS INSURANCE COMPANY, INC.
PO BOX 2450
GRAND RAPIDS, MI 49501-2450

**CLAIM FILED**
FORD MOTOR CREDIT COMPANY LLC
P.O. BOX 552679
DETROIT, MI 48255-2679

**COURT MAILING LIST**
FRANCHISE TAX BOARD
VEHICLE REGISTRATION COLLECTIONS
PO BOX 419001
RANCHO CORDOVA, CA 95741-9001

**COURT MAILING LIST**
KATZ CASSIDY
11400 W. OLYMPIC BLVD., #1050
LOS ANGELES, CA 90064-1587

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**COURT MAILING LIST**
KEYBANK
PO BOX 94722
CLEVELAND, OH 44101-4722

**COURT MAILING LIST**
KEYBANK N.A.
4910 TIEDEMAN ROAD
BROOKLYN, OHIO 44144-2338

**COURT MAILING LIST**
KEYBANK NA
ATTN: RECOVERY PAYMENT PR
4910 TIEDEMAN ROAD (RTG CODE: 08-01-
BROOKLYN, OH 44144-2338

**CLAIM FILED**
LOS ANGELES COUNTY TREASURER
AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

**COURT MAILING LIST**
LAW OFFICES OF RYNEAL & RYNEAL
3890 11TH STREET, STE. 116
RIVERSIDE, CA 92501-3572

**RFSN - ATTORNEY FOR CHRISTOPHER T
BORGESON, CLAIM FILED**
SAMUEL KORNHAUSER ESQ
LAW OFFICES OF SAMUEL KORNHAUSER
155 JACKSON ST STE 1807
SAN FRANCISCO CA 94111-1936

**COURT MAILING LIST**
LOMA LINDA MEDICAL CENTER
11234 ANDERSON ST.
LOMA LINDA, CA 92354-2804

**COURT MAILING LIST**
LOS ANGELES COLLECTION SERVICE INC.
2140 WESTWOOD BLVD., STE. 222
LOS ANGELES, CA 90025-6333

**COURT MAILING LIST**
MB FIN SVCS
36455 CORPORATE DR
FARMINGTON HILLS, MI 48331-3552

**COURT MAILING LIST**
MERCEDES BENZ FIN'L SVCS
PO BOX 685
ROANOKE, TX 76262-0685

**COURT MAILING LIST**
MICHAEL & ASSOCIATES, PC
555 ST. CHARLES DR., STE. 204
THOUSAND OAKS, CA 91360-3992

**COURT MAILING LIST**
PAYCHEX
C/O CT CORPORATION SYSTEM
818 WEST SEVENTH ST. STE. 930
LOS ANGELES, CA 90017-3476

**COURT MAILING LIST**
PUBLIC STORAGE
11259 W. OLYMPIC BLVD.
LOS ANGELES, CA 90064-1720

**COURT MAILING LIST**
PUBLIC STORAGE
72150 FRED WARING DRIVE
PALM DESERT, CA 92260-2750

**COURT MAILING LIST**
RIVERSIDE COUNTY ASSESSOR-CLERK
PO BOX 751
RIVERSIDE, CA 92502-0751

**CLAIM FILED**
RIVERSIDE COUNTY TAX COLLECTOR
4080 LEMON ST 4TH FL
RIVERSIDE CA 92501-3634

**COURT MAILING LIST**
RIVERSIDE COUNTY TAX COLLECTOR
BOX 12005
RIVERSIDE, CA 92502-2205

**COURT MAILING LIST**
SAN DIEGO COUNTY TREASURER-TAX
1600 PACIFIC HWY., RM. 162
SAN DIEGO, CA 92101-2477

**CLAIM FILED**
CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION
(FUNCTIONAL SUCCESSOR TO BOARD
OF EQUALIZATION 7/1/17)
SPECIAL OPS, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

**CLAIM FILED**
SUNTRUST BANK
ATTN: SUPPORT SERVICES
P.O. BOX 85092
RICHMOND, VA 23286-0001

**COURT MAILING LIST**
SUNTRUST MORTGAGE/CC 5
ATTN:BANKRUPTCY DEPT
1001 SEMMES AVE VA-WMRK-7952
RICHMOND, VA 23224-2245

**RFSN - ATTORNEYS FOR BANK OF
AMERICA NA**
TIFFANY & BOSCO, P.A.

1230 COLUMBIA STREET
SUITE 680
SAN DIEGO, CA 92101

**COURT MAILING LIST**
VCA RANCHO MIRAGE ANIMAL HOSPITAL
71-075 HWY. 111
RANCHO MIRAGE, CA 92270-4122

**CLAIM FILED**
VERITEXT CENTURY REPORTERS
20 CORPORATE PARK STE 350
IRVINE CA 92606-5190

**CLAIM FILED**
WILMINGTON SAVINGS FUND SOCIETY,
FSB
C/O   CARRINGTON   MORTGAGE
SERVICES, LLC
1600 SOUTH DOUGLASS ROAD, SUITE
200-A
ANAHEIM, CA 92806-5948

**COURT MAILING LIST**
KATZ CASSIDY
11400 W. OLYMPIC BLVD SUITE 1050
LOS ANGELES, CA 90064-1587

**COURT MAILING LIST**
LAVAR TAYLOR
3 HUTTON CENTER DRIVE SUITE 500
SANTA ANA, CA 92707-8711

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**COURT MAILING LIST**
LAW OFFICES OF WM. A. BROWN, JR.
601 WEST 5TH STREET, 8TH FLOOR
LOS ANGELES, CA 90071

**UNDELIVERABLE**
**COURT MAILING LIST**
COURTESY NEF

**UNDELIVERABLE**
**COURT MAILING LIST**
ATTY OF HILES RE FARMERS &
GORGESON

**DUPLICATE**
**COURT MAILING LIST**
CHRISTOPHER T BORGESON
LAW OFFICES OF SAMUEL
KORNHAUSER
155 JACKSON ST STE 1807
SAN FRANCISCO CA 94111-1936

**DUPLICATE**
**COURT MAILING LIST**
CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

**RETURNED 1/24/2018, UNDELIVERABLE,**
**SEE NEW ADDRESS FROM CA STATE**
**BAR**
**COURT MAILING LIST**
LAW OFFICES OF WM. A. BROWN, JR.
865 FIGUEROA ST., #2640
LOS ANGELES, CA 90017-5472

**RETURNED 1/30/2018, UNDELIVERABLE**
**COURT MAILING LIST**
CONCIERGE AUCTIONS, LLC
405 LEXINGTON AVENUE
NEW YORK, NY 10174-0002

**SEE PROOF OF CLAIM ADDRESS**
**RFSN - ATTORNEY FOR CYNTHIA**
**HILES**
STEVEN G POLARD ESQ
DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA STREET, SUITE 2400
LOS ANGELES, CA 90017-2566

**CLAIM FILED**
VERIZON BY AMERICAN INFOSOURCE LP
AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

**UNDELIVERABLE**
**COURT MAILING LIST**
CYNTHIA ELLEN HILES

**DUPLICATE**
**COURT MAILING LIST**
CHRISTOPHER T. BORGESON
155 JACKSON ST STE 1807
SAN FRANCISCO CA 94111-1936

**DUPLICATE**
**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**SEE PROOF OF CLAIM ADDRESS**
**COURT MAILING LIST**
CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

**RETURNED 1/26/2018, 2/20/2018,**
**UNDELIVERABLE**
**COURT MAILING LIST**
PONDEROSA PROPERTIES, LLC
221 S ASH
SISTERS, OR 97759-1080

**RETURNED 2/1/2018, 3, 5, 2018,**
**UNDELIVERABLE**
**COURT MAILING LIST**
MERCEDES BENZ FINANCIAL SERVICES
PO BOX 17466
BALTIMORE, MD 21297-1466

**CLAIM FILED**
VERIZON BY AMERICAN INFOSOURCE LP
AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

**UNDELIVERABLE**
**COURT MAILING LIST**
CHRISTOPHER T BORGESON

**DUPLICATE**
**COURT MAILING LIST**
FARMERS INSURANCE EXCHANGE
C/O NORTON ROSE FULBRIGHT
ATTN: PETER MASON & JOSHUA LICHTMAN
555 SOURTH FLOWER STREET
LOS ANGELES, CA 90071

**DUPLICATE**
**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**UNDELIVERABLE**
**COURT MAILING LIST**
ALLIED PUBLIC STORAGE
11259 W . OLYMPIC BLVD
WA 99064

**RETURNED 1/29/2018, UNDELIVERABLE**
**COURT MAILING LIST**
PORSCHE FINANCIAL SRVC
980 HAMMOND DR
ATLANTA, GA 30328-8186

**RETURNED 2/12/2018, 2/20/2018,**
**UNDELIVERABLE**
**COURT MAILING LIST**
MASTER CARD
837 3RD ST.
SANTA MONICA, CA 90403-1159

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**