SAMUEL KORNHAUSER, Bar No. 83528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone: (415) 981-6281
Facsimile: (415) 981-7616
Email: skornhauser@earthlink.net

*Attorney for Creditor, Christopher Borgeson*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: Russel Dennis Hiles, III,<br><br>Debtor. | Case No.: 6:16-bk-16877-WJ<br><br>Chapter 7<br><br>**[PROPOSED] ORDER RE:  CREDITOR CHRISTOPHER BORGESON'S OBJECTION AND REQUEST FOR CONTINUANCE OF HEARING AND TIME TO OBJECT TO TRUSTEE'S MOTIONS FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, APPROVING SALE OF PERSONAL PROPERTY, APPROVING PAYMENT OF REAL ESTATE COMMISSION AND FOR OTHER RELIEF**<br><br>Date:    October 23, 2018<br>Time:    1:00 p.m.<br>Place:   Courtroom 304 |

Pursuant to Creditor Christopher Borgeson's objection and request for continuance of hearing and time to object and GOOD CAUSE APPEARING,

1

IT IS ORDERED that hearing on the Trustee's motions to approve sale of real estate, personal property, payment of real estate commission and for other relief is continued from October 23, 2018 until _____, 2018 at 1:00 p.m. in Courtroom 304.

IT IS FURTHER ORDERED that the time to object to said motions is extended to 14 days prior to the continued _____, 2018 hearing on said motions.

IT IS SO ORDERED.

DATED:

_____
Judge, United States Bankruptcy Court

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled (*specify*): [PROPOSED] ORDER RE: CREDITOR CHRISTOPHER BORGESON'S OBJECTION AND REQUEST FOR CONTINUANCE OF HEARING AND TIME TO OBJECT TO TRUSTEE'S MOTIONS FOR ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, APPROVING SALE OF PERSONAL PROPERTY, APPROVING PAYMENT OF REAL ESTATE COMMISSION AND FOR OTHER RELIEF

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 9, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Robert P. Coe: | kmurphy@goeforlaw.com |
| Everett L. Green: | everett.lk.green@usdoj.cov |
| Rika Kido | rkido@shbllp.com |
| Joshua Lichtman | joshua.lichtman@nortonrosefulbright.com |
| Charity J. Manee | charity@rmbklaw.com |
| William F. McDonald, III | Caecf@tblaw.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Ronak N. Patel | rpatel@rivco.org |
| Steven G. Polard | spload@ch-law.com |
| Kelly M. Raferty | bknotice@mccarthyholthus.com |
| Jason K. Schrader | jason.K.Schrader@usdoj.gov |
| Anthony Sgherzi | anthony.sgherzi@doj.ca.gov |
| Leonard M. Shulman | lshulman@shbllp.com |
| Scott S. Weltman | colcaecf@weltman.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| Jennifer C. Wong | bknotice@mccarthyholthus.com |
| Kristin A. Zilberstein | kzilberstein@ghidottilaw.com |

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.




☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 9, 2018 | Kenneth J. Howard | /s/ Kenneth J. Howard |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**