| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>Rika M. Kido - Bar No. 273780<br>SHULMAN HODGES & BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: LShulman@shbllp.com<br>             RKido@shbllp.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Lynda T. Bui, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>RUSSEL DENNIS HILES, III,<br><br><br><br><br>                                                          Debtor(s) | CASE NO.: 6:16-bk-16877-WJ<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for Order: (1) Approving the Sale of Real Property of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code §§ 363, et al. |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Chapter 7 Trustee's Motion and 1) Approving the Sale of Real Property of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code §§ 363(b)(1) and (f); 2) Approving Sale of Personal Property Free and Clear of Liens Pursuant to Bankruptcy Code §§ 363(b)(1) and (f), et al.
was lodged on (*date*) __10/25/2018__ and is attached. This order relates to the motion which is docket number 356 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*               Page 1               **F 9021-1.2.BK.NOTICE.LODGMENT**

1  Leonard M. Shulman - Bar No. 126349
   Rika M. Kido - Bar No. 273780
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email:        LShulman@shbllp.com
5               RKido@shbllp.com

6  Attorneys for Lynda T. Bui,
   Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:16-bk-16877-WJ |
| **RUSSEL DENNIS HILES, III,** | CHAPTER 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION AND:** |
| | **(1) APPROVING THE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) and (f);** |
| | **(2) APPROVING SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) and (f);** |
| | **(3) APPROVING PAYMENT OF REAL ESTATE COMMISSION AND OTHER COSTS; AND** |
| | **(4) GRANTING RELATED RELIEF** |
| | [Real Property commonly known at 66876 Gist Road, Bend, Oregon 97703] |
| | **Hearing:** <br> Date:    October 23, 2018 <br> Time:    1:00 p.m. <br> Ctrm.:   304 <br> Place:   United States Bankruptcy Court <br>          3420 Twelfth Street <br>          Riverside, CA 92501 |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1

1

On October 23, 2018, the Court held a hearing on the "Motion for Order: (1) Approving the Sale of Real Property of the Estate Free and Clear of Certain Liens Pursuant to Bankruptcy Code §§ 363(b)(1) and (f), Subject to Overbids, Combined With Notice of Bidding Procedures and Request for Approval of the Bidding Procedures Utilized; (2) Approving Sale of Personal Property Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363(f); (3) Approving Payment of Real Estate Commission and Other Costs; and (3) Granting Related Relief" [docket #356] ("Sale Motion") filed by Lynda T. Bui, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Russel Dennis Hiles, III ("Debtor").

Rika M. Kido of Shulman Hodges & Bastian LLP appeared on behalf of the Trustee, who was present. Josh Hansen of Strategic Realty, LLC also appeared in his capacity as the Trustee's broker. Samuel Kornhauser of Law Offices of Samuel Kornhauser appeared on behalf of Creditor, Christopher Borgeson ("Creditor"). No other parties appeared as reflected on the Court's record.

The Court having considered the Sale Motion, the declarations attached to the Sale Motion, Creditor's objection to the Sale Motion [docket # 364], and Trustee's reply to Creditor's objection [docket # 372], the arguments and representations of counsel, and the record in this case; the Court having found proper notice has been given; and good cause having been shown, it is ORDERED as follows:

1. The Sale Motion is granted.

2. The Bidding Procedures are not approved since there were no overbids.

3. The Trustee is authorized to sell to Drew Hood ("Buyer") or his assignee[1], for the sum of $1,995,000.00, the Estate's interest in the real property located at 17345 Plainview Road, Bend, OR 97703, 17265 Plainview Road, Bend, OR 97703, 66876 Gist Road, Bend, OR 97703, and 66822 Gist Road, Bend OR 97703 ("Bend Property"). The Bend Property is legally described as follows:[2]

Parcel 1:

---

[1] Any assignee needs prior approval by the Trustee.

[2] The legal description for the Bend Property is believed to be accurate but may be corrected or updated by the title company in the transfer documents as necessary to complete the proposed sale transaction.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1                2

A Parcel of land situated in the Southwest Quarter (SW1/4) of Section 31, Township 15 South, Range 11, East of the Willamette Meridian, Deschutes County, Oregon, described as follows:

That portion of the Southeast Quarter of the Southwest Quarter (SE1/4 SW1/4) of said Section 31, lying South of Plainview Road and lying West of Sisemore Road and lying North of that certain parcel of land described in Volume 132, Page 421, of Deed Records.

Parcel 2:

Parcel 2 of Partition Plat No. 2000-55, Plat filed October 13, 2000 in the office of the County Clerk for Deschutes County, Oregon.

Parcel 3:

Parcel 1 of Partition Plat 2000-55, Plat filed October 13, 2000 in the office of the County Clerk for Deschutes County, Oregon.

4. The Trustee is authorized to sell to the Buyer, for the sum of $10,000.00, the Estate's interest in the Personal Property (defined in the Sale Motion), with closing of the sale to be on or before ten (10) days from the entry of this Order, unless extended by the Trustee at her full discretion.

5. The sale of the Bend Property to the Buyer shall be on the terms and conditions as set forth in the Residential Real Estate Sale Agreement and related addendum (collectively the "Agreement"), a copy of which is attached as Exhibit 3 to the Declaration of Lynda T. Bui annexed to the Sale Motion, and shall close, with Buyer tendering the full purchase price, not more than ten (10) calendar days after the entry of this Order, unless extended by the Trustee at her full discretion.

6. The sale of the Bend Property and Personal Property is "as is-where is" without warranties of any kind, express or implied, being given by the Trustee.

7. The sale of the Bend Property and the Personal Property is free and clear of liens pursuant to 11 U.S.C. § 363(f), with liens not satisfied through the sale to attach to the sale proceeds in the same validity and priority as prior to the closing of the sale.

8. The Trustee is authorized to: (a) perform under, consummate, and implement the Agreement, (b) execute all additional instruments and documents that may be reasonably necessary or desirable to implement the Agreement and the transactions contemplated by the Agreement, (c) take all further actions as may be reasonably necessary or appropriate for the purposes of assigning,

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1        3

transferring, granting, conveying, encumbering or transferring the Bend Property as contemplated by the Agreement, and (d) take such other and further reasonable steps as contemplated by the Agreement or reasonably required to fulfill the Trustee's obligations under the Agreement.  The Trustee is authorized to execute all documents in connection with the sale transaction approved by this Order on behalf of the Trustee.

9.  The Trustee is authorized to pay from the proceeds of the sale of the Property all ordinary and customary costs of sale, including escrow fees.

10. Through escrow on the sale of the Property, the Trustee is authorized to pay the real estate commission in the amount of five percent (5%)  of the gross selling price of the Property to be split as follows: 1% for the Estate, 2% for the Trustee's Broker (Strategic Realty, LLC) and 2% for the Selling Broker (Keller Williams Central Oregon).

11. The Trustee is authorized to pay liens, costs of sale and other expenses directly from the sale proceeds at the close of escrow including: (i)  all real estate taxes owed to the Deschutes County Treasurer and Tax Collector, (ii) exclusive farm use tax liabilities owed to the Deschutes County Treasurer and Tax Collector, (iii) all amounts owed to Sun Mountain Water Systems; (iv) all amounts owed to Bank of America, N.A., (v) real estate commission not to exceed five percent (5%), and (vi) escrow fees which shall be split between Buyer and Estate in the manner customary in the County where the Bend Property is located (Deschutes County, Oregon).

12. The Trustee is authorized to use the proceeds from the sale of the Bend Property to (i) reimburse the Broker's costs related to the Bend Property in the amount not to exceed $2,000.00, and (ii) pay the Estate's liability insurance premium in the amount of $14,049.10.

13. This Court shall and hereby does retain jurisdiction to (a) enforce and implement the terms and provisions of the Purchase Agreement, all amendments thereto, any waivers and consents thereunder, and any other supplemental documents or agreements executed in connection therewith; (b) resolve any disputes, controversies or claims arising out of or relating to the Purchase Agreement; and (c) interpret, implement, and enforce the provisions of this Order.

14. In recognition of the need to effectuate a closing of the sale as quickly as possible, notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective immediately.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1

4

1. 15. The Buyer is found to be a buyer in "good faith" within the meaning of 11 U.S.C. § 363(m), and, as such, is entitled to the protections afforded thereby.

2. 16. Pursuant to 11 U.S.C. § 363(m), absent a stay of this Order pending appeal, the reversal or modification on appeal of this Order, or any provision thereof, shall not affect the validity of the sale transaction approved hereby which is consummated prior to such stay, reversal or modification on appeal.

3. 17. The validity of the sale approved hereby shall not be affected by the appointment of a successor trustee, the dismissal of the above-captioned case, or its conversion to another chapter under title 11 of the United States Code.

###

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1                         5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 25, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTEE: Lynda T. Bui (TR)**     trustee.bui@shbllp.com, C115@ecfcbis.com
- **COUNSEL FOR THE DEBTOR: Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **COUNSEL FOR U.S. TRUSTEE: Everett L Green**     everett.l.green@usdoj.gov
- **COUNSEL FOR CHAPTER 7 TRUSTEE: Rika Kido**     rkido@shbllp.com, ncarlson@shbllp.com
- **INTERESTED PARTY: Samuel Kornhauser**     skornhauser@earthlink.net
- **INTERESTED PARTY: Joshua Lichtman**     joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com
- **INTERESTED PARTY: Charity J Manee**     charity@rmbklaw.com
- **INTERESTED PARTY: William F McDonald**     Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **INTERESTED PARTY: Randall P Mroczynski**     randym@cookseylaw.com
- **INTERESTED PARTY: Ronak N Patel**     rpatel@rivco.org, gabgarcia@rivco.org;mdominguez@rivco.org

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 25, 2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Suite 385
Riverside, CA 92501

**Debtor**
Russel Dennis Hiles III
155 Metate Place
Palm Desert, CA 92260-7334

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2018 | Nicole Carlson | */s/ Nicole Carlson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

  - **INTERESTED PARTY: Steven G. Polard**    spolard@ch-law.com, cborrayo@ch-law.com
  - **INTERESTED PARTY: Kelly M Raftery**    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
  - **COUNSEL FOR U.S. TRUSTEE: Jason K Schrader**    jason.K.Schrader@usdoj.gov
  - **INTERESTED PARTY: Anthony Sgherzi**    anthony.sgherzi@doj.ca.gov
  - **COUNSEL FOR CHAPTER 7 TRUSTEE: Leonard M Shulman**    lshulman@shbllp.com
  - **INTERESTED PARTY: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
  - **INTERESTED PARTY: Scott S Weltman**    colcaecf@weltman.com
  - **INTERESTED PARTY: Rebecca J Winthrop**    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
  - **INTERESTED PARTY: Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
  - **INTERESTED PARTY: Kristin A Zilberstein**    ecfnotifications@ghidottilaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**