Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  LShulman@shbllp.com
        RKido@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

**FILED & ENTERED**

**OCT 26 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

RUSSEL DENNIS HILES, III,

    Debtor.

Case No. 6:16-bk-16877-WJ

CHAPTER 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION AND:**

**(1) APPROVING THE SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) and (f);**

**(2) APPROVING SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b)(1) and (f);**

**(3) APPROVING PAYMENT OF REAL ESTATE COMMISSION AND OTHER COSTS; AND**

**(4) GRANTING RELATED RELIEF**

[Real Property commonly known at 66876 Gist Road, Bend, Oregon 97703]

Hearing:
Date:   October 23, 2018
Time:   1:00 p.m.
Ctrm.:  304
Place:  United States Bankruptcy Court
        3420 Twelfth Street
        Riverside, CA 92501

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1

1

On October 23, 2018 at 1:00 p.m., the Court held a hearing regarding the "Motion for Order: (1) Approving the Sale of Real Property of the Estate Free and Clear of Certain Liens Pursuant to Bankruptcy Code §§ 363(b)(1) and (f), Subject to Overbids, Combined With Notice of Bidding Procedures and Request for Approval of the Bidding Procedures Utilized; (2) Approving Sale of Personal Property Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363(f); (3) Approving Payment of Real Estate Commission and Other Costs; and (4) Granting Related Relief" [docket #356] ("Motion") filed by Lynda Bui, chapter 7 trustee ("Trustee") for the bankruptcy estate of Russel Dennis Hiles, III ("Debtor"). All appearances were noted on the record.

The Court having considered the Motion and related pleadings, oral arguments, and the record in this case, and good cause appearing, hereby ORDERS as follows:

1. The Motion is granted. The Trustee is authorized to sell to Drew Hood ("Buyer") or his assignee[1], for the sum of $1,995,000, the estate's interest in the real property located at 17345 Plainview Road, Bend, OR 97703, 17265 Plainview Road, Bend, OR 97703, 66876 Gist Road, Bend, OR 97703, and 66822 Gist Road, Bend OR 97703 ("Property"). The Property is legally described as follows:[2]

Parcel 1:

A Parcel of land situated in the Southwest Quarter (SW1/4) of Section 31, Township 15 South, Range 11, East of the Willamette Meridian, Deschutes County, Oregon, described as follows:

That portion of the Southeast Quarter of the Southwest Quarter (SE1/4 SW1/4) of said Section 31, lying South of Plainview Road and lying West of Sisemore Road and lying North of that certain parcel of land described in Volume 132, Page 421, of Deed Records.

Parcel 2:

Parcel 2 of Partition Plat No. 2000-55, Plat filed October 13, 2000 in the office of the County Clerk for Deschutes County, Oregon.

Parcel 3:

Parcel 1 of Partition Plat 2000-55, Plat filed October 13, 2000 in the office of the County Clerk for Deschutes County, Oregon.

---

[1] Any assignee needs prior approval by the Trustee.

[2] The legal description for the Property is believed to be accurate but may be corrected or updated by the title company in the transfer documents as necessary to complete the proposed sale transaction.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1

2

2.     The Trustee is authorized to sell to the Buyer, for the sum of $10,000, the estate's interest in the Personal Property (defined in the Motion), with closing of the sale to occur on or before ten days from the entry of this order, unless extended by the Trustee at her full discretion.

3.     The sale of the Property to the Buyer shall be on the terms and conditions as set forth in the Residential Real Estate Sale Agreement and related addendum (collectively the "Agreement"), a copy of which is attached as Exhibit 3 to the Declaration of Lynda T. Bui annexed to the Motion, and shall close, with Buyer tendering the full purchase price, not more than ten calendar days after the entry of this order, unless extended by the Trustee at her full discretion.

4.     The sale of the Property and Personal Property is "as is-where is" without warranties of any kind, express or implied, being given by the Trustee.

5.     The sale of the Property and the Personal Property is free and clear of liens pursuant to 11 U.S.C. § 363(f), with liens not satisfied through the sale to attach to the sale proceeds in the same validity and priority as prior to the closing of the sale.

6.     The Trustee is authorized to: (a) perform under, consummate, and implement the Agreement, (b) execute all additional instruments and documents that may be reasonably necessary or desirable to implement the Agreement and the transactions contemplated by the Agreement, (c) take all further actions as may be reasonably necessary or appropriate for the purposes of assigning, transferring, granting, conveying, encumbering or transferring the Property as contemplated by the Agreement, and (d) take such other and further reasonable steps as contemplated by the Agreement or reasonably required to fulfill the Trustee's obligations under the Agreement.

7.     The Trustee is authorized to pay from the proceeds of the sale of the Property all ordinary and customary costs of sale, including escrow fees.

8.     Through escrow for the sale of the Property, the Trustee is authorized to pay the real estate commission in the amount of five percent (5%) of the gross selling price of the Property to be split as follows: 1% for the Estate, 2% for the Trustee's Broker (Strategic Realty, LLC) and 2% for the Selling Broker (Keller Williams Central Oregon).

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1                             3

9. The Trustee is authorized to pay liens, costs of sale and other expenses directly from the sale proceeds at the close of escrow including: (a) all real estate taxes owed to the Deschutes County Treasurer and Tax Collector, (b) exclusive farm use tax liabilities owed to the Deschutes County Treasurer and Tax Collector, (c) all amounts owed to Sun Mountain Water Systems; (d) all amounts owed to Bank of America, N.A., (e) real estate commission not to exceed five percent, and (f) escrow fees which shall be split between Buyer and Estate in the manner customary in the County where the Property is located (Deschutes County, Oregon).

10. The Trustee is authorized to use the proceeds from the sale of the Property to (a) reimburse the Broker's costs related to the Property in the amount not to exceed $2,000, and (b) pay the Estate's liability insurance premium in the amount of $14,049.10.

11. This Court shall and hereby does retain jurisdiction to (a) enforce and implement the terms and provisions of the Purchase Agreement, all amendments thereto, any waivers and consents thereunder, and any other supplemental documents or agreements executed in connection therewith; (b) resolve any disputes, controversies or claims arising out of or relating to the Purchase Agreement; and (c) interpret, implement, and enforce the provisions of this order.

12. The Buyer is a buyer in "good faith" within the meaning of 11 U.S.C. § 363(m), and, as such, is entitled to the protections afforded thereby. Pursuant to 11 U.S.C. § 363(m), absent a stay of this order pending appeal, the reversal or modification on appeal of this order, or any provision thereof, shall not affect the validity of the sale transaction approved hereby which is consummated prior to such stay, reversal or modification on appeal.

13. The validity of the sale approved hereby shall not be affected by the appointment of a successor trustee, the dismissal of this case, or its conversion to another chapter under title 11 of the United States Code.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1

4

14. The opposition to the Motion is overruled. However, in light of the opposition, the Court shall not waive the 14 day stay set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

### 

Date: October 26, 2018

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1290586.1                                5