Lynda T Bui, Trustee
3550 Vine Street, Ste. 210
Riverside, CA 92507
Telephone:   (949) 340-3400
Facsimile:    (949) 340-3000
Email: Trustee.Bui@shbllp.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| **In re** | Case No.  6:16-bk-16877-WJ |
| RUSSEL DENNIS HILES, | Chapter 7 |
| Debtor. | **TRUSTEE'S REPORT OF SALE AND STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULE 6004(f)** |
| | [No Hearing Set] |

**TO AND ALL INTERESTED PARTIES:**

Lynda T. Bui, the Chapter 7 trustee herein, respectfully represents:

| | |
|---|---|
| Property of the Debtor sold: | 66876 Gist Road , Bend OR 97703 (3 parcels) |
| Name of Purchaser: | Andrew J. Hood and Melissa T. Hood |
| Price Received for the Property: | $1,995,000.00 |
| Date of Order Approving the Sale: | 10/26/18 |
| Date of Closing: | November 9, 2018 |

Dated: November 20, 2018        By:    /s/ Lynda T. Bui
                                           Lynda T. Bui, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3550 Vine Street, Suite 210, Riverside, CA 92507**

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S REPORT OF SALE AND STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULE 6004(f)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Russel Dennis Hiles
155 Metate Place
Palm Desert, CA 92260-7734

**Judge's Copy**
Hon. Wayne Johnson
US Bankruptcy Court
3420 Twelfth Street, Suite 385
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  11/20/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2018 | Tonia Wooten | /s/ Tonia Wooten |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Lynda T. Bui (TR)    trustee.bui@shbllp.com, C115@ecfcbis.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Everett L Green    everett.l.green@usdoj.gov
- Rika Kido    rkido@shbllp.com, ncarlson@shbllp.com
- Samuel Kornhauser    skornhauser@earthlink.net
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Joshua Lichtman    joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com
- Charity J Manee    charity@rmbklaw.com
- William F McDonald    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Ronak N Patel    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- Steven G. Polard    spolard@ch-law.com, cborrayo@ch-law.com
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Jason K Schrader    jason.K.Schrader@usdoj.gov
- Anthony Sgherzi    anthony.sgherzi@doj.ca.gov
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Scott S Weltman    colcaecf@weltman.com
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**