Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email:          LShulman@shbllp.com
                     RKido@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**RUSSEL DENNIS HILES, III,**<br><br>        Debtor. | Case No. 6:16-bk-16877-WJ<br><br>Chapter 7<br><br>**STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND SECURED CREDITOR WILMINGTON SAVINGS FUND SOCIETY, FSB TO CONTINUE THE EVIDENTIARY HEARING RE SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>**<u>Current Hearing:</u>**<br>Date:    December 28, 2018<br>Time:   10:00 a.m.<br>Ctrm.:   304<br>Place:   United States Bankruptcy Court<br>              3420 Twelfth Street<br>              Riverside, CA 92501 |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

Lynda T. Bui, the duly appointed, qualified, and acting Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Russel Dennis Hiles, III ("Debtors"), by and through her attorney, Rika M. Kido of Shulman Hodges & Bastian LLP, and Wilmington Savings Fund Society, FSB, as trustee

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1245987.1

1

of Stanwich Mortgage Loan Trust A, its assignees and/or successors ("Movant"), by and through its attorney, Nancy L. Lee of McCarthy & Holthus LLP (collectively, the "Parties"), hereby agree and stipulate based on the following recitals:

### I. RECITALS

1. The Debtor commenced the instant bankruptcy case by filing a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on August 1, 2016 ("Petition Date").

2. On December 21, 2017, the instant bankruptcy case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee is the duly appointed and acting Chapter 7 trustee of the Debtor's Estate.

3. On his Schedule A/B, the Debtor lists his ownership of the real property located at 155 Metate Place, Palm Desert, California 92260 ("Property"). On his Schedule C, the Debtor claimed an exemption in the amount of $175,000.00 pursuant to California Code of Civil Procedure § 704.730.

4. The Debtor listed the value of the Property at $2,750,000.00 and on his Schedule D, listed the following liens totaling $2,824,674.62: (1) lien in favor of Bank of America[1] in the amount of $1,395,102.00; (2) lien in favor of De Castro, West, Chodorow, Mendler, Glickfeld & Nass, Inc. ("De Castro") in the amount of $60,000.00 ("De Castro DOT")[2]; and (3) lien in favor of the California Franchise Tax Board ("FTB") in the amount of $1,369,572.62 ("FTB Lien")[3].

5. On March 2, 2018, the Court entered an Order Authorizing the Trustee to Employ GlassRatner Brokerage Services, Inc. ("Broker"), Docket No. 316. The Property is currently listed at a price of $1,975,000.00.

---

[1] As provided in the MRFS, Bank of America, N.A. assigned its deed of trust against the Property to the Movant on February 24, 2017. Pursuant to a payoff statement dated December 13, 2018, the total owed to the Movant as of June 30, 2018 is $1,527,078.67.

[2] *Judgment in Favor of Plaintiff and Against Defendant* was entered on September 20, 2018 in *Bui v. De Castro, et. al.*, Case No. 6:18-ap-01154-WJ ("De Castro Judgment"). The De Castro Judgment avoids the De Castro DOT in the amount of $60,000.00 as a preferential transfer.

[3] On July 10, 2018, the Trustee filed a Complaint for: (1) Avoidance of Preferential Transfers and Recovery of Same [11 U.S.C. §§ 547, 550]; (2) Preservation of Avoided Transfers [11 U.S.C. § 551]; and (3) Disallowance of Claims [11 U.S.C. § 502(d)] ("FTB Complaint") against the FTB, in the United States Bankruptcy Court, Central District, Riverside Division, commencing Adversary Case No. 6:18-ap-01151-WJ ("FTB AP"). A Pre-Trail Conference is scheduled for March 14, 2019 at 1:30 p.m.

6. On August 22, 2017, Movant filed its Notice of Motion and Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362, Docket No. 207 ("MRFS"). Movant and Debtor (and later the Trustee) agreed to stipulate to continue the hearing several times to July 5, 2018.

7. At the continued hearing on July 5, 2018, the Court continued the hearing to July 20, 2018 at 1:00 p.m., at which time the Court indicated that it would conduct an evidentiary hearing. The Court gave the Trustee until July 13, 2018 to file a full opposition to the MRFS. The Court also ordered that the Trustee and Broker (defined below) be present at the evidentiary hearing.

8. On July 13, 2018, the Trustee filed her Opposition to the MRFS, Docket No. 344 ("Opposition"). The Opposition included declarations from both the Trustee and the Broker, which provided a detailed timeline of the marketing of the Property.

9. On October 16, 2018, the Court entered the *Order Continuing Evidentiary Hearing Regarding the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property)*, Docket No. 374 ("MRFS Order"). Pursuant to the MRFS Order, the evidentiary hearing on the MRFS was continued to December 28, 2018 at 10:00 a.m. ("MRFS Hearing").

10. The Trustee's counsel and the Movant's counsel have been in communication since July regarding the MRFS Hearing, the status of the adversary proceedings against De Castro and the FTB, and Trustee's efforts to market the Property for sale.[4] Given the status, the Movant has agreed to continue the MRFS Hearing for approximately forty-five (45) days to give the Trustee time to continue her efforts to market the Property for sale.

11. The Trustee has agreed to file a Status Report with the Court one (1) week prior to the continued hearing on the MRFS in order to keep the Court apprised of the status of the administration of the Property. The Trustee has further agreed to advise Movant of any interest in the Property.

---

[4] The broker has advised the Trustee that there has been a noticeable increase in interest in the Property within the past few month as the selling season in the desert has started up again. Specifically, the Trustee has received several offers, two of which she countered, but the buyers either indicated that they were no longer interested or would not agree to bankruptcy terms for the sale. The broker has advised the Trustee that two groups toured the property over the weekend and one of them indicated they would have an offer to the Trustee shortly.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1314486.1     3

12. In the interest of judicial economy and for good cause showing, the Parties are requesting that the MRFS Hearing currently set for December 28, 2018 at 10:00 a.m. be continued for status for approximately forty-five (45) days, and that the deadlines for filing responses to the MRFS be extended pursuant to Local Bankruptcy Rules.

## II.    STIPULATION

**WHEREFORE,** the Parties respectfully request that the Court continue the MRFS Hearing from December 28, 2018 at 10:00 a.m. for approximately forty-five (45) days or sometime thereafter as the Court's calendar permits and the deadlines for filing responses to the MRFS be extended pursuant to Local Bankruptcy Rules. The Trustee will file a Status Report with the Court one (1) week prior to the continued hearing on the MFRS.

Respectfully submitted,

**SHULMAN HODGES & BASTIAN LLP**

DATED: December 20, 2018        By:    */s/ Rika M. Kido*
                                        Leonard M. Shulman
                                        Rika M. Kido
                                        Attorneys for Lynda T. Bui, Chapter 7 Trustee

**MCCARTHY & HOLTHUS, LLP**

DATED: December 20, 2018        By:    [signature]
                                        Kelly M. Raftery
                                        Nancy L. Lee
                                        Attorneys for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1314486.1

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND SECURED CREDITOR WILMINGTON SAVINGS FUND SOCIETY, FSB TO CONTINUE THE HEARING RE SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 20. 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTEE: Lynda T. Bui (TR)** trustee.bui@shbllp.com, C115@ecfcbis.com
- **DEBTOR'S COUNSEL: Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **INTERESTED PARTY: Everett L Green** everett.l.green@usdoj.gov
- **COUNSEL FOR CHAPTER 7 TRUSTEE: Rika Kido** rkido@shbllp.com, ncarlson@shbllp.com
- **INTERESTED PARTY: Samuel Kornhauser** skornhauser@earthlink.net
**INTERESTED PARTY:** Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **INTERESTED PARTY: Joshua Lichtman** joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrosefulbright.com
- **INTERESTED PARTY: Charity J Manee** cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 20, 2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
The Honorable Wayne E. Johnson
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 384
Riverside, CA 92501

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2018 | Nicole Carlson | */s/ Nicole Carlson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **INTERESTED PARTY: William F McDonald** Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **INTERESTED PARTY: Randall P Mroczynski** randym@cookseylaw.com
- **INTERESTED PARTY: Ronak N Patel** rpatel@rivco.org, gabgarcia@rivco.org;mdominguez@rivco.org
- **INTERESTED PARTY: Steven G. Polard** spolard@eisnerlaw.com, lewing@eisnerlaw.com
- **MOVANT'S COUNSEL: Kelly M Raftery** bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **INTERESTED PARTY: Jason K Schrader** jason.K.Schrader@usdoj.gov
  INTERESTED PARTY: Anthony Sgherzi    anthony.sgherzi@doj.ca.gov
- **COUNSEL FOR CHAPTER 7 TRUSTEE: Leonard M Shulman** lshulman@shbllp.com
- **INTERESTED PARTY: United States Trustee (RS)** ustpregion16.rs.ecf@usdoj.gov
- **INTERESTED PARTY: Scott S Weltman** colcaecf@weltman.com
- **INTERESTED PARTY: Rebecca J Winthrop** rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **INTERESTED PARTY: Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- **INTERESTED PARTY: Kristin A Zilberstein** ecfnotifications@ghidottilaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**