Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  LShulman@shbllp.com
  RKido@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

FILED & ENTERED

DEC 21 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RUSSEL DENNIS HILES, III,<br><br>    Debtor. | Case No. 6:16-bk-16877-WJ<br><br>CHAPTER 7<br><br>**SCHEDULING ORDER**<br><br>**Hearing:**<br>Date:  December 28, 2018<br>Time:  10:00 a.m.<br>Ctrm.:  304<br>Place:  United States Bankruptcy Court<br>  3420 Twelfth Street<br>  Riverside, CA 92501<br><br>**Continued Hearing:**<br>Date:  March 1, 2019<br>Time:  10:00 a.m.<br>Ctrm.:  304<br>Place:  United States Bankruptcy Court<br>  3420 Twelfth Street<br>  Riverside, CA 92501 |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1246362.1

1

The Court has reviewed the "Stipulation Between the Chapter 7 Trustee and Secured Creditor Wilmington Savings Fund Society, FSB to Continue the Hearing Re Secured Creditor's Motion for Relief from the Automatic Stay ("MRFS") Under 11 U.S.C. § 362 (Real Property)" ("Stipulation") filed on December 20, 2018 as docket number 390, and good cause appearing, hereby ORDERS as follows:

1. The evidentiary hearing regarding the motion for relief from stay by Wilmington Savings Fund Society, FSB currently scheduled for December 28, 2018 at 10:00 a.m. is hereby continued to March 1, 2019 at 10:00 a.m. in Courtroom 304 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501.

2. The Trustee is directed to file a status report with the Court one week prior to the continued hearing on the motion for relief from stay.

IT IS SO ORDERED.

###

Date: December 21, 2018

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1314492.1

2