# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Friday, December 28, 2018**                                    **Hearing Room      304**

10:00 AM
6:16-16877    **Russel Dennis Hiles, III**                                    **Chapter 11**

#2.00    Motion for relief from stay

WILMINGTORN SAVINGS FUNDS SOCIETY VS DEBTOR

Property: 155 Metate Plance, Palm Desert, CA 92260
[Real Prop] Kelly M. Raftery, attorney/movant

FROM: 9-21-17, 10-19-17, 11-30-17, 12-19-17, 2-27-18, 7-5-18, 7-20-18, 10-26-18

Docket      207
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 12-21-17; CONT'D TO 3-1-19 AT 10:00 A.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

**Party Information**

**Debtor(s):**

Russel Dennis Hiles III                          Represented By
                                                 Robert P Goe
                                                 Charity J Miller