**FILED & ENTERED**

**FEB 06 2019**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:16-bk-16877-WJ |
| RUSSEL DENNIS HILES, III, | CHAPTER 7 |
| Debtor. | **SCHEDULING ORDER** |
| | Old Hearing Date:<br>Date:  March 1, 2019<br>Time:  10:00 p.m.<br>Crtr.:  304 |
| | New Hearing Date:<br>Date:  March 4, 2019<br>Time:  10:15 a.m.<br>Crtrm.: 304 |

      A continued relief from stay hearing is currently scheduled for March 1, 2019 at 10:00 a.m. in this case.  Due to developments unrelated to this case, a scheduling problem has arisen with the Court that requires all matters scheduled for hearings on March 1, 2019 at 10:00 a.m. be rescheduled.

      Accordingly, the Court hereby ORDERS as follows:

      1.      The hearing regarding Wilmington Savings Fund Society, FSB, as trustee of

- 1 -

Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC's relief from stay motion [docket number 207] is hereby continued from March 1, 2019 at 10:00 a.m. to March 4, 2019 at 10:15 a.m.  No appearances are necessary on March 1, 2019 at 10:00 a.m.  Counsel for the moving party shall provide notice of the new hearing date by February 13, 2019.

IT IS SO ORDERED.

###

Date: February 6, 2019

_____
Wayne Johnson
United States Bankruptcy Judge