1  Leonard M. Shulman - Bar No. 126349
   Rika M. Kido - Bar No. 273780
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email: LShulman@shbllp.com,
5        RKido@shbllp.com

6  Attorneys for Lynda T. Bui,
   Chapter 7 Trustee
7

8                **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11 In re                              Case No.  6:16-bk-16877-WJ

12 **RUSSEL DENNIS HILES, III,**       Chapter  7

13 Debtor.                            **NOTICE CHAPTER 7 TRUSTEE'S
                                      APPLICATION FOR AN ORDER**
14                                    **AUTHORIZING EMPLOYMENT OF THE
                                      BROKER TEAM OF GLASSRATNER**
15                                    **BROKERAGE SERVICES, INC. AND BK
                                      GLOBAL REAL ESTATE SERVICES**
16
                                      [No Hearing Set Pursuant to
17                                    Local Bankruptcy Rule 2014-1(b)]

18

19 **TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY**

20 **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED**

21 **PARTIES:**

22        **PLEASE TAKE NOTICE** that Lynda T. Bui ("Trustee"), the duly appointed, qualified,

23 and acting Chapter 7 Trustee for the bankruptcy estate ('Estate") of Russel Dennis Hiles, III

24 Debtor"), has filed an application ("Application") for an order authorizing the employment of the

25 broker team GlassRatner Brokerage Services, Inc. and BK Global Real Estate Services ("Broker

26 Team") to assist the Trustee in the listing, marketing and negotiating of a sale of the Estate's interest

27 in certain Property (identified below).

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

1    A copy of the complete Application is on file with the Court and may be obtained by

2  submitting a written request to the Trustee's counsel as follows:  Shulman Hodges & Bastian LLP,

3  Attn: Rika M. Kido, Esq., 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618; telephone

4  number (949) 340-3400; facsimile number (949) 340-3000; email: rkido@shbllp.com.   The

5  Application will be promptly provided upon written request.

6    **PLEASE TAKE FURTHER NOTICE** that on his Schedule A/B, the Debtor lists his

7  ownership of the residence located at 155 Metate Place, Palm Desert, California 92260 ("Palm Desert

8  Property"). The Debtor valued the Palm Desert Property at $2,750,000.00 and on his Schedule D,

9  listed the following liens totaling $2,824,674.62: (1) lien in favor of Bank of America in the amount

10 of $1,395,102.00; (2) lien in favor of De Castro West et al. ("De Castro") in the amount of

11 $60,000.00; and (3) lien in favor of the California Franchise Tax Board ("FTB") in the amount of

12 $1,369,572.62.  On his Schedule C, the Debtor claimed an exemption in the amount of $175,000.00

13 pursuant to California Code of Civil Procedure § 704.730.

14    **1.    Status of Liens Impacting the Property**

15    The Trustee is advised that Bank of America, the scheduled beneficiary under the first priority

16 lien encumbering the Property, assigned its right to such lien to Wilmington Savings Fund Society,

17 FSB as Trustee of Stanwich Mortgage Loan Trust ("Secured Creditor").  On August 22, 2017, the

18 Secured Creditor filed a Motion for Relief From Stay (Real Property) ("Stay Motion") seeking relief

19 from the automatic stay to proceed with it state law remedies to foreclose.  The Stay Motion indicated

20 that in August 2017, the amount owed on its lien was $1,447,030.82 and that the since the Petition

21 Date, the Debtor had not made any payments to Secured Creditor, causing the loan default to

22 substantially increase.  A payoff quote the Trustee received from the Secured Creditor on December

23 13, 2018 indicated that amount owed as of December 31, 2018 was $1,527,078.67 and that additional

24 interest after December 31, 2018 would accrue at $186.3321 per day.  A continued hearing on the

25 Stay Motion scheduled for March 4, 2019 has been vacated because the Trustee and the Secured

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

1    Creditor entered into a stipulation (docket 397) regarding terms related to terminating the stay and

2    foreclosure.[1]

3         During this case, the Trustee commenced an avoidance action[2] against De Castro and

4    obtained a judgment in the avoidance action deeming that the lien in favor of De Castro was a

5    preferential transfer under 11 U.S.C. § 547 and void and recovered for the benefit of the Estate under

6    11 U.S.C. § 550 and preserved for the benefit of the Estate under 11 U.S.C. § 551.

7         The Trustee also commenced a second avoidance action[3] against the FTB to avoid its lien

8    encumbering the Property.  On January 10, 2019, the FTB filed a Motion for Summary Judgment.

9    Given the status of the Trustee's efforts to market and sell the Property as discussed below, the

10   Trustee determined that the cost to continue to litigate the adversary proceeding against the FTB

11   outweighed any benefit, and the adversary proceeding was dismissed.

12       **2.**       **Trustee's Marketing of the Property for Sale**

13        Pursuant to Court order entered on March 2, 2018 (docket 316), the Trustee was authorized

14   to employ GlassRatner Brokerage Services, Inc. ("Listing Agent") to assist the Trustee in the

15   marketing the Property for sale.  At that time, the Property was listed for sale at $2,650,000.00. The

16   Property has been on the market for one year and during that time, there has been some interest but

17   only one potential buyer who did not accept the Trustee's counter-offer but rather came back with a

18   lower price and wanted certain bankruptcy terms waived, which the Trustee could not approve if the

19   Trustee proceeded with a traditional sale.

20        Based on the substantially increasing lien of the Secured Creditor and given the marketing

21   efforts for the Property, there does not appear to be equity in the Property for the benefit of the Estate.

22

23

24   [1] Under the stipulation, the Secured Creditor has agreed it will not record a notice of default until 120 days after entry

25   of the Court order approving the stipulation, and any short sale of the Property must have approval of the Secured
     Creditor.  The order approving this stipulation was entered on February 25, 2019 (docket 399).

26   [2] The Avoidance Action was commenced on July 10, 2018, styled *Lynda T. Bui, Chapter 7 Trustee v. State of California
     Franchise Tax Board*, Adversary Case No. 6:18-ap-01151-WJ.

27
     [3] The Avoidance Action was commenced on July 13, 2018, styled *Lynda T. Bui, Chapter 7 Trustee v. De Castro, West,*

28   *Chodorow, Mendler, Glickfeld & Nass, Inc., California professional corporation*, Adversary Case No. 6:18-ap-01154-
     WJ.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

1    After reviewing certain materials provided by the Broker Team, including the BK Score™[4], sales

2    analysis report and opinion of value for the Property, however, the Trustee has determined it would

3    be in the best interest of the Estate and its creditors to negotiate to obtain the Secured Creditor's

4    agreement and consent to the following ("Consented Sale™"):

5
6    - Subject to Court approval, (i) sell the Property to whichever third party the Trustee and/or the Secured Creditor determines to have made the best qualified offer for the Property, or (ii) buy the Property from the Estate if (and only if) no third-party offer to purchase the Property is received by the Trustee (any sale of the Property by the Trustee will be conducted in accordance with Bankruptcy Code Section 363 and Federal Rule of Bankruptcy Procedure 6004 upon a noticed motion to be filed hereinafter in this bankruptcy case);

7
8
9    - Release the liens of the senior Secured Creditor against the Property and otherwise waive all of its/their claims against the Estate with respect to the Property (including any deficiency claims resulting from the Trustee's sale of the Property); and

10
11    - Agree to pay all of the expenses associated with the proposed short sale, including (i) payment of a 6% real estate brokerage commission to the Broker Team and reimbursement of their out-of-pocket expenses, <u>and</u> (ii) a carveout for the Estate that provides for a meaningful distribution in the bankruptcy case.

12
13

14    The Trustee believes that with the Broker Team's assistance to negotiate and obtain the

15    Consented Sale™, the short sale of the Property, if successful, when combined with other monies

16    on hand in the case, will provide for a meaningful distribution on claims in this case.[5]  Based thereon,

17    the Trustee believes that employment of the Broker Team will be in the best interest of the Estate.

18    **PLEASE TAKE FURTHER NOTICE** in order to market the Property for sale and assist

19    the Trustee in negotiating with the Secured Creditor to obtain the Consented Sale™ and conduct a

20    short sale in the most effective manner and thereby to liquidate the Property for the best and highest

21    price in the current real estate market, the Trustee has solicited the assistance of the Broker Team.

22    The Property will be listed for sale at $1,975,000.00.

23
24
25

26    [4] The BK Score™ is a 100 point rating that is generated by a proprietary algorithm from ten unique property attributes in order to consistently measure sales confidence and predict market value of real property.

27    [5] The last day to timely file proof of claims in this case was April 9, 2018.  Government claims were due by January 30, 2017.  The Court's claims register indicates there have been 30 claims filed totaling $22,779,381.46, consisting of

28    secured claims $3,956,552.40, priority claims of $4,210,470.09, administrative claims of $325.00 and general unsecured claims of $14,612,033.97.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

5401-000\1336463.1  Employ Short Sale Broker Notice TC Hiles

1    The Trustee is informed that the Listing Agent is experienced in real estate sales and

2  marketing, including the area in which the Property is located, and is well qualified in negotiating

3  sales of real property similar to the Property.  The employment of the Listing Agent is anticipated

4  to benefit the Estate providing marketing coverage for the area in which the Property is located, as

5  well as services that are unique to the sale of real property in the context of a bankruptcy case.

6    BK Global Real Estate Services ("BK Global") and its affiliates[6] have proprietary technology

7  and a national team of experienced loan servicing specialists, asset managers, negotiators, trustee

8  relation managers, real estate brokers and agents, closing specialists and attorneys with extensive

9  experience in procuring the consent of lenders and servicers to sell real property with no equity and

10  provide significant cash recoveries to the selling bankruptcy estates, through a Consented Sale™

11  process.

12    The Broker Team is familiar with the sale of real property in the context of a bankruptcy case

13  and will be able to provide knowledge that is unique to the sale of Property and in negotiating a short

14  sale to address a potential complex bankruptcy sale.

15    The Broker Team, on the Trustee's behalf, has examined the Property and has agreed to (i)

16  advertise the Property at its expense, (ii) to show the Property to interested parties, (iii) to represent

17  the Estate as seller in connection with the sale of the Property, (iv) to negotiate with the Secured

18  Creditors to obtain a carve-out for the Estate on a short sale basis, and (v) to advise the Trustee with

19  respect to obtaining the highest and best offers available for the Property in the present market.

20    Any sale of the Property by the Trustee will be conducted in accordance with Bankruptcy

21  Code Section 363 and Federal Rule of Bankruptcy Procedure 6004 upon a noticed motion to be filed

22  in the Debtor's bankruptcy case.

23    **PLEASE TAKE FURTHER NOTICE** that the Broker Team will share a customary

24  brokerage commission that is paid as approved by this Court.  Specifically, in consideration for the

25  Broker Team's services, subject to further application and Court order, the Broker Team will

26

27

28

[6] BK Global is the broker affiliate of Bankruptcy Global Holdings, LLC.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

1   receive, upon consummation of any sale of the Property, a real estate agent's commission in an

2   amount of six percent of the purchase price.

3        The Broker Team has agreed to cooperate with outside brokers. In the event any broker or

4   agent other than the Broker Team represents a purchaser of the Property (a "Selling Broker"), the

5   commission will be split between the Broker Team and the Selling Broker in amounts to be

6   determined.  In any event, the total commission will not exceed six percent of the total purchase

7   price.

8        The Broker Team has been informed and understands that no sale of the Property may be

9   consummated until after (i) notice to creditors with the opportunity for a hearing on the proposed

10  sale, and (ii) entry of a Court order approving the sale.

11       The Broker Team has been informed and understands that the Property is being sold on an

12  "as is – where as" basis with all faults and conditions then existing at the Property, and thus

13  understands that (i) the Trustee is not making any representations, warranties, either express or

14  implied, as to the condition of the Property, uses (prior, present and future), or otherwise; (ii) the

15  Trustee shall not provide the buyer with any reports as to the use or condition of the Property; (iii)

16  the Trustee shall not provide the buyer with any warranty protection plan with any building permits

17  or plans; and (iv) the Trustee is selling the Property solely in her capacity as the Chapter 7 Trustee

18  of the Estate.

19       The Broker Team has agreed to be compensated subject to the provisions of Bankruptcy

20  Code Section 328.  The Broker is aware of the provisions of Bankruptcy Code Section 328(a) and

21  has agreed, notwithstanding the terms and conditions of employment herein, that the Court may

22  allow compensation different from the compensation provided herein if such terms and conditions

23  prove to have been improvident in light of developments unanticipated at the time of the fixing of

24  such terms and conditions.

25       **PLEASE TAKE FURTHER NOTICE** that the Broker Team is disinterested.

26  1.       **Listing Agent**

27       To the best of the Trustee's knowledge, and as set forth in the Speier Declaration, other being

28  previously being employed as the Trustee's broker in this case and other than being employed as a

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

1  real estate broker in other non-related bankruptcy cases, the Listing Agent and members of its office:

2  (a) do not hold or represent any interest adverse to the Trustee, the Debtor, the Debtor's creditors or

3  the Estate; (b) have no connections with the Debtor, the Debtor's creditors, any other party in

4  interest, their respective attorneys and accountants, the United States Trustee, any person employed

5  in the office of the United States Trustee, (except that Mr. Speier is a member of the Chapter 7

6  Bankruptcy Trustee panel for the Central District of California appointed and supervised by the

7  Office of the United States Trustee) or any bankruptcy judge presiding in the United States

8  Bankruptcy Court for the Central District of California; and (c) is a disinterested person as that term

9  is defined in Bankruptcy Code Section 101 (14) and used in Bankruptcy Code Section 327(a).

10      **2.**    **Bk Global**

11      Other than being employed as a real estate broker in other non-related bankruptcy cases,  to

12  the best of the Trustee's knowledge after full investigation, and as set forth in the Butler Declaration,

13  BK Global and the firm's respective principals, employees and agents:  (i) do not hold or represent

14  any interest adverse to the Trustee, the Debtor, the creditors and the Estate; (ii) have no connections

15  with the Debtor, the creditors of the Estate, any other party in interest, their respective attorneys and

16  accountants, the United States Trustee, any person employed in the office of the United States

17  Trustee, or any bankruptcy judge presiding in the United States Bankruptcy Court for the Central

18  District of California; and (iii) is a disinterested person as that term is defined in Bankruptcy Code

19  Section 101 (14) and used in Bankruptcy Code Section 327(a).

20      **3.**    **Employment of the Broker Team is in the Best Interest of the Estate**

21      Based on the above and her experiences as a trustee, the Trustee has determined that

22  employment of the Broker Team under the above terms and conditions is in the best interest of the

23  Estate.

24      **PLEASE TAKE FURTHER NOTICE** that pursuant to **Local Bankruptcy Rule 2014-**

25  **1(b)**, a hearing on the Application is not required unless a timely response and request for hearing

26  is filed as set forth in **Local Bankruptcy Rule 2014-1(b)(5).**  Any opposition or other responsive

27  paper and request for hearing on the Application must be filed with the Clerk of the above-entitled

28  Court and a copy served on Shulman Hodges & Bastian LLP to the attention of Rika M. Kido at the

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

1    address indicated above and the Office of the United States Trustee, 3801 University Avenue, Suite

2    720, Riverside, CA 92501-3255 within **fourteen (14) days** after the date of service of this Notice,

3    plus an additional three (3) days unless the Notice was served by personal delivery or posting as

4    described in F.R.Civ.P. 5(b)(2)(A)-(B), in the form required by **Local Bankruptcy Rule 9013-**

5    **1(f)(1)**.

6            **PLEASE TAKE FURTHER NOTICE** that failure to file a timely response may be deemed

7    as consent to the relief requested in the Application.  **SEE, LOCAL BANKRUPTCY RULE 9013-**

8    **1(h).**

9

10    Dated:   March 6, 2019                    **SHULMAN HODGES & BASTIAN LLP**

11                                              /s/ Rika M. Kido

12                                              Leonard M. Shulman
                                                Rika M. Kido
                                                Attorneys for Lynda T. Bui, Chapter 7 Trustee
13                                              *In re Russel Dennis Hiles, III*, Case No. 6:16-bk-16877-WJ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5401-000\1336463.1 Employ Short Sale Broker Notice TC Hiles

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF THE BROKER TEAM OF GLASSRATNER BROKERAGE SERVICES, INC. AND BK GLOBAL REAL ESTATE SERVICES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 6, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **March 6, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2019 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- Lynda T. Bui (TR) trustee.bui@shbllp .com, C115@ecfcbis.com

- Robert P Goe on behalf of Debtor Russel Dennis Hiles, III kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf @gmail.com

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

- Matthew C. Heyn on behalf of Defendant State of California Franchise Tax Board Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com

- Rika Kido on behalf of Chapter 7 Trustee rkido@shbllp.com, ncarlson@shbllp.com

- Samuel Kornhauser on behalf of Creditor Christopher T Borgeson

- skornhauser@earthlink.net

- Samuel Kornhauser on behalf of Plaintiff Christopher T Borgeson skornhauser@earthlink.net

- Nancy L Lee on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

- Joshua Lichtman on behalf of Creditor Farmers Insurance Exchange joshua.lichtman@nortonrosefulbright.com, Rhonda.cole@nortonrose fulbright.com

- Charity J Manee on behalf of Debtor Russel Dennis Hiles, III charity@rmbklaw.com

- William F McDonald, III on behalf of Creditor Bank of America, N.A. william@shannerlaw.com, wfmcdonald@gmail.com

- Randall P Mroczynski on behalf of Creditor Daimler Trust and Ford Motor Credit Company LLC randym@cookseylaw.com

- Ronak N Patel on behalf of Creditor Treasurer Tax Collector County of Riverside rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org

- Steven G. Polard on behalf of Interested Party Cynthia Ellen Hiles spolard@ch-law.com, cborrayo@ch-law.com

- Kelly M Raftery on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

- Jason K Schrader on behalf of U.S. Trustee United States Trustee (RS)  jason.K.Schrader@usdoj.gov

- Anthony Sgherzi on behalf of California Franchise Tax Board anthony.sgherzi@doj.ca.gov

- Leonard M Shulman on behalf of Trustee lshulman@shbllp.com

- United States Trustee (RS) ustpregion16.rs.ecf@usdoj .gov

- Scott S Weltman on behalf of Creditor KeyBank, N.A. colcaecf@weltman.com

- Rebecca J Winthrop on behalf of Creditor Farmers Insurance Exchange rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonro sefulbright.com

- Jennifer C Wong on behalf of Creditor Bank of America, N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

- Kristin A Zilberstein on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors, by and through its servicing agent Carrington Mortgage Services, LLC bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

# U.S. MAIL SERVICE LIST

**DEBTOR**
RUSSEL DENNIS HILES III
155 METATE PLACE
PALM DESERT, CA 92260-7334

**RFSN - ATTORNEY FOR BANK OF AMERICA, N.A. AND CARRINGTON MORTGAGE SERVICES, LLC, SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, ITS ASSIGNEES AND/OR SUCCESSORS**
MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101-2607

**CLAIM FILED**
DAIMLER TRUST
C/O BK SERVICING, LLC
PO BOX 131265
ROSEVILLE, MN 55113-0011

**COURT MAILING LIST**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**COURT MAILING LIST**
FARMERS INSURANCE EXCHANGE
6301 OWENSMOUTH AVENUE
WOODLAND HILLS, CA 91367-2268

**RFSN - ATTORNEY FOR FARMERS INSURANCE EXCHANGE, CLAIM FILED**
PETER MASON ESQ
JOSHUA LICHTMAN ESQ
REBECCA J. WINTHROP ESQ
NORTON ROSE FULBRIGHT US LLP
555 S. FLOWER STREET
41ST FLOOR
LOS ANGELES, CA 90071-2300

**COURT MAILING LIST**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**RFSN - ATTORNEY FOR CYNTHIA HILES CLAIM FILED**
STEVEN G POLARD ESQ
EISNER JAFFE APC
9601 WILSHIRE BLVD SUITE 700
BEVERLY HILLS, CA 90210

**COURT MAILING LIST**
WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRU
C/O MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101-2607

**CLAIM FILED**
AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

**COURT MAILING LIST**
AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO, TX 79998-1540

**COURT MAILING LIST**
ANTHONY CAPOBIANCO
CAPOBIANCO LAW OFFICES, P.C.
41990 COOK STREET, BLDG. F STE. 200
PALM DESERT, CA 92211-6105

**CLAIM FILED**
BIGHORN HOMEOWNERS ASSOCIATION, INC.
C/O FIORE, RACOBS & POWERS
6820 INDIANA AVE., SUITE 140
RIVERSIDE, CA 92506-4261

**COURT MAILING LIST**
BANK OF AMERICA
P.O. BOX 31785
TAMPA FL 33631-3785

**CLAIM FILED**
BANK OF THE WEST
2527 CAMINO RAMON
SAN RAMON, CA 94583-4213

**COURT MAILING LIST**
BANK OF AMERICA
9000 SOUTHSIDE BLVD., BLDG 700 FILE
JACKSONVILLE, FL 32256-6705

**RFSN - CLAIM FILED**
BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

**RFSN**
BANK OF AMERICA, N.A.
ATTN BANKRUPTCY DEPARTMENT
P.O. BOX 5170
SIMI VALLEY, CA 93062

**COURT MAILING LIST**
BANK OF THE WEST
2527 CAMINO RAMON
PO BOX 5172
SAN RAMON, CA 94583-5172

**COURT MAILING LIST**
BARCLAYS BANK DELAWARE
PO BOX 8801
WILMINGTON, DE 19899-8801

**COURT MAILING LIST**
BIGHORN CLUBHOUSE PROJECT, MSC 614
PO BOX 52163
PHOENIX, AZ 85072-2163

---

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

**CLAIM FILED**
BIGHORN GOLF CLUB-CLUBHOUSE
C/O JOSEPH A ROMAN
2825 E TAHQUITZ CYN WY
SUITE 202
PALM SPRINGS CA 92262-6995

**COURT MAILING LIST**
BIGHORN HOMEOWNERS ASSN MSC 855
PO BOX 29048
PHOENIX, AZ 85038-9048

**COURT MAILING LIST**
BIGHORN HOMEOWNERS ASSN.
255 PALOWET
PALM DESERT, CA 92260-7311

**RFSN**
CARRINGTON MORTGAGE SERVICES
LLC
818 WEST 7TH STREET
LOS ANGELES, CA 90017

**CLAIM FILED**
CENTRAL ELECTRIC COOPERATIVE, INC.
PO BOX 846
REDMOND, OR 97756-0187

**COURT MAILING LIST**
CHASE CARD SERVICES
ATTN: CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON, DE 19850-5298

**COURT MAILING LIST**
CHRISTOPHER T. BORGESON
2150 LADERA RD.
OJAI, CA 93023-8337

**CLAIM FILED**
CINDY ELLEN HILES
2485 MARYLSHIRE LN
LAKE OSWEGO, OR 97034-4014

**COURT MAILING LIST**
CITI
CITICORP CR SRVS/CENTRALIZED
BANKRUPTCY
PO BOX 790040
S LOUIS, MO 63179-0040

**RFSN - CLAIM FILED**
COUNTY OF SAN DIEGO - TREASURER-
TAX COLLECTOR
DAN MCALLISTER
ATTENTION: BANKRUPTCY DESK
1600 PACIFIC HWY., RM. 162
SAN DIEGO, CA 92101-2474

**CLAIM FILED**
CRANFILL SUMNER & HARTZOG LLP
5420 WADE PARK BLVD., SUITE 300
RALEIGH, NC 27607-4189

**COURT MAILING LIST**
CRANFILL, SUMNER & HARTZOG
PO BOX 27808
RALEIGH, NC 27611-7808

**COURT MAILING LIST**
DAIMLER TRUST
C/O BK SERVICING, LLC
PO BOX 131265
ROSEVILLE, MN 55113-0011

**COURT MAILING LIST**
DE CASTRO WEST, ET AL.
10960 WILSHIRE BLVD., 14TH FL.
LOS ANGELES, CA 90024-3702

**COURT MAILING LIST**
DE CASTRO WEST, ET AL.
ATTN: MICHAEL COHEN
10960 WILSHIRE BLVD., 14TH FL.
LOS ANGELES, CA 90024-3702

**COURT MAILING LIST**
DESCHUTES COUNTY ASSESSOR
PO BOX 6005
BEND, OR 97708-6005

**COURT MAILING LIST**
DESCHUTES COUNTY TREASURER
1300 NW WATT ST., #200
BEND, OR 97701

**CLAIM FILED**
DESCHUTES COUNTY TAX COLLECTOR
PO BOX 7559
BEND, OR 97708

**COURT MAILING LIST**
EISENHOWER MEDICAL CENTER
39000 BOB HOPE DRIVE
RANCHO MIRAGE, CA 92270-3221

**CLAIM FILED**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**COURT MAILING LIST**
FARMER'S INSURANCE CO.
ATTN: DOREN E. HOHL, AGENT
6301 OWENSMOUTH AVE.
WOODLAND HILLS, CA 91367-2216

**COURT MAILING LIST**
FARMERS INSRUANCE COMAPNY, INC.
C/O STOEL RIVES LLP
760 SW NINTH AVE. STE. 3000
PORTLAND, OR 97205-2586

**COURT MAILING LIST**
FARMERS INSURANCE COMAPNY, INC.
ATTN: DOREN E. HOHL, AGENT
6301 OWENSMOUTH AVE.
WOODLAND HILLS, CA 91367-2268

**COURT MAILING LIST**
FARMERS INSURANCE COMPANY, INC.
PO BOX 2450
GRAND RAPIDS, MI 49501-2450

**COURT MAILING LIST**
FARMERS INSURANCE EXCHANGE
6301 OWENSMOUTH AVENUE
WOODLAND HILLS, CA 91367-2268

**COURT MAILING LIST**
FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

**CLAIM FILED**
FORD MOTOR CREDIT COMPANY LLC
P.O. BOX 552679
DETROIT, MI 48255-2679

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**COURT MAILING LIST**
FRANCHISE TAX BOARD
ATTN-BANKRUPTCY
PO BOX 2952
SACRAMENTO, CA 95812-2952

**CLAIM FILED**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
PO BOX 145566
CINCINNATI, OH 45250-5566

**CLAIM FILED**
KEYBANK N.A.
4910 TIEDEMAN ROAD
BROOKLYN, OHIO 44144-2338

**COURT MAILING LIST**
LAW OFFICES OF RYNEAL & RYNEAL
3890 11TH STREET, STE. 116
RIVERSIDE, CA 92501-3572

**COURT MAILING LIST**
LOS ANGELES COLLECTION SERVICE
INC.
2140 WESTWOOD BLVD., STE. 222
LOS ANGELES, CA 90025-6333

**COURT MAILING LIST**
MICHAEL & ASSOCIATES, PC
555 ST. CHARLES DR., STE. 204
THOUSAND OAKS, CA 91360-3992

**COURT MAILING LIST**
PUBLIC STORAGE
72150 FRED WARING DRIVE
PALM DESERT, CA 92260-2750

**COURT MAILING LIST**
RIVERSIDE COUNTY TAX COLLECTOR
BOX 12005
RIVERSIDE, CA 92502-2205

**COURT MAILING LIST**
FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA 94267-0001

**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
225 W. BROADWAY, STE. 200
GLENDALE, CA 91204-1345

**COURT MAILING LIST**
KATZ CASSIDY
11400 W. OLYMPIC BLVD., #1050
LOS ANGELES, CA 90064-1587

**COURT MAILING LIST**
KEYBANK NA
ATTN: RECOVERY PAYMENT PR
4910 TIEDEMAN ROAD (RTG CODE: 08-01-
BROOKLYN, OH 44144-2338

**RFSN - ATTORNEY FOR CHRISTOPHER T
BORGESON, CLAIM FILED**
SAMUEL KORNHAUSER ESQ
LAW OFFICES OF SAMUEL KORNHAUSER
155 JACKSON ST STE 1807
SAN FRANCISCO CA 94111-1936

**COURT MAILING LIST**
MB FIN SVCS
36455 CORPORATE DR
FARMINGTON HILLS, MI 48331-3552

**COURT MAILING LIST**
PAYCHEX
C/O CT CORPORATION SYSTEM
818 WEST SEVENTH ST. STE. 930
LOS ANGELES, CA 90017-3476

**COURT MAILING LIST**
RIVERSIDE COUNTY ASSESSOR-CLERK
PO BOX 751
RIVERSIDE, CA 92502-0751

**COURT MAILING LIST**
SAN DIEGO COUNTY TREASURER-TAX
1600 PACIFIC HWY., RM. 162
SAN DIEGO, CA 92101-2477

**COURT MAILING LIST**
FRANCHISE TAX BOARD
VEHICLE REGISTRATION COLLECTIONS
PO BOX 419001
RANCHO CORDOVA, CA 95741-9001

**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
1973 N RULON WHITE BLVD
OGDEN, UT 84201-0021

**COURT MAILING LIST**
KEYBANK
PO BOX 94722
CLEVELAND, OH 44101-4722

**CLAIM FILED**
LOS ANGELES COUNTY TREASURER AND
TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

**COURT MAILING LIST**
LOMA LINDA MEDICAL CENTER
11234 ANDERSON ST.
LOMA LINDA, CA 92354-2804

**COURT MAILING LIST**
MERCEDES BENZ FIN'L SVCS
PO BOX 685
ROANOKE, TX 76262-0685

**COURT MAILING LIST**
PUBLIC STORAGE
11259 W. OLYMPIC BLVD.
LOS ANGELES, CA 90064-1720

**CLAIM FILED**
RIVERSIDE COUNTY TAX COLLECTOR
4080 LEMON ST 4TH FL
RIVERSIDE CA 92501-3634

**CLAIM FILED**
CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION
(FUNCTIONAL SUCCESSOR TO BOARD OF
EQUALIZATION 7/1/17)
SPECIAL OPS, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

**CLAIM FILED**
SUNTRUST BANK
ATTN: SUPPORT SERVICES
P.O. BOX 85092
RICHMOND, VA 23286-0001

**COURT MAILING LIST**
SUNTRUST MORTGAGE/CC 5
ATTN:BANKRUPTCY DEPT
1001 SEMMES AVE VA-WMRK-7952
RICHMOND, VA 23224-2245

**RFSN - ATTORNEYS FOR BANK OF
AMERICA NA**
TIFFANY & BOSCO, P.A.

1230 COLUMBIA STREET
SUITE 680
SAN DIEGO, CA 92101

**COURT MAILING LIST**
VCA RANCHO MIRAGE ANIMAL
HOSPITAL
71-075 HWY. 111
RANCHO MIRAGE, CA 92270-4122

**CLAIM FILED**
VERITEXT CENTURY REPORTERS
20 CORPORATE PARK STE 350
IRVINE CA 92606-5190

**CLAIM FILED**
WILMINGTON SAVINGS FUND SOCIETY, FSB
C/O CARRINGTON MORTGAGE SERVICES,
LLC
1600 SOUTH DOUGLASS ROAD, SUITE 200-A
ANAHEIM, CA 92806-5948

**COURT MAILING LIST**
KATZ CASSIDY
11400 W. OLYMPIC BLVD SUITE 1050
LOS ANGELES, CA 90064-1587

**COURT MAILING LIST**
LAVAR TAYLOR
3 HUTTON CENTER DRIVE SUITE 500
SANTA ANA, CA 92707-8711

**COURT MAILING LIST**
LAW OFFICES OF WM. A. BROWN, JR.
601 WEST 5TH STREET, 8TH FLOOR
LOS ANGELES, CA 90071

**CLAIM FILED - NOTICE ADDRESS**
VERIZON BY AMERICAN INFOSOURCE
LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

**CLAIM FILED - PAYMENT ADDRESS**
VERIZON BY AMERICAN INFOSOURCE LP
AS AGENT
PO BOX 248838
OKLAHOMA CITY, OK 73124-8838

**COURT MAILING LIST**
GLASSRATNER BROKERAGE SERVICES INC.
19800 MACARTHUR BLVD SUITE 820
IRVINE, CA 92612-2427

**TRUSTEE'S ACCOUNTANT**
KARL T. ANDERSON
340 S FARRELL DRIVE, SUITE A210
PALM SPRINGS, CA 92262-7932

RETURNED MAIL

**UNDELIVERABLE**
**COURT MAILING LIST**
COURTESY NEF

**UNDELIVERABLE**
**COURT MAILING LIST**
CYNTHIA ELLEN HILES

**UNDELIVERABLE**
**COURT MAILING LIST**
CHRISTOPHER T BORGESON

**UNDELIVERABLE**
**COURT MAILING LIST**
ATTY OF HILES RE FARMERS & GORGESON

**DUPLICATE**
**COURT MAILING LIST**
CHRISTOPHER T. BORGESON
155 JACKSON ST STE 1807
SAN FRANCISCO CA 94111-1936

**DUPLICATE**
**COURT MAILING LIST**
FARMERS INSURANCE EXCHANGE
C/O NORTON ROSE FULBRIGHT
ATTN: PETER MASON & JOSHUA LICHTMAN
555 SOUTH FLOWER STREET
LOS ANGELES, CA 90071

**DUPLICATE**
**COURT MAILING LIST**
CHRISTOPHER T BORGESON
LAW OFFICES OF SAMUEL KORNHAUSER
155 JACKSON ST STE 1807
SAN FRANCISCO CA 94111-1936

**DUPLICATE**
**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

**DUPLICATE**
**COURT MAILING LIST**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**DUPLICATE**
**COURT MAILING LIST**
CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

**SEE PROOF OF CLAIM ADDRESS**
**COURT MAILING LIST**
CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

**UNDELIVERABLE**
**COURT MAILING LIST**
ALLIED PUBLIC STORAGE
11259 W . OLYMPIC BLVD
WA 99064

**RETURNED 1/24/2018, UNDELIVERABLE,
SEE NEW ADDRESS FROM CA STATE BAR**
**COURT MAILING LIST**
LAW OFFICES OF WM. A. BROWN, JR.
865 FIGUEROA ST., #2640
LOS ANGELES, CA 90017-5472

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

**RETURNED 1/26/2018, 2/20/2018, UNDELIVERABLE COURT MAILING LIST**
PONDEROSA PROPERTIES, LLC
221 S ASH
SISTERS, OR 97759-1080

**RETURNED 1/29/2018, UNDELIVERABLE COURT MAILING LIST**
PORSCHE FINANCIAL SRVC
980 HAMMOND DR
ATLANTA, GA 30328-8186

**RETURNED 1/30/2018, UNDELIVERABLE COURT MAILING LIST**
CONCIERGE AUCTIONS, LLC
405 LEXINGTON AVENUE
NEW YORK, NY 10174-0002

**RETURNED 2/1/2018, 3, 5, 2018, UNDELIVERABLE COURT MAILING LIST**
MERCEDES BENZ FINANCIAL SERVICES
PO BOX 17466
BALTIMORE, MD 21297-1466

**RETURNED 2/12/2018, 2/20/2018, UNDELIVERABLE COURT MAILING LIST**
MASTER CARD
837 3RD ST.
SANTA MONICA, CA 90403-1159

**SEE PROOF OF CLAIM ADDRESS RFSN - ATTORNEY FOR CYNTHIA HILES**
STEVEN G POLARD ESQ
DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA STREET, SUITE 2400
LOS ANGELES, CA 90017-2566

**FORWARD TIME EXPIRE RTS CLAIM FILED**
CINDY ELLEN HILES
13327 ATWATER LANE
LAKE OSWEGO, OR 97034-2127

**FORWARD TIME EXPIRE RTS COURT MAILING LIST**
BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC 27420-6012

**NOT APPLICABLE COURT MAILING LIST**
RIVERSIDE DIVISION
3420 TWELFTH STREET,
RIVERSIDE, CA 92501-3819

---

5401-000\1336463.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**